| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(illegible)_  ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name ) _Actons Tillll_  C. Date of Delivery _1/31/06_<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Stillwell Masonry Co., Inc.<br>Post Office Box 2357<br>Phenix City, AL 36868<br><br>3:06cv 435 DRB SRC | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 2030 0000 9018 5436 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540