**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 2, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   State Auto Property & Casualty Insurance Company
      v. Stillwell Masonry Company, Inc.
      Civil Action No. 3:06-cv-00435-DRB

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now  *3:06-cv-00435-MEF*.

This new case number should be used on all future correspondence and pleadings in this action.