IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

STATE AUTO PROPERTY &            )
CASUALTY INSURANCE COMPANY,      )
                                 )
        Plaintiff,               )
v.                               )        CASE NO. 3:06-cv-435-MEF
                                 )
STILLWELL MASONRY COMPANY,       )
INC., *et al.,*                  )
                                 )
        Defendants.              )

# **O R D E R**

Upon consideration of the Plaintiff/Counterclaim Defendant State Auto's Motion to

Dismiss (Doc. #6) filed on July 18, 2006, it is hereby ORDERED:

1. The plaintiff/counterclaim defendant shall file a brief in support of its Motion to

Dismiss on or before July 27, 2006.

2. The defendant/counterclaim plaintiff file a response which shall include a brief and

any evidentiary materials on or before August 10, 2006.

3. The plaintiff/counterclaim defendant may file a reply brief on or before August 17,

2006.

DONE this 20th day of July, 2006.

                            _____
                                    /s/ Mark E. Fuller
                            CHIEF UNITED STATES DISTRICT JUDGE