IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>STILLWELL MASONRY COMPANY, INC.,  )<br>)<br>Defendant  ) | CIVIL ACTION CASE NUMBER:<br><br>**3:06-cv-435-DRB** |

### JOINT REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P.26(f), a meeting of the parties' representatives was held on July 21, 2006, and was attended by:

    Michael J. Douglas, Esq. for Plaintiffs; and
    Kevin T. Shires, for Defendant.

2.  **Pre-discovery Disclosures.** The parties will exchange by August 21, 2006 the information required by Fed.R.Civ.P 26(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiffs' claims and damages, Defendant's claims, damages and Affirmative Defenses.

All discovery commenced in time to be completed by the date of the pretrial conference.

Maximum of 45 interrogatories by each party to any other party. (Responses due 30 days after service.)

Maximum of 45 requests for admission by each party to any other party. (Responses due 30 days after service.)

Maximum of 45 requests for production by each party to any other party. (Responses due 30 days after service.)

Maximum of 10 depositions by Plaintiffs and 10 by Defendant.

Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by November 20, 2006; and
from Defendant by December 18, 2006.

Supplementation under Rule 26(e) will be due 45 days before trial.

4.      **Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference one week before trial.

Plaintiffs should be allowed until October 16, 2006 to join additional parties and to amend the pleadings.

Defendant should be allowed until October 30, 2006 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed sixty (60) days before trial.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from Plaintiff 21 days before trial; and
from Defendant 14 days before trial.

Parties should have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June, 2007 and at this time, trial is expected to take approximately two (2) days.

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT: |
|---|---|
| /s/ Christopher Zulanas | /s/ Kevin T. Shires |
| Christopher J. Zulanas, Esq. | Robert H. Sprain, Jr., Esq. |
| Michael J. Douglas, Esq. | Kevin T. Shires, Esq. |
| Friedman, Leak, | Sprain & Shires, PC |
| 3800 Colonnade Parkway, Suite 650 | 1707 29th Court South |
| Birmingham, AL 35243 | Homewood, AL 35209 |