IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION CASE NUMBER:<br>) |
| STILLWELL MASONRY COMPANY, INC., | ) **3:06-CV-435-DRB**<br>) |
| Defendant | ) |

## AMENDED JOINT REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to the Court's December 22, 2006 Rule 26(f) Order counsel for the parties held a planning meeting on January 22, 2007 and in attendance were:

> Christopher J. Zulanas for Plaintiff; and
> Kevin T. Shires, for Defendant

2. **Pre-discovery Disclosures.** The parties will exchange by January 31, 2007 the information required by *Fed. R. Civ. P.* 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

- Discovery will be needed on the following subjects: Plaintiffs' claims and damages, Defendant's claims, damages and Affirmative Defenses.

- All discovery commenced in time to be completed by the date of the pretrial conference.

- Maximum of 45 interrogatories by each party to any other party. (Responses due 30 days after service.)

- Maximum of 45 requests for admission by each party to any other party. (Responses due 30 days after service.)

- Maximum of 45 requests for production by each party to any other party. (Responses due 30 days after service.)
- Maximum of 10 depositions by Plaintiffs and 10 by Defendant.
- Each deposition limited to maximum of seven (7) hours unless extended by agreement of parties.
- Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by April 20, 2007; and

    from Defendant by May 18, 2007.
- Supplementation under Rule 26(e) will be due 45 days before trial.

4. **Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference one week before trial.

Plaintiffs should be allowed until March 16, 2007 to join additional parties and to amend the pleadings.

Defendant should be allowed until March 30, 2007 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed sixty (60) days before trial.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   from Plaintiff 21 days before trial; and

   from Defendant 14 days before trial.

Parties should have seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by November, 2007 and at this time, trial is expected to take approximately two (2) days.

                                            ATTORNEYS FOR PLAINTIFF
                                            State Auto Property & Casualty Insurance Company

                                            /s/ Chris Zulanas and Mike Douglas
                                            Christopher J. Zulanas
                                            Michael J. Douglas

**OF COUNSEL:**
**FRIEDMAN LEAK**
**P. O. BOX 43219**
**3800 COLONNADE PARKWAY, SUITE 650**
**BIRMINGHAM, AL 35243**
**(205) 278-7000 Telephone**
**(205) 278-7001 Facsimile**

                                            ATTORNEYS FOR DEFENDANT
                                            Stillwell Masonry Company, Inc.

                                            /s/ Robert Sprain and Kevin Shires
                                            Robert H. Sprain, Jr.
                                            Kevin T. Shires

**OF COUNSEL:**
**SPRAIN & SHIRES, PC**
**1707  29TH COURT SOUTH**
**HOMEWOOD, AL 35209**
**(205) 802-7037 Telephone**
**(205) 802-7083 Facsimile**