IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INS. CO., | ) ) ) |
| Plaintiff, | ) CIVIL ACTION CASE NUMBER: ) **3:06-CV-435-DRB** ) |
| vs. | ) ) ) |
| STILLWELL MASONRY CO., INC., | ) ) |
| Defendant | ) |

## STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S EVIDENTIARY SUBMISSION

COMES NOW the Plaintiff in the above-styled action, **State Auto Property & Casualty Insurance Company ("State Auto")**, and in support of its Motion for Summary Judgment, submits the following evidentiary materials:

1. A copy of State Auto's Complaint for Declaratory Judgment.

2. A copy of the Complaint in the underlying civil action styled *Total System Services, Inc. v. Alton Stillwell d/b/a Stillwell Masonry Co., Inc., et al.*, bearing Civil Action Number: SU05-CV-2610-7, pending in the Superior Court of Muscogee County, Georgia.

3. A copy of State Auto's policies issued to Stillwell Masonry Company, Inc. with effective dates of February 22, 2001 through February 22, 2005.

4. A copy of the Fungi or Bacteria Exclusion Endorsement to certain of State Auto's policies.

Respectfully submitted,

_____
Christopher J. Zulanas
James W. Moss
Attorneys for State Auto Property & Casualty
Insurance Company

**OF COUNSEL:**
FRIEDMAN LEAK
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and for service on counsel listed below this the 13TH day of MARCH, 2007.

_____
OF COUNSEL

cc:
Robert H. Sprain, Jr.
Kevin T. Shires
**SPRAIN & SHIRES, P.C.**
1707 - 29th Court South
Homewood, AL 35209