**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

March 16, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** State Auto Property & Casualty Insurance Company v. Stillwell Masonry Company, Inc.
**Case Number:** 3:06-cv-00435-MEF

**This Notice of Correction was filed in the referenced case this date to add the referenced PDF attachment previously omitted.**

**The referenced PDF attachment document is attached to this notice for your review. Reference is made to document # 22 & 23 filed on March 16, 2007.**