IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:06-cv-435-MEF ) |
| STILLWELL MASONRY COMPANY, INC., *et al.,* | ) ) ) |
| Defendants. | ) ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #19) filed on March 15, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on April 6, 2007.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before March 30, 2007. The plaintiff may file a reply brief on or before April 6, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 16th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE