IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION CASE NUMBER: ) |
| STILLWELL MASONRY COMPANY, INC., | ) **3:06-CV-435-DRB** ) |
| Defendant | ) |

## PLAINTIFF'S DISCLOSURE STATEMENT

COMES NOW the Plaintiff in the above-styled action, **State Auto Property & Casualty Insurance Company ("State Auto")**, and pursuant to Federal Rule of Civil Procedure 7.1, discloses as follows:

State Auto Property & Casualty Insurance Company is a wholly-owned subsidiary of State Auto Financial Corporation. State Automobile Mutual Insurance Company owns more than ten-percent (10%) of the stock of State Auto Financial Corporation.

_____
Christopher J. Zulanas
James W. Moss
Michael J. Douglas
Attorneys for Defendant

**OF COUNSEL:**
**FRIEDMAN LEAK**
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
Tel:   (205) 278-7000
Fax:   (205) 278-7001

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and for service on all counsel listed below this ____ day of March, 2007.

_____
OF COUNSEL

cc:
Mr. Robert H. Sprain, Jr. (rhs@sprainlaw.com)
Mr. Kevin T. Shires (ktshires@bellsouth.net, ktshires@hotmail.com)
**Sprain & Shires, P.C.**
1707 - 29th Court South
Homewood, AL 35209