IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) STILLWELL MASONRY COMPANY, INC., ) ) ) Defendant. ) | Case No.: 3:06-CV-00435-MEF |

### STILLWELL MASONRY COMPANY, INC.'S, NOTICE OF SERVICE OF DISCOVERY TO THE PLAINTIFF, STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY

Comes Now the Defendant, Stillwell Masonry Company, Inc. ("Stillwell"), by and through its undersigned counsel, and files this Notice of Service of Discovery upon the Plaintiff, State Auto Property & Casualty Insurance Company's ("State Auto"), of the following discovery items in the above-styled cause of action:

1. Interrogatories and Request for Production to the Plaintiff

2. Rule 30(b)(6) deposition notice of the Plaintiff

Respectfully Submitted,

/s/ Kevin T. Shires
Kevin T. Shires (ASB-4382-e64k)
Attorney for the Defendant,
Stillwell Masonry Company, Inc.

OF COUNSEL:
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama  35209
(205) 802-7037
Email: kts@sprainlaw.com

## CERTIFICATE OF SERVICE

  Please take notice that the foregoing discovery has been served on the following counsel of record in this cause of action by e-filing the same with the Court's EM/CEF filing system on this the 26th day of March, 2007.

Christopher Zulanas, Esq.
Jim Moss, Esq.
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, Alabama  35243

                /s/ Kevin T. Shires
                OF COUNSEL

## **EXHIBIT A**

1. Do you understand that the Answers that you are providing are under oath?

2. Please identify each and every person who assisted in answering these Interrogatory responses.

3. Please state each and every fact in the underlying cause of action which serves as the basis for your contention that there is no coverage for Stillwell Masonry in the underlying case.

4. Please identify each and every person who participated in the coverage decision in this case. For each such person identified, please state their job title, length of employment with State Auto and the aspect of the coverage decision in which they participated.

5. Please identify each and every witness that you intend to call in the trial of this matter. Include in your answer the substance of their expected testimony.

6. Please identify each and every expert witness that you expect to call in the trial of this matter.

7. Please state how long has Alton Stillwell been a policy holder with State Auto and the amount of premiums paid by Stillwell to State Auto for each successive policy period.

## EXHIBIT B

1. Please produce your entire claims file for the underlying cause of action.

2. Please produce any and all internal correspondence regarding this case. If a privilege is claimed for any such correspondence please identify the privileged correspondence and the basis for such privilege.

3. Please produce any and all internal correspondence regarding the underlying cause of action. If a privilege is claimed for any such correspondence please identify the privileged correspondence and the basis for such privilege.

4. Please produce a copy of any and all correspondence between you and Alton Stillwell or any agent, employee or servant of Stillwell Masonry. If a privilege is claimed for any such correspondence please identify the privileged correspondence and the basis for such privilege.

5. Please produce a copy of each and every document on which you have relied in making your determination that the policy does not provide coverage to Stillwell Masonry in the underlying cause of action.

6. Please produce any manual or similar document that governs the decision-making process in coverage decisions.

7. Please produce any manual, treatise or other document that you relied upon in reaching a coverage decision in this case.

4