IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STILLWELL MASONRY COMPANY, INC.,<br><br>Defendant. | Case No.: 3:06-cv-00435-MEF |

## DEFENDANT STILLWELL MASONRY COMPANY, INC.'S EVIDENTIARY SUBMISSIONS IN SUPPORT OF ITS BRIEF IN OPPOSITION TO PLAINTIFF, STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S, MOTION FOR SUMMARY JUDGMENT

Comes Now the Defendant, Stillwell Masonry Company, Inc. ("Stillwell"), by and through its undersigned counsel, and files the following Evidentiary Submissions in Support of its Brief in Opposition to the Plaintiff, State Auto Property & Casualty Insurance Company's ("State Auto"), Motion for Summary Judgment as follows:

1. Report of Patrick J. McCabe from Working Buildings, LLC

2. Report of Charles W. Graham, Forensic Architect and Construction Scientist

Respectfully Submitted,

/s/ Kevin T. Shires
Kevin T. Shires (ASB-4382-e64k)
Attorney for the Defendant,
Stillwell Masonry Company, Inc.

OF COUNSEL:
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama   35209
(205) 802-7037
Email: kts@sprainlaw.com

## CERTIFICATE OF SERVICE

Please take notice that the foregoing pleading has been served on the following counsel of record in this cause of action by e-filing the same with the United States District Court for the Middle District of Alabama, and by emailing it this the 30th day of March, 2007.

Christopher Zulanas, Esq.
Jim Moss, Esq.
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, Alabama   35243

/s/ Kevin T. Shires
OF COUNSEL