# Indoor Environmental Quality Survey

*for*

## Total Systems Services Childcare Center Columbus Georgia 31901

### November 18, 2004

*Prepared for:*

Ms. Debbie Avery
Facilities Manager
Total System Services
1601 First Avenue
Columbus, Georgia 31901

*Prepared by:*

Patrick J. McCabe, CEM, CIAQP
Senior IAQ Consultant
Working Buildings, LLC
Circle 75 Parkway, Suite B2200
Atlanta, Georgia 30339



## Table of Contents

TABLE OF CONTENTS

Executive Summary ...................................................................................................

Introduction ...........................................................................................................

Qualitative Survey ..................................................................................................

TABLE OF CONTENTS ................................................................................................ I

EXECUTIVE SUMMARY ...............................................................................................1

    Scope of Survey ...................................................................................................1
    Results .................................................................................................................1
    Mechanical Systems Evaluation ..........................................................................1
    Occupancy Space Evaluation ..............................................................................2
    Recommendations ...............................................................................................2

INTRODUCTION .........................................................................................................1

QUALITATIVE SURVEY ...............................................................................................1

    Occupant Complaints ..........................................................................................1
    Occupancy and Space Use ..................................................................................2
    Mechanical Systems Evaluation ..........................................................................2
    Occupancy Space Evaluation ..............................................................................3
    Ambient Air Pollutants ........................................................................................5

QUANTITATIVE SAMPLING ........................................................................................1

    Temperature and Relative Humidity ....................................................................2
    Airborne Fungi ...................................................................................................4

CONCLUSIONS ..........................................................................................................1

MITIGATION PROTOCOL .............................................................................................1

APPENDIX A .............................................................................................................1

AIRBORNE FUNGI MEASUREMENT RESULTS ..............................................................1

APPENDIX B .............................................................................................................1

SWAB FUNGI MEASUREMENT RESULTS ......................................................................1

APPENDIX C .............................................................................................................1

PHOTOGRAPHS .........................................................................................................1

 **Executive Summary**

## EXECUTIVE SUMMARY

Many of the interior faces of the exterior walls of the Childcare Center Building, located in Columbus Georgia are exhibiting signs of visible microbial growth that are sometimes associated with poor indoor environmental quality (IEQ). In response to these conditions, Total System Services retained WorkingBuildings, LLC (WB) to conduct a Baseline IEQ Survey of the Childcare Center Building.

In addition, a local contractor had indicated that a black looking substance noted on the raised seam metal roof in the vicinity of several roof fans in conjunction with suspected window leaks may be connected to the exterior wall interior face conditions.

### Scope of Survey

This Baseline IEQ Survey reviewed the following:

- The building site and surroundings including the makeup air sources and locations.
- The mechanical systems including outside air/ventilation levels, filtration efficiency, equipment condition and system balance.
- General housekeeping and maintenance practices.
- Occupancy and space usage.

The survey included quantitative sampling for the following:

- Carbon Dioxide
- Temperature and Relative Humidity
- Airborne Fungi
- Swab Fungi

### Results

The survey revealed the following:

### Mechanical Systems Evaluation

- The above ceiling areas serve as a return air plenum.
- The external condition of the RTUs is good.
- The internal components appear to be in generally good condition.
- The RTUs utilize two-inch thick 30% efficient pre-filters and 65% primary box filters as rated by ASHRAE.[1] The filters were clean and appeared to be in good condition.
- The cooling coils are generally clean with minor corrosion observed on the cooling coil lower support frame.

---

[1] American Society of Heating, Refrigeration and Air-conditioning Engineers (ASHRAE) Standard 52.2-1999, "Gravimetric and Dust-spot Procedures for Testing Air-cleaning Devices used in General Ventilation for Removing Particulate Matter."



## Executive Summary

- The condensate drain pans were generally clean.
- The outdoor air dampers were open and operable.
- The building is under a positive pressure relative to the outdoors.
- A black substance is accumulating on the supply fan wheel and blades. This material appeared to be similar to carbon black, which is frequently noted in elevator machine rooms.
- This material was also noted on the metal standing seam roof in the vicinity of most of the exhaust fans. WB noted two conditions, which may be responsible for these conditions, which have not been noted on other adjacent Total System Services facilities. The Childcare facility is adjacent to frequently used railroad tracks and the facility roofline is below the main highway which is elevated prior to it's crossing the river.

*Occupancy Space Evaluation*

- The vinyl wall covering is used as the primary wall surface for all rooms utilized for child care services. Its use is for practical purposes as it is hard to damage and washable. However, its use on walls exposed to exterior ambient conditions has been problematic as it is not permeable (i.e. it does not breathe) and acts as a vapor barrier to moisture passing through the exterior walls. This problem was identified in the hospitality industry close to twenty years ago and is no longer used because of the mold and mildew problems that occurred with its use.

The quantitative sampling revealed the following:

- Carbon Dioxide levels below recommended levels in all indoor locations.
- Temperatures within the recommended comfort range in all indoor locations.
- Relative humidity within the recommended comfort range in all indoor locations.
- Airborne fungi levels requiring demolition and remediation action.
- Swab fungi mold conditions requiring demolition and remediation action

*Recommendations*

WB's recommends the following actions:

- Remove all vinyl wall coverings used on walls exposed to exterior ambient conditions and replace with either a permeable wall covering that will allow the walls to be lightly wiped over with a damp clothe or use a washable semi-gloss paint that is permeable.
- Remove all gypsum wallboard that exhibits visible microbial growth and replace with new. This most likely will be all gypsum wallboard on exterior face walls that are covered by vinyl wall covering. These conditions have occurred previously since the facility was originally constructed and the wall coverings have been replaced at least twice due to microbial growth. Therefore, it's probable that the original gypsum



<u>**Executive Summary**</u>

wallboard, which was most likely contaminated, has exacerbated the problem after each occurrence.

- Implement a demolition and remediation program as soon as possible to restore the facility to a healthy environment. See the Mitigation, Demolition and Remediation Protocols contained in the Conclusions at the end of the report.

- Conduct periodic IEQ Assessments throughout the facility to help detect and prevent future problems.

 **Introduction & Qualitative Survey**

## INTRODUCTION

This report presents the results of a Baseline Indoor Environmental Quality (IEQ) survey of the Childcare Center building at 1601 First Avenue in Columbus Georgia.

Many of the interior faces of the exterior walls of the Childcare Center Building, located in Columbus Georgia are exhibiting signs of visible microbial growth that are sometimes associated with poor indoor environmental quality (IEQ). In response to these conditions, Total System Services retained WorkingBuildings, LLC (WB) to conduct a Baseline IEQ Survey of the Childcare Center Building.

In addition, a local contractor had indicated that a black looking substance noted on the raised seam metal roof in the vicinity of several roof fans in conjunction with suspected window leaks may be connected to the exterior wall interior face conditions.

Patrick J. McCabe, CEM, CIAQP of WORKINGBUILDINGS, LLC conducted this survey on October 19.

## QUALITATIVE SURVEY

### *Occupant Complaints*

WB interviewed Ms. Debbie Avery of Total System Services Facilities Group who reported that the microbial growth noted behind the wall covering on the exterior face walls was a recurring problem and in some instances became evident by a pale pink looking coloration on the wall covering.

The Childcare Center is approximately five-years old and the wall coverings have already been replaced at least twice if not more often. The original building contractor had been consulted and it was reported that in the contractors' opinion, the mold and mildew growth is due to water leakage through the window glazing.

WorkingBuildings LLC (WB) in an initial telephone conversation with Ms. Avery had asked whether the wall coverings were of a vinyl or paper type and was informed that the wall coverings were of the vinyl type, which was confirmed during the site observation visit and survey

Although no IEQ complaints had been received from the building occupants, the client decided to take a proactive approach to ensure that appropriate actions were taken to mitigate the repeated microbial growth



# Introduction & Qualitative Survey

*Occupancy and Space Use*

The building occupancy is 414 persons.[2]  Based on 36,000 allowable square feet, this yields an occupant density of 11.5 persons per 1,000 square feet of net occupiable space.[3]  ASHRAE's recommended occupant density for design purposes is 50.0 persons per 1,000 inhabitable square feet.  However, the ratio of childcare room square footage to total square footage was not easily identifiable. Based on the outside air quantities specified on the mechanical design drawings and 15 cubic feet per minute (CFM) per person, the occupant design capacity would appear to allow a capacity of 420 people.

The building's primary usage is as a preschool Childcare facility space with several utility and auxiliary areas.

*Mechanical Systems Evaluation*

WB evaluated the condition of the rooftop unit (RTU) units serving the facility.  The survey revealed the following:

- The above ceiling areas serve as a return air plenum.
- The external condition of the RTUs is good.
- The internal components appear to be in generally good condition.
- The RTUs utilize two-inch thick 30% efficient pre-filters and 65% primary box filters as rated by ASHRAE.[4]  The filters were clean and appeared to be in good condition.
- The cooling coils are generally clean with minor corrosion observed on the cooling coil lower support frame.
- The condensate drain pans were generally clean.
- The outdoor air dampers were open and operable.
- The building is under a positive pressure relative to the outdoors.
- A black substance is accumulating on the supply fan wheel and blades. This material appeared to be similar to carbon black, which is frequently noted in elevator machine rooms. See photo # 14.
- This material was also noted on the metal standing seam roof in the vicinity of most of the exhaust fans. WB noted two conditions, which may be responsible for these conditions, which have not been noted on other adjacent Total System Services facilities. The Childcare facility is adjacent to frequently used railroad tracks and the facility roofline is below the main highway which is elevated prior to it's crossing the river.

---

[2] Occupancy provided from Architectural Design Documents.
[3] Area provided by Architectural Design Documents.
[4] American Society of Heating, Refrigeration and Air-conditioning Engineers (ASHRAE) Standard 52.2-1999, "Gravimetric and Dust-spot Procedures for Testing Air-cleaning Devices used in General Ventilation for Removing Particulate Matter."



# Introduction & Qualitative Survey

*Occupancy Space Evaluation*

WB evaluated the conditions in all rooms that had exterior walls that had vinyl wall covering. The survey revealed that all exterior walls with a vinyl wall covering had mold and mildew conditions on the gypsum wallboard and the back face of the vinyl wall covering as follows:

*Preschool Room 2 & 3*
- The moisture level noted at the visible microbial growth below the center of the three diamond shaped windows was 19%. At the upper left and right hand corners of the same window the moisture levels were noted to be 21% and 26% respectively. See photo #1.
- The moisture levels for the two windows either side of the center window ranged from a low of 6% to 15%. (Note that moisture levels in access of 10% for any length of time usually result in the integrity of the gypsum wallboard being comprised and extremely susceptible to microbial growth).

*Preschool Room 4 & 5*

- The moisture level noted at the visible microbial growth below the center of the right side diamond shaped window was 8%. At the upper left and right hand corners of the same window the moisture levels were noted to be 12% and 15% respectively. See photo #2.
- The moisture levels in the same locations for the center of the three diamond shaped windows were noted to be 8%, 15% & 14% respectively.
- The moisture level of the wall below the large window to the right of the three diamond shaped windows was noted to be 22%. See photo #3.

*Preschool Room 6*

- The moisture levels of the wall below the three large windows just above the baseboard were noted to be 20%, 25% & 19% respectively.
- The moisture level at approximately three-feet above the floor between the left and center windows was noted to be 22%.
- The moisture level at approximately three-feet above the floor between the center and right windows was noted to be 15%.

*Transition Room 3 & 4*

- The moisture level at the microbial growth below the right side diamond shaped window was noted to be above 30%. See photo #4.
- The moisture level at the microbial growth on the ledge of the center diamond shaped window was noted to be above 30%. See photo #5.



## Introduction & Qualitative Survey

*Transition Room 1 & 2*

- The moisture level of the wall below the second and third large windows just above the baseboard was noted to be 15%.
- The moisture level of the window ledges of all three diamond shaped windows was noted to be above 30%.
- Microbial growth below the right side diamond shaped window. See photo # 6.
- Microbial growth below the left side diamond shaped window. See photo # 7.
- Microbial growth on the window ledge of the left side diamond shaped window. See photo # 8.

*School Age Room*

- The presence of microbial growth behind the wall covering is indicated by the pink coloration appearing on the vinyl wall covering. See photo # 9 for an example.
- Moisture levels of this same wall were noted at approximately three-feet, five-feet and seven-feet above the floor level and were at 15%, 16% and 16% respectively.
- Moisture levels were sampled below the three large windows facing the parking lot and were noted to be at 15%.
- Moisture level of the light colored wall immediately to the left of the large blue wall was noted to be 12%.
- Moisture level of the light colored wall immediately to the right of the large blue wall was noted to be 10%.
- Moisture level of the large blue wall itself was noted to be above 30%.

*Preschool Room*

- The moisture levels at five-feet above the floor to left and right of the large window were noted to be at 20% and 22% respectively.
- The moisture levels for the diamond shaped window were noted to be at 20% below the window and at the window ledge and at 15% at five-feet above the floor.

*Toddler Room 4*

- The moisture level below both large windows was noted to be 22%.
- The moisture levels noted at the microbial growth on the window ledges of the diamond shaped windows was noted to be above 30%. See photo # 10.

*Toddler Room 3*

- The moisture level below the large window was noted to be 28%.



## Introduction & Qualitative Survey

- The moisture levels noted at the window ledges of the diamond shaped windows was noted to be above 30% and below the windows the moisture levels were noted to be 22%.

### Toddler Rooms 1 & 2

- The moisture levels at approximately five-feet above the floor between the diamond shaped windows, was noted to be above 30%. See photos # 11, 12 & 13.

### Infant Room 4

- The moisture levels at approximately five-feet above the floor between the diamond shaped windows, was noted to be from 8% to 11%.

### Infant Room 1

- The moisture levels at approximately five-feet above the floor between the diamond shaped windows, was noted to be from 6% to 10%.

See Appendix C for Photographs.

### Ambient Air Pollutants

The building is located near a heavily traveled commercial road. Therefore, one would expect the outdoor air to contain high levels of small respirable particles and products of combustion from automobiles. The potential exists for entrainment of dust and automobile emissions.



**Quantitative Sampling**

## QUANTITATIVE SAMPLING

WB measured the following environmental parameters in the outdoor air source and in several locations within the building:

- Carbon Dioxide ($CO_2$)
- Temperature
- Relative Humidity
- Airborne Fungi
- Swab Fungi

WB sampled the air at one to two minute intervals for periods ranging between twenty to thirty two minutes at each location.

### Carbon Dioxide

We sampled for carbon dioxide (CO2) to aid in evaluating the HVAC system's ability to control occupant-generated odors and bioeffluents.

The HVAC systems' ability to deliver outdoor air to building occupants and control occupant generated odors and bioeffluents is commonly evaluated by measuring CO2 concentrations in occupied spaces. CO2 is a normal constituent of the atmosphere and a byproduct of human respiration. CO2 can be harmful in concentrations greater than 5,000 parts per million (ppm). CO2 concentrations in an occupied space provide a good indication of the ventilation system performance. A CO2 concentration differential of less than 700 ppm between the indoor and outdoor air suggests that the ventilation system adequately removes routine by-products of human occupancy. Table 1 presents the results of the carbon dioxide measurements.



**Quantitative Sampling**

## Table 1
### Carbon Dioxide Concentrations in PPM

| Location | Average | Average Differential from OA | Minimum | Maximum |
|---|---|---|---|---|
| Outdoor Air | 384 | --- | 373 | 395 |
| Preschool Rooms 2 & 3 | 812 | 428 | 776 | 883 |
| Preschool Rooms 4 & 5 | 761 | 377 | 744 | 792 |
| Transition Rooms 3 & 4 | 795 | 411 | 762 | 973 |
| School Age Room | 704 | 320 | 676 | 733 |
| Transition Rooms 1 & 2 | 753 | 369 | 716 | 800 |
| Toddler Rooms 3 & 4 | 730 | 346 | 705 | 753 |
| Infant Room 1 | 698 | 314 | 690 | 722 |

Measured concentrations of carbon dioxide were within the maximum recommended ASHRAE limit. However, in some areas, measured levels approached twice the outdoor concentration suggesting that at reduced levels of outdoor air delivery, adequate ventilation may not occur. This is not an uncommon occurrence with VAV Systems without appropriate outdoor air intake controls.

*Temperature and Relative Humidity*

WB measured temperature and relative humidity with a resistance thermocouple temperature sensor and a capacitive type humidity sensor. Table 2 summarizes the average, low and high temperatures measured. Table 3 summarizes the average, low and high relative humidity levels measured.



**Quantitative Sampling**

## Table 2
## Temperatures in °F

| Location | Average | Minimum | Maximum |
|---|---|---|---|
| Outdoor Air | 76.8 | 76.5 | 77.2 |
| Preschool Rooms 2 & 3 | 72.2 | 71.3 | 73.1 |
| Preschool Rooms 4 & 5 | 71.2 | 70.9 | 71.6 |
| Transition Rooms 3 & 4 | 70.4 | 70.4 | 70.7 |
| School Age Room | 71.8 | 71.7 | 72.0 |
| Transition Rooms 1 & 2 | 73.5 | 73.3 | 74.6 |
| Toddler Rooms 3 & 4 | 71.0 | 70.8 | 71.7 |
| Infant Room 1 | 70.2 | 69.8 | 70.4 |
| Indoor Comfort Range | N/A | 68 | 78 |

Indoor temperatures were within the recommended seasonal comfort range[5] of 68 to 78 degrees F (°F) in all indoor locations.

---

[5] ASHRAE Standard 55-1992, "Thermal Environmental Conditions for Human Occupancy." Note: Certain individuals may prefer environmental conditions outside of ASHRAE's recommended ranges.



**Quantitative Sampling**

## Table 3
### Relative Humidity Levels in %

| Location | Average | Minimum | Maximum |
|---|---|---|---|
| Outdoor Air | 79.1 | 78.3 | 79.8 |
| Preschool Rooms 2 & 3 | 53.7 | 50.9 | 57.6 |
| Preschool Rooms 4 & 5 | 54.2 | 53.7 | 54.7 |
| Transition Rooms 3 & 4 | 55.9 | 55.3 | 56.8 |
| School Age Room | 49.0 | 48.7 | 49.2 |
| Transition Rooms 1 & 2 | 52.0 | 48.9 | 55.3 |
| Toddler Rooms 3 & 4 | 58.0 | 57.1 | 58.7 |
| Infant Room 1 | 52.8 | 52.4 | 53.6 |
| Indoor Comfort Range | N/A | 20 | 60 |

Humidity levels were within the recommended indoor comfort range in all indoor locations.

*Airborne Fungi*

WB sampled for airborne fungi in the following locations:

- Preschool Rooms 2 & 3
- Preschool Rooms 4 & 5
- School Age Room
- Transitions Rooms 3 & 4
- Transition Rooms 1 & 2
- Toddler Room 4
- Toddler Room 1
- Infant Room 4
- Infant Room 1
- In the outside air as a control.

WB collected these samples by pulling air over agar plates with a calibrated, air impingement pump. The agar plates were then incubated in controlled environmental cabinets for a minimum of 14 days. After incubation, the plates were examined under a microscope to determine the species and quantities of individual fungal colonies.

Quantitative Sampling

Currently, there are no governmental regulations concerning permissible levels of fungi or bacteria. Numerical guidelines are unavailable due to three main reasons:

- The enormous diversity of microbial agents,
- The enormous diversity of human susceptibility to these agents, and
- Lack of standardized sampling procedures to characterize exposure potentials.

Until numerical guidelines are established, investigators must rely on researchers' experience and databases maintained by private laboratories. Some sources suggest an actionable airborne fungi level to be 500 colony forming units per cubic meter of air (cfu/m$^3$). Our 3rd-party microbiology laboratory suggests indoor amplification of airborne fungi is occurring if the counts are above 200 cfu/m$^3$ and are significantly greater than outdoor concentrations.

Table 4 below summarizes the airborne fungi samples

## Table 4
### Airborne Fungi samples in Colony Forming Units per cubic meter of air (CFU/m$^3$)

| Location | Predominant Species | Quantity |
|---|---|---|
| Outdoor Air on Roof | *Cladosporium, Geotrichum, Sterile Mycelia, Rhodotorula, Penicillium, Aspergillus ustus group, Aspergillus niger group, Alternaria* and *Aspergillus versicolor group* | 2238 |
| Preschool Rooms 2 & 3 | *Chaetomium, Aspergillus versicolor group, Aspergillus sydowii, Tritirachium* and *Yeast* | 106 |
| Preschool Rooms 4 & 5 | *Aspergillus sydowii group, Chaetomium, Aspergillus versicolor group, Acremonium, Penicillium 1, Cladosporium, Penicillium 2, Aphanocladium-like, Penicillium 3* and *Sterile Mycelia* | 1991 |
| School Age Room | *Cladosporium, Tritirachium, Unidentified fungus and Sterile Mycelia* | 59 |
| Transition Rooms 3 & 4 | *Aspergillus versicolor group, Aspergillus sydowii group, Cladosporium, Sterile Mycelia, Penicillium 2, Penicillium 3, Penicillium 4, Penicillium 5, Penicillium 6, Yeast, Penicillium 7, Penicillium 8* and *Aspergillus niger group* | 2002 |
| Transition Rooms 1 & 2 | *Sterile Mycelia, Aspergillus versicolor group, Cladosporium, Penicillium 1, Penicillium 2, Aspergillus sydowii, Penicillium 3, Penicillium 4, Penicillium 5, Geotrichum, Tritirachium, Rhinocladiella, Penicillium 6* and *Penicillium 7* | 907 |



**Quantitative Sampling**

| Toddler Room 4 | *Sterile Mycelia, Aspergillus versicolor group, Cladosporium, Penicillium 1, Penicillium 2, Rhinocladiella, Penicillium 3, Penicillium 4, Stachybotrys chartarum, Penicillium 5, Tritirachium-like, Penicillium 6, Penicillium 7, Penicillium 8, Penicillium 9, Aspergillus sydowii and Aspergillus ustus group* | 1154 |
|---|---|---|
| Toddler Room 1 | *Sterile Mycelia, Aspergillus versicolor group, Cladosporium, Aspergillus sydowii, Penicillium-1, Geotrichum, Penicillium 2, Tritirachium-like, Penicillium 3, Penicillium 4, Stachybotrys chartarum, Tritirachium, Penicillium 5, Penicillium 6, Penicillium 7, Penicillium 8 and Mucor group* | 1190 |
| Infant Room 4 | *Penicillium 1, Penicillium 2, Penicillium 3, Rhinocladiella, Aspergillus versicolor group, Tritirachium, Tritirachium-like and Sterile Mycelia* | 94 |
| Infant Room 1 | *Cladosporium, Penicillium, Aspergillus versicolor group and Yeast* | 59 |

Several of the species found indoors such as *Chaetomium, Aspergillus sydowii, Tritirachium, Yeast, Acremonium, Aphanocladium-like, Aspergillus versicolor group, Rhinocladiella, Stachybotrys chartarum, Geotrichum, Tritirachium-like and Mucor group* were not found in the outdoor air. In general, most of the species are common environmental fungi, widespread and thrive on organic material. However, one of these species Stachybotrys chartarum it should be noted is an aggressive pathogenic species and can have serious health impairment to individuals with respiratory problems. However, the concentrations of these species in several locations were significantly lower than the outdoor levels. Regardless, mitigation action needs to occur as soon as possible.

The sampling generally revealed low levels of airborne fungi in the facility. This is not consistent with the highly visible mold growth noted on many of the walls. These low airborne samples suggest that the fungal colonies were not sporulating at the time of the sampling and this is typically consistent with the high moisture levels detected in the walls. Due to the highly visible mold growth, WB considers these low airborne fungi levels to be *False Negative* samples. WB must rely on the visible evidence and consider the potential for actionable fungal levels and potential amplification.

Appendix A shows the microbial laboratory reports for airborne fungi.

*Surface Swab Fungi*

WB sampled for swab fungi in the following locations:



# Quantitative Sampling

- Preschool Rooms 2 & 3 below diamond shaped windows
- Preschool Rooms 4 & 5 below middle diamond shaped window
- Preschool Rooms 4 & 5 below left diamond shaped window
- Transition Rooms 3 & 4 below right diamond shaped window
- Transition Rooms 3 & 4 on ledge of middle diamond shaped window
- Transition Rooms 1 & 2 below right diamond shaped window
- Transition Rooms 1 & 2 below left diamond shaped window
- Preschool Room on ledge of diamond shaped window
- Toddler Room 4 on ledge of diamond shaped window
- Toddler Room 1 between diamond shaped windows

WorkingBuildings collected these samples with sterile cotton swabs. The samples were transferred to agar plates and incubated in controlled environmental cabinets for a minimum of 14 days. After incubation, the plates were examined under a microscope to determine the individual microbial species.

Table 5 below summarizes the surface fungi samples.

## Table 5
## Surface Fungi Samples
## In colony forming units (cfu)

| Location | Species | Concentration |
|---|---|---|
| Preschool Room 2 & 3 | *Chaetomium, Acremonium, Aspergillus sydowii and Aspergillus versicolor group* | 1,900,000 (High) |
| Preschool Room 4 & 5 | *Chaetomium, Acremonium* and *Aspergillus versicolor group* | 1,900,000 (High) |
| Preschool Room 4 & 5 | *Aspergillus sydowii, Acremonium* and *Fusarium* | 140,000 (High) |
| Transition Rooms 3 & 4 | *Unidentified fungus, Scopulariopsis, Acremonium, Tritirachium, Aspergillus versicolor group, Aspergillus sydowii, Aspergillus, not fumigatus, Aspergillus terreus group* and *Verticillium-like* | 4,800,000 (High) |
| Transition Rooms 3 & 4 | *Chaetomium, Acremonium* and *Gliocladium* | 4,100,000 (High) |
| Transition Rooms 1 & 2 | *Aspergillus sydowii, Aspergillus versicolor group* and *Acremonium* | 44,000 (Medium) |
| Transition Rooms 1 & 2 | *Stachybotrys chartarum, Acremonium, Aspergillus versicolor group, Penicillium* and *Aspergillus sydowii* | 700,000 (High) |
| Preschool Room | *Aspergillus versicolor group, Penicillium,* | 2100 (Low) |



# Quantitative Sampling

|  | *Cladosporium, Aspergillus sydowii* and *Unidentified fungus* |  |
|---|---|---|
| Toddler Room 4 | *Gliocladium-like, Penicillium* and **Stachybotrys** *chartarum* | 74,000 (Medium) |
| Toddler Room 1 | *Chaetomium* and *Aspergillus versicolor group* | 190,000 (High) |

The species and concentrations found indoors *Chaetomium, Acremonium, Aspergillus sydowii, Fusarium, Unidentified fungus, Scopulariopsis, Tritirachium, Aspergillus, not fumigatus, Aspergillus terreus group, Verticillium-like, Gliocladium* and **Stachybotrys** *chartarum* which were not detected outdoors are at very high levels in most locations. Note that the **Stachybotrys chartarum** species was the predominant species in one location and the least in another. Therefore, WB recommends that remedial mitigation should occur at the earliest opportunity.

The microbial laboratory results for surface fungi are attached to this report in Appendix B



**Conclusions**

## CONCLUSIONS

Based on the survey and testing, the building does appear to be a source of potential indoor environmental quality complaints. The HVAC System is however, generally operating within acceptable indoor environmental quality guidelines.

The coating of a carbon black type substance noted on the RTU supply air fan casings is due to airborne particulate being drawn through the RTU filters onto fan casings which are in the cold highly saturated airstream from the cooling coils. That on the standing seam metal roof in the vicinity of the exhaust fans is due to the same particulate being drawn or induced into the vertical down flow from the exhaust fans and impinging onto the roof surface. Whenever the roof surface is wet or damp, the particulate will tend to stick and accumulate.

The heavy fungal accumulation behind the vinyl wall covering on the exterior walls presents a serious problem. This microbial growth should be addressed immediately to control amplification and prevent future occupant complaints. The strategy to combat this microbial growth involves elimination of what WB believes is the primary cause, due to the use of vinyl wall covering. The vinyl wall covering material is not permeable (does not breathe) and as heat always goes to cold, the moist air vapor penetrates the permeable wall until it reaches the vinyl wall covering, then condenses and saturates the gypsum wallboard and creates a food source for microbial growth.

WB also believes that there is a probable second cause. WB noted that the diamond shaped windows frames are metallic of either aluminum or steel with a baked enamel finish. WB also noted that the window frames were quite cool to the touch, which frequently indicates the lack of a thermal break in the window frame. Although many architects will specify windows with a thermal break, this thermal break is often value engineered out during the pricing. Unfortunately, in the cooler weather, this lack of a thermal break allows the interior surface of the window frame to get below the dew point of the interior space. This results in moisture or condensation forming, which is absorbed by the surrounding surfaces, especially window ledges and then migrates down the vertical wall in the gypsum wallboard.

Controlling microbial growth sites is difficult in existing buildings. Therefore, WB recommends demolition and remediation of the existing growth sites. In order to prevent future microbial growth, WB recommends that in the cold or cooler weather that the window ledges be monitored for water or moisture accumulation and wiped dry.

With regard to a contractor's reported statement that the windows were leaking, WB was present during a particularly heavy thunderstorm during the IAQ Investigation and saw no evidence anywhere in the facility of water intrusion.

## MITIGATION PROTOCOL

WorkingBuildings recommends the following action be taken:



# Conclusions

- Microbial mitigation techniques sometimes release large quantities of spores. WB would normally recommend that the building be unoccupied during the microbial mitigation. However, alternatively to fully closing the facility to avoid loss of both use of the facility and the considerable inconvenience to Total System Services employees, the affected areas to be remediated, will require full isolation and negative pressure control. This would also include the return air ceiling plenum above isolated areas.
- During any of the mitigation work, all workers shall use HEPA respirators and wear eye protection whenever removing water damaged and contaminated material to minimize the exposure to suspected microbial growth. Coveralls shall be worn to protect skin and hair from contamination.
- Except for personnel performing this work, the isolated areas shall remain unoccupied during the mitigation effort.
- No cleaning shall occur within the isolated areas until all demolition work is completed and debris removed from the facility.
- All water damaged or contaminated materials shall be placed in double bagged plastic containers and sealed before removal from the contaminated areas and placed in a dedicated trash container located adjacent to the facility.
- All work shall be supervised to ensure that the mitigation protocols are properly implemented and accomplished. The supervisor should either be a certified employee of the remediation company or an independent certified authority.
- All demolished materials must be removed from the remediation areas through a door or opening to the exterior from the isolated area.
- During mitigation, exhaust air from the isolated area including their return air plenum shall be directed to the exterior with portable, "negative air" machines containing HEPA filters. Do not operate the air handling unit fans until isolation is complete and clean filters are in place.

## Demolition Phase

WB recommends that each area to be remediated use the following approach:

- Remove all furniture and shelving and other movable fixtures from the isolated area to a conditioned area separate to the facility for cleaning.
- Place all toys, books etc into boxes and remove to the same conditioned area as the furniture for cleaning or disposal.
- Remove the vinyl wall covering from the exterior walls.
- Remove all gypsum wallboard exhibiting any visible signs of suspected microbial growth to a point at least twelve-inches beyond any visible growth.
- Remove any wall-mounted insulation that exhibits any sign of moisture damage or suspected microbial growth.
- If necessary due to the lack of conditioning in the area being remediated, maintain space relative humidity below 60% with the use of dehumidification machines containing HEPA filters with condensation lines piped to the exterior.



**Conclusions**

*Cleaning Phase*

- HEPA vacuum all surfaces in the work area including walls, floor and ceiling.
- Wipe down all surfaces in the work area with an anti-microbial cleanser such as a 10% bleach solution to remove or kill any remaining fungi. The solution should be applied with a damp cloth so as not to soak the building materials.
- In areas with none removable carpeted floor coverings, steam clean and thoroughly dry.
- After the area is decontaminated, remove the negative air machines from the space, taking care to avoid re-contaminating the area with the dirty filters, but continue to maintain the isolation barrier.
- In addition, do not remove the dehumidifying machines until other means can be introduced to maintain a reasonable temperature and relative humidity in the de-contaminated space.
- With regard to the furniture etc removed to another facility for cleaning. HEPA vacuum all items carefully. All furniture, shelving etc with hard surfaces should be wiped down with an anti-microbial cleanser such as a 10% bleach solution applied with a damp cloth to remove or kill any remaining fungi and then air dried. Keep in conditioned storage until the items can be returned to their restored place of occupancy.

*Clearance Phase*

- Normally WB recommends taking additional follow-up airborne fungi counts after the microbial mitigation. These additional samples will determine if the indoor air contains reduced levels of airborne fungi and help verify the effectiveness of the cleanup techniques. However, this process will add substantially to the restoration of the facilities to normal operation. WB recommends that at least for the first area this process occur to verify clearance and there is an alternative air sampling technique available, which although slightly more expensive will provide results in approximately five days
- Establish an ongoing proactive monitoring program to periodically evaluate the building air quality and minimize future indoor environmental quality complaints. This provides your staff with additional information to maintain and operate the building from an improved IEQ perspective.

In summary, the building is generally operating within acceptable indoor environmental quality guidelines. Implementing these recommendations will provide additional control of routine IEQ contaminants. With these adjustments and continued good maintenance and operating practices, the building should provide a healthy and productive indoor environment.

# APPENDIX A

## AIRBORNE FUNGI MEASUREMENT RESULTS



# APPENDIX B

### SWAB FUNGI MEASUREMENT RESULTS



# APPENDIX C

PHOTOGRAPHS





**Photograph 1    Wall below center window in Preschool Room 2 & 3**



**Photograph 2    Wall below right side window in Preschool Room 4 & 5**



Photograph 3    Wall below large window to right of diamond windows in Preschool 4 & 5



Photograph 4    Wall below right side window in Transition Room 3 & 4



**Photograph 5    Window ledge of center window in Transition Room 3 & 4**



**Photograph 6    Wall below right side diamond window in Transition Room 1 & 2**



**Photograph 7    Wall below left side diamond window in Transition Room 1 & 2**



**Photograph 8    Window ledge of the left side diamond window in Transition Room 1 & 2**



**Photograph 9    Pink coloration caused by microbial growth in School Age Room**



**Photograph 10  Microbial growth on window ledge in Toddler Room 4**



**Photograph 11  Microbial growth on walls between windows in Toddler Rooms 1 & 2**



**Photograph 12  Microbial growth on walls between windows in Toddler Rooms 1 & 2**



**Photograph 13  Microbial growth on walls between windows in Toddler Rooms 1 & 2**

**Photograph 14  Black particulate substance noted on RTU-1 supply air fan casing**

Charles Graham
3-15-05