IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INS. CO., | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION CASE NUMBER: |
| vs. | ) **3:06-CV-435-DRB** ) |
| STILLWELL MASONRY CO., INC., | ) ) |
| Defendant | ) |

**JOINT MOTION FOR EXTENSION OF**
**SUMMARY JUDGMENT SUBMISSION DEADLINE**

COME NOW the parties in the above-styled action and move the Court to extend its deadline for submissions on Plaintiff's Motion for Summary Judgment. In support of this motion, the parties set forth and say as follows:

1. The parties have determined additional discovery is necessary before Plaintiff's summary judgment motion and Defendant's opposition thereto are ripe for consideration by the Court. The parties expect discovery will be complete well before the deadline for the filing of dispositive motions.

2. Following the completion of necessary discovery, the parties request the Court allow them to supplement their previous filings, if necessary.

3. The joint filing of this motion is made with the consent of opposing counsel listed below.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Honorable Court extend the deadline for filings on Plaintiff's pending summary judgment motion

until the dispositive motion deadline, which is August 6, 2007, to allow them to complete the discovery necessary before Plaintiff's motion can be properly adjudicated.

        Respectfully submitted,

        /s/ Chris Zulanas
        Christopher J. Zulanas
        Attorney for Plaintiff
        FRIEDMAN LEAK
        3800 Colonnade Parkway, Suite 650
        Birmingham, AL 35243

        /s/ Kevin Shires
        Kevin T. Shires
        Attorney for Defendant
        SPRAIN & SHIRES, P.C.
        1707 29th Court South
        Birmingham, AL 35209