**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 5, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   State Auto Property & Casualty Insurance Company v.
              Stillwell Masonry Company, Inc.

Case Number:   3:06-cv-00435-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 31   filed on    April 4, 2007.**