IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STATE AUTO PROPERTY & | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-435-MEF |
| | ) | |
| STILLWELL MASONRY COMPANY, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the Court on the Joint Motion for Extension of Summary Judgment Submission Deadline (Doc. # 31) filed on April 4, 2007. On March 15, 2007, few weeks after this Court set an August 6, 2007 deadline for the filing of dispositive motions in this case, Plaintiff filed a motion for summary judgment. The Court promptly set a briefing schedule and submission date for the motion. Subsequently, both parties have filed statements indicating that the motion for summary judgment cannot or should not be decided at this juncture due to the need to conduct further discovery. They ask that the Court extend the deadlines for submission relating to the pending motion for summary judgment and allow supplemental submissions in the future. In this Court's view a more orderly manner of proceeding would be to deny the pending motion for summary judgment, to vacate the order requiring submissions relating to that motion for summary judgment, and to allow the parties to file new dispositive motions at a later date on or before the deadline set for such

submissions.  Accordingly, it is hereby ORDERED as follows:

   1.  Joint Motion for Extension of Summary Judgment Submission Deadline (Doc. #
31) is DENIED.

   2.  State Auto Property & Casualty Insurance Company's Motion for Summary
Judgment (Doc. # 19) is DENIED without prejudice to the ability of State Auto Property &
Casualty Insurance Company to file any future dispositive motions prior to the deadline set
by the Uniform Scheduling Order for such motions.

   3.  This Court's March 16, 2007 Order (Doc. # 25) setting a briefing schedule and
submission date for State Auto Property & Casualty Insurance Company's Motion for
Summary Judgment is VACATED.

   DONE this 5th day of April, 2007.


                              /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE