IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION CASE NUMBER: |
| ) | |
| STILLWELL MASONRY COMPANY, INC., ) ) | **3:06-cv-435-DRB** |
| Defendant ) | |

### MOTION TO COMPEL DEFENDANT TO ANSWER PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Plaintiff, **State Auto Property & Casualty Insurance Company ("State Auto")**, and moves this Honorable Court to enter an Order compelling Defendant to respond to this Plaintiff's Request for Production of Documents. As grounds in support thereof, Plaintiff states unto this Honorable Court as follows:

1. On April 9, 2007, this Plaintiff served its Request for Production of Documents to the Defendant. (See Exhibit "A")

2. On June 6, 2007, the undersigned counsel wrote Defendant's counsel requesting that Defendant provide responses to first discovery (See Exhibit "B").

3. Additionally, counsel for State Auto, Chris Zulanas has had numerous discussions with counsel for the defendant requesting responses to the document requests.

4. Defendant has not responded to the Request for Production of Documents.

WHEREFORE, PREMISES CONSIDERED, this Plaintiff respectfully requests that this Honorable Court enter an Order requiring Defendant to respond to Request for Production of Documents within 10 days from the date of the Order.

<b><u>NO ORAL ARGUMENT REQUESTED</u></b>

Respectfully Submitted,

*/s/ Christopher J. Zulanas*
Christopher J. Zulanas
James W. Moss
Attorneys for
State Auto Property & Casualty Insurance Company

**Of Counsel:**
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that I have caused a copy of the foregoing pleading to be filed and served on all counsel of record listed below via the United States Mail, postage prepaid on this the 27th day of July, 2007.

*/s/*
Of Counsel

cc:
Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
Sprain & Shires, P.C.
1707 - 29th Court South
Homewood, AL 35209

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| vs. ) | CIVIL ACTION CASE NUMBER: |
| ) ) | |
| STILLWELL MASONRY COMPANY, INC., ) ) | 3:06-CV-435-DRB |
| Defendant ) | |

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT STILLWELL MASONRY COMPANY, INC.

COMES NOW the Plaintiff in the above-styled action, State Auto Property & Casualty Insurance Company ("State Auto"), and propounds the following Request for Production of Documents to Defendant Stillwell Masonry Company, Inc.:

1. Please produce copies of any and all insurance policies other than policies issued by Plaintiff which might provide Alton Stillwell and/or Stillwell Masonry Company coverage for defense and/or indemnity of the lawsuit styled *Total System Services, Inc. v. Alton Stillwell d/b/a Stillwell Masonry Company, Inc., et al.*, bearing Civil Action Number: SUOS-CV-2610-7, pending in the Superior Court of Muscogee County, Georgia.

2. A complete copy of Stillwell Masonry Company's project file for the Total System Services' daycare facility project.

3. All plans and specifications for the Total System Services' daycare facility project.

4. Any and all contracts and/or agreements between Alton Stillwell and/or Stillwell Masonry Company and any other entity regarding the Total System Services' daycare facility project.

5. All payment applications submitted by Alton Stillwell and/or Stillwell Masonry Company for work on the Total System Services' daycare facility project.

6. All documents evidencing payments made to Alton Stillwell and/or Stillwell Masonry Company for any work on the Total System Services' daycare facility project.

7. All documents regarding any defect or deficiency in any work done by Alton Stillwell and/or Stillwell Masonry Company on the Total System Services' daycare facility project.

8. All notices to cure, notices of default and/or notices of termination regarding the Total System Services' daycare facility project.

9. All field inspection reports or observation reports on the Total System Services' daycare facility project.

10. All documents pertaining to any inspection or observation work done by Alton Stillwell and/or Stillwell Masonry Company on the Total System Services' daycare facility project.

11. All documents which reflect any alleged defect or deficiency in any work done by Alton Stillwell and/or Stillwell Masonry Company on the Total System Services' daycare facility project.

12. All documents which reflect any repair work of any kind by or request for repair work made to Alton Stillwell and/or Stillwell Masonry Company by any entity on the Total System Services' daycare facility project.

13. All documents, correspondence, memoranda, or records of any kind between Alton Stillwell and/or Stillwell Masonry Company and the owner, general contractor or any other subcontractor on the Total System Services' daycare facility project.

14. All documents pertaining to or related in any way to alleged deficiencies, defects or damages allegedly resulting from the work of Alton Stillwell and/or Stillwell Masonry Company on the Total System Services' daycare facility project.

15. All interrogatory answers and responses to Request for Production of Documents by Alton Stillwell and/or Stillwell Masonry Company in the underlying lawsuit styled *Total System Services, Inc. v. Alton Stillwell d/b/a Stillwell Masonry Company, Inc., et al.*, bearing Civil Action Number: SUOS-CV-2610-7, pending in the Superior Court of Muscogee County, Georgia.

16. All transcripts of depositions given by Alton Stillwell and/or any employee of Stillwell Masonry Company in the underlying lawsuit styled *Total System Services, Inc. v. Alton Stillwell d/b/a Stillwell Masonry Company, Inc., et al.*, bearing Civil Action Number: SUOS-CV-2610-7, pending in the Superior Court of Muscogee County, Georgia.

Respectfully submitted,

_____
Christopher J. Zulanas
Michael J. Douglas
Attorneys for Plaintiff

OF COUNSEL:
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
Tel: (205) 278-7000
Fax: (205) 278-7001

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing discovery for service on counsel listed below via First Class Mail, postage prepaid on this the 1rt day of APRIL, 2007.

_____
Of Counsel

cc:
Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
SPRAIN & SHIRES, PC
1707 29th Court South
Birmingham, AL 35209

# EXHIBIT "B"

# FRIEDMAN LEAK

ATTORNEYS & COUNSELORS AT LAW

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
P 205-278-7000  F 205-278-7001
WWW.FRIEDMANLEAK.COM

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

June 6, 2007

Mr. Kevin T. Shires
**Sprain & Shires, P.C.**
1707 - 29th Court South
Homewood, AL 35209

RE: *Total System Services, Inc. v. Dickson/Wells Architect, Inc., et al.*
In the Superior Court of Muscogee County, Georgia
Civil Action Number: US-05-CV-2610-7
Our File Number: 256-4187

Dear Kevin:

I hope you had a good trip. I know you are covered up now that you are back in the office, but we need to go ahead and get moving on this case.

I've been in touch with State Auto regarding your document requests and the only correspondence between it and Stillwell Masonry which might be responsive to your request is the reservation of rights letter sent after State Auto was notified of the Total Systems Services' lawsuit. If you do not have a copy of it from Barry Noeltner, please let me know and I will obtain a copy for you.

In response to our requests, please provide copies of documents provided to you by Barry's office. Also, give me some dates when you would like to depose State Auto's representative and I will need some for Alton Stillwell's deposition. We may be able to do both of them the same day.

Give me a call at your earliest opportunity.

Sincerely,

FRIEDMAN LEAK

Christopher J. Zulanas

CJZ/sa