IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) | CIVIL ACTION CASE NUMBER: |
| ) | |
| STILLWELL MASONRY COMPANY, INC., ) ) | **3:06-cv-435-DRB** |
| Defendant ) | |

### JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

COME NOW the parties in the above-styled action and jointly move this Honorable Court to extend the Dispositive Motion deadline set forth in this Court's uniform scheduling order of August 6, 2007, to a date after the October 19, 2007 discovery cutoff. As grounds in support of this Motion, the parties set forth and state unto the Court as follows:

1.  State Auto Property & Casualty Insurance Company ("State Auto") filed a Motion for Summary Judgment on or around March 13, 2007.

2.  However, the parties subsequently filed a Joint Motion for Extension of the Summary Judgment deadline to allow them to complete additional discovery.

3.  On April 5, 2007, this Honorable Court entered an Order providing that the pending Motion for Summary Judgment on behalf of State Auto would be denied without prejudice and that the parties could file future dispositive motions prior to the August 6, 2007 dispositive motion deadline.

4.  Although the parties have continued to work to complete the necessary discovery, discovery is not complete at this time and the parties respectfully request that this Court continue the

dispositive motion deadline until a date after the October 19, 2007 discovery deadline, so that the parties will have additional time to complete necessary discovery.

5.   The parties are not requesting a continuance of the December 10, 2007 trial and believe that all necessary discovery can be completed by October 19, 2007.

6.   The parties request that they be allowed the additional time within the previously set discovery deadline to complete necessary discovery for dispositive motions.

WHEREFORE, PREMISES CONSIDERED, the parties request that the dispositive motion deadline be extended to a date after October 19, 2007.

Respectfully Submitted,

_s/James W. Moss_
Christopher J. Zulanas
James W. Moss
Attorneys for
State Auto Property & Casualty Insurance Company

**Of Counsel:**
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

_s/Kevin T. Shires_
Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
Defendant Stillwell Masonry Co., Inc.

**Of Counsel:**
Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
Sprain & Shires, P.C.
1707 - 29th Court South
Homewood, AL 35209