IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & <br> CASUALTY INSURANCE COMPANY, <br> <br> Plaintiff, <br> <br> v. <br> <br> STILLWELL MASONRY COMPANY, INC. <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    CASE NO. 3:06-cv-435-MEF <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

Upon of review of the *Motion to Compel Defendant to Answer Plaintiff's Request for Production* (Doc. 34, filed July 27, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **August 6, 2007**.

DONE this 30th day of July, 2007.

                                       /s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE