IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & ) <br> CASUALTY INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STILLWELL MASONRY COMPANY, ) <br> INC., *et al.,* ) <br> ) <br> Defendants. ) | CASE NO. 3:06-cv-435-MEF |

## **O R D E R**

This cause is before the Court on the parties' Joint Motion to Extend Dispositive Motion Deadline (Doc. # 35) filed on July 27, 2007. The parties have not shown good cause for their request, and the requested extension will make it difficult for this Court to try this case on the December 10, 2007 trial term under the current Uniform Scheduling Order. Accordingly, it is hereby ORDERED that the motion is DENIED.

DONE this 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE