IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & <br> CASUALTY INS. CO., <br><br> Plaintiff, <br><br> vs. <br><br> STILLWELL MASONRY CO., INC., <br><br> Defendant | ) <br> ) <br> ) CIVIL ACTION CASE NUMBER: <br> ) **3:06-CV-435-DRB** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S EVIDENTIARY SUBMISSION

COMES NOW the Plaintiff in the above-styled action, **State Auto Property & Casualty Insurance Company ("State Auto")**, and in support of its Motion for Summary Judgment, submits the following evidentiary materials:

1. A copy of State Auto's Amended Complaint for Declaratory Judgment.

2. A copy of the Complaint in the underlying civil action styled *Total System Services, Inc. v. Alton Stillwell d/b/a Stillwell Masonry Co., Inc., et al.*, bearing Civil Action Number: SU05-CV-2610-7, pending in the Superior Court of Muscogee County, Georgia.

3. A copy of State Auto's policies issued to Stillwell Masonry Company, Inc. with effective dates of February 22, 2001 through February 22, 2005.

4. A copy of the Fungi or Bacteria Exclusion Endorsement to certain of State Auto's policies.

5. Indoor Environmental Quality Survey for Total Systems Services Child Care Center by Working Buildings, LLC and dated November 18, 2004.

6. Report of Charles W. Graham dated March 15, 2005.

Respectfully submitted,

*s/ Chris Zulanas*

Christopher J. Zulanas
James W. Moss
Attorneys for State Auto Property &
Casualty Insurance Company

**OF COUNSEL:**
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, Alabama 35243
(205) 278-7000
(205) 278-7001 Fax
www.friedmanleak.com

**CERTIFICATE OF SERVICE**

     I hereby certify I have caused a copy of the foregoing pleading to be electronically filed via CM/ECF and served on counsel listed below this date: **August 6, 2007.**

Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
SPRAIN & SHIRES, P.C.
1707 - 29th Court South
Homewood, AL 35209

*s/ Chris Zulanas*
OF COUNSEL