# Evidentiary Submission #3(a)

### State Auto policy 2/22/01-2/22/02

STATE OF SOUTH CAROLINA                    AFFIDAVIT

COUNTY OF GREENVILLE

The undersigned hereby certifies that the attached is a true and correct copy of

___State Automobile Mutual_____ Insurance Company, policy number

_SOC 0015601_____ as issued to _Stillwell Masonry Co Inc_____

providing coverage from ____02/22/01_____ to _____02/22/02_____

Signature of Notary _Michelle Torley_

Commission expires _3-23-2015_____

AC0000/604

```
          STATE AUTOMOBILE MUTUAL INSURANCE COMPANY               3


          SERIES ONE CONTRACTORS POLICY COMMON DECLARATIONS        2

POLICY NUMBER  SOC 0015601 08          RENEWAL OF  SOC 0015601 07   2
                            RENEWAL

NAMED INSURED AND ADDRESS          AGENCY NAME, ADDRESS AND TELEPHONE NUMBER   2

     STILLWELL MASONRY CO INC          MULLIN-ROSWELL INSURANCE AGENC
     PO BOX 2357                       P O BOX 459
     PHENIX CITY, AL                   PHENIX CITY, AL
     36868                             36868
                                       PHONE:  334-298-9377
BRANCH: SOUTHERN REGION                AGENCY NUMBER: 0007604
```

POLICY PERIOD:        FROM: FEB. 22, 2001  TO: FEB. 22, 2002  AT
     12:01 A.M., STANDARD TIME, AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS OR POLICIES FOR WHICH
A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

```
COVERAGE PARTS:                                        PREMIUM2

COMMERCIAL GENERAL LIABILITY COVERAGE                  $2,120.00

SELF-CONTAINED POLICIES:                                      2

CONTRACTORS SPECIAL COVERAGE                             $455.00

                            TOTAL ADVANCE PREMIUM:     $2,575.00
                          * PREMIUM AT INCEPTION:      $2,575.00
```

* IF TERMINATED AT YOUR REQUEST, THIS POLICY IS SUBJECT
  TO A MINIMUM RETAINED PREMIUM AMOUNT OF:      $250

FORMS AND ENDORSEMENTS APPLICABLE TO THIS POLICY:
PBP 15   1/99 *

COUNTERSIGNED _____ BY _____
                                            (AUTHORIZED REPRESENTATIVE)


FORM NO. PBP1       07/98              ISSUED 02/06/01    AGENT COPY

```
                    STATE AUTOMOBILE MUTUAL INSURANCE COMPANY              3

                    POLICY SCHEDULE OF NAMES AND ADDRESSES                 2

POLICY NUMBER SOC 0015601 08                                              2
                              RENEWAL


NAMED INSURED AND ADDRESS          AGENCY NAME, ADDRESS AND TELEPHONE NUMBER  2

   STILLWELL MASONRY CO INC            MULLIN-BOSWELL INSURANCE AGENC
   PO BOX 2357                         P O BOX 459
   PHENIX CITY, AL                     PHENIX CITY, AL
   36868                               36868
                                       PHONE: 334-298-9377
                                       AGENCY NUMBER: 0007604


            LOCATIONS OF PREMISES YOU OWN, RENT OR OCCUPY               2


   LOCATION 0001
   5458 SANDFORT ROAD
   PHENIX CITY, AL
   36867
```

FORM NO. SNADEC   11/89              ISSUED 02/06/01   AGENT COPY

SOC 0015601 08 20010208 OP1/FLAN-AGENT WHSL        01 R 00 05  R
                                                   AC00007604

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY                    3

COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS      2

POLICY NUMBER SOC 0015601 08                                 2
                              RENEWAL

NAMED INSURED: STILLWELL MASONRY CO INC                      2

AUDIT FREQUENCY: ANNUAL            THE INSURED IS:  CORPORATION

LIMITS OF INSURANCE:                                         2
  EACH OCCURRENCE LIMIT                 $100,000
  PERSONAL AND ADVERTISING INJURY       $100,000 ANY ONE PERSON OR ORGANIZATION
  MEDICAL EXPENSE LIMIT                 $5,000 ANY ONE PERSON
  DAMAGE TO PREMISES RENTED TO YOU      $100,000 ANY ONE PREMISES
  GENERAL AGGREGATE LIMIT
  (OTHER THAN PRODUCTS - COMPLETED OPERATIONS)    $200,000
  PRODUCTS- COMPLETED OPERATIONS AGGREGATE LIMIT  $200,000

TOTAL ADVANCE GENERAL LIABILITY PREMIUM (SUBJECT TO AUDIT):     $2,120.00

FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:
  CG 00 01 07/98 *    CG 21 47 07/98 *    MC 51    07/98 *    CG 00 57 09/99 *

COUNTERSIGNED _____ BY _____
                                               (AUTHORIZED REPRESENTATIVE)

FORM NO. GL4D      07/98              ISSUED 02/06/01     AGENT COPY

AC00007604

STATE AUTOMOBILE MUTUAL INSURANCE COMPANY                    3

COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE        2

POLICY NUMBER SOC 0015601 08                                 2
                              RENEWAL
NAMED INSURED: STILLWELL MASONRY CO INC                      2

| | | | | | | ESTIMATED | 2 |
|---|---|---|---|---|---|---|---|
| LOC ST TER CODE | | PREMIUM BASIS | PER | RATE | | PREMIUM | COV*2 |
| 1 AL 003 97447 | | 129,500 PAYROLL | 1000 | $13.491 | | $1,747 | O |
| MASONRY | | | | $2.883 | | $373 | P |

* COV O INDICATES PREMISES OPERATIONS
  COV P INDICATES PRODUCTS-COMPLETED OPERATIONS

FORM NO. ES1      07/98             ISSUED 02/06/01    AGENT COPY

Case 3:06-cv-00435-WKW-TFM   Document 40-4   Filed 08/06/2007   Page 7 of 59

```
MLUS SDC 0015601 08 05 0006          ISS      EFF          RSN        LAST PAGE OF DOC.
SORT STTL    SCREEN # 04      OLD OR N-NEW      CARRY ON PIE Y    PRINT B  MOD 01
TYPE  COM    DOCUMENT CSCIA        EDITION 0100    SEQ 001      ISSUE 022201  STATUS P
OWNER  MUNDELL      NEXT DOC.                                OLD OR NEW
   OTHER                                        $                  $
```

TOTAL COMMERCIAL INLAND MARINE PREMIUM $ 411

FORMS/ENDORSEMENTS, WITH EDITION DATES IF ANY, APPLICABLE TO COMMERCIAL
INLAND MARINE COVERAGE:  CSC200 (07/99) IM-7506 (ED.1.0)

CSC1    (07/99)

# Preferred Business Policy
## COMMON POLICY CONDITIONS

With the exception of any included Commercial Umbrella or Inland Marine Policy or coverage part, which contain their own Common Policy Conditions, all coverage parts included in your Preferred Business Policy are subject to the following common conditions. Subject to the laws of your state, some conditions may be changed by the attachment of a state amendatory endorsement.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such

actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrent that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## G. INSTALLMENT PAYMENTS

If you have elected to pay the premium on this policy in installments and you fail to pay an installment when due, we will assume you no longer want the insurance. In such event we will issue you a notice of cancellation as set forth under Policy Conditions. Such notice will specify the date and time of cancelation. If we receive an installment payment after the date of cancellation, we may, subject to the laws of your state, reinstate your policy, issue you a new policy with a new policy period or return the late payment to you.

# COMMERCIAL PROPERTY CONDITIONS

The Commercial Property Coverage Part is subject to the following conditions:

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:

    a. During the policy period shown in the Declarations; and

    b. Within the coverage territory.

2. The coverage territory is:

    a. The United States of America (including its territories and possessions);

    b. Puerto Rico; and

    c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

# PROVISIONS APPLICABLE TO CRIME COVERAGE PART
## (Except Coverage Forms K, L, M & N)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime coverage forms forming part of this policy.

## A. GENERAL EXCLUSIONS

We will not pay for loss as specified below:

1. **Acts Committed by You or Your Partners:** Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

2. **Governmental Action:** Loss resulting from seizure or destruction of property by order of governmental authority.

3. **Indirect Loss:** Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

    a. Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

    b. Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

    c. Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

4. **Legal Expenses:** Expenses related to any legal action.

5. **Nuclear:** Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

6. **War and Similar Actions:** Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B. GENERAL CONDITIONS

1. **Concealment, Misrepresentation or Fraud:** This insurance is void in any case of fraud by you as it relates this this Insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

    a. This insurance;

    b. The Covered Property;

    c. Your interest in the Covered Property; or

    d. A claim under this insurance.

2. **Consolidation—Merger:** If through consolidation or merger with, or purchase of assets of, some other entity:

    a. Any additional persons become "employees;" or

    b. You acquire the use and control of any additional "premises;"

    any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises," but only if you:

    a. Give us written notice within 30 days thereafter; and

    b. Pay us an additional premium.

3. **Coverage Extensions:** Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit of Insurance applying to the Coverage or Coverage Section.

4. **Discovery Period for Loss:** We will pay only for covered loss discovered no later than one year from the end of the policy period.

5. **Duties in the Event of Loss:** After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

    a. Notify us as soon as possible.

    b. Submit to examination under oath at our request and give us a signed statement of your answers.

    c. Give us a detailed, sworn proof of loss within 120 days.

    d. Cooperate with us in the investigation and settlement of any claim.

6. **Joint Insured**

    a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

    b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

    c. An "employee" of any Insured is considered to be an "employee" of every Insured.

    d. If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

e. We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

7. **Legal Action Against Us:** You may not bring any legal action against us involving loss:

   a. Unless you have complied with all the terms of this insurance; and

   b. Until 90 days after you have filed proof of loss with us; and

   c. Unless brought within 2 years from the date you discover the loss.

8. **Liberalization:** If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

9. **Loss Covered Under More Than One Coverage of This Insurance:** If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

   a. The actual amount of loss; or

   b. The sum of the limits of insurance applicable to those coverages.

10. **Loss Sustained During Prior Insurance**

   a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

      (1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

      (2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

   b. The insurance under this Condition is part of, not in addition to, the Limits of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

      (1) This insurance as of its effective date; or

      (2) The prior insurance had it remained in effect.

11. **Loss Covered Under This Insurance and Prior Insurance Issued by Us or Any Affiliate:**

   If any loss is covered:

   a. Partly by this insurance; and

   b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

   the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

12. **Non-Cumulation of Limit of Insurance:** Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

13. **Other Insurance:** This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit of Insurance shown in the Declarations.

14. **Ownership of Property; Interest Covered:** The property covered under this insurance is limited to property:

   a. That you own or hold; or

   b. For which you are legally liable.

   However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

15. **Policy Period**

   a. The Policy Period is shown in the Declarations.

   b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

16. **Records:** You must keep records of all Covered Property so we can verify the amount of any loss.

17. **Recoveries**

   a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

      (1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

      (2) Then to us, until we are reimbursed for the settlement made;

      (3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

   b. Recoveries do not include any recovery:

      (1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

      (2) Of original "securities" after duplicates of them have been issued.

18. **Territory:** This insurance covers only acts committed or events occurring within the United States of America, U.S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

**19.** **Others to Us:** You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

### 20. Valuation—Settlement

a. Subject to the applicable Limit of Insurance provision we will pay for:

(1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

    (a) At face value in the "money" issued by that country; or

    (b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

(2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

    (a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities;"

    (b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities." However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

        i. Value of the "securities" at the close of business on the day the loss was discovered; or

        ii. Limit of Insurance.

(3) Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

    (a) Actual cash value of the property on the day the loss was discovered;

    (b) Cost of repairing the property or "premises;" or

    (c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. "Money" of the United States of America, or loss from damage to, property other than "money:"

(1) In the "money" of the country in which the loss occurred; or

(2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

## C. GENERAL DEFINITIONS

1. **"Employee"** means:

a. Any natural person:

    (1) While in your service (and for 30 days after termination of service); and

    (2) Whom you compensate directly by salary, wages or commissions; and

    (3) Whom you have the right to direct and control while performing services for you; or

b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, however, any such person while having care and custody of property outside the "premises."

But "employee" does not mean any:

    (1) Agent, broker, factor, commission merchant. consignee, independent contractor or representative of the same general character; or

    (2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. **"Money"** means:

a. Currency, coins and bank notes in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

3. **"Property Other Than Money and Securities"** means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Coverage Form as Property Not Covered.

4. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money."

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (Broad Form)

This endorsement modifies insurance under Commercial General Liability, Liquor Liability & Commercial Auto Coverage Parts.

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage:"

   (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

   (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

   (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured;" or

   (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" include radioactive, toxic or explosive properties;'

   "Nuclear material" means "source material," Special nuclear material" or "by-product material;"

   "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

   "Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

   "Nuclear facility" means:

   (a) Any "nuclear reactor;"

   (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

   (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

   and includes the site on which any of the foregoing is located, all operations conducted on which site and all premises used for such operations;

   "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

   "Property damage" includes all forms of radioactive contamination of property.

## CALCULATION OF PREMIUM ENDORSEMENT—Applicable to all Coverage Parts

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**DIVIDENDS**

You are entitled to the proportionate part of any policyholder's dividend if declared by our Board of Directors in accordance with its By-Laws.

**NOTICE OF POLICYHOLDERS MEETINGS**

While your policy is in force, you are one of our members and are entitled, in person or by proxy, to one vote at all meetings of the members. The annual meeting of the members is held at 9 o'clock A.M., Columbus time, on the first Friday of March of each year at our Home Office, 518 East Broad Street, Columbus, Ohio.

**NON-ASSESSABLE**

This policy is non-assessable and the insured shall not be liable for the payment of any assessment nor for the payment of any premium other than that stated in this policy.

IN WITNESS WHEREOF, we have caused this policy to be signed by our Secretary and President at Columbus, Ohio, and countersigned on the Declarations page by an authorized agent of the State Auto Insurance Companies.

John R Lowther Secretary                    Robert H Moore President

STATE AUTO®
Insurance Companies

# COMMERCIAL GENERAL LIABILITY COVERAGE

Read your policy carefully. This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself is a legal contract between you and your insurance company and sets forth, in detail, the rights and obligations of both you and your insurance company. It is therefore important that you read your policy.

### DECLARATIONS PAGE
Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

### SECTION I — COVERAGES

Beginning on Page

Coverage A —
    Bodily Injury
    and Property        Insuring Agreement ............................... 1
    Damage Liability      Exclusions ....................................... 1
Coverage B —
    Personal and       Insuring Agreement ............................... 5
    Advertising
    Injury Liability       Exclusions ....................................... 5
Coverage C—         Insuring Agreement ............................... 5
    Medical Payments    Exclusions ....................................... 6
Supplementary Payments ................................................ 6

SECTION II — WHO IS AN INSURED ........................................... 7

SECTION III — LIMITS OF INSURANCE ......................................... 8

SECTION IV — COMMERCIAL GENERAL LIABILITY CONDITIONS ..................... 9
    Bankruptcy ........................................................ 9
    Duties in the Event of Occurrence, Claim or Suit ..................... 9
    Legal Action Against Us ............................................ 9
    Other Insurance ................................................... 9
    Premium Audit .................................................... 10
    Representations ................................................... 10
    Separation of Insureds ............................................. 10
    Transfer of Rights of Recovery Against Others To Us .................. 10
    When We Do Not Renew ............................................ 10

SECTION V — DEFINITIONS ................................................. 10

### COMMON POLICY CONDITIONS (cover jacket)
Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy
Installment Payments

### ENDORSEMENTS
Nuclear Energy Exclusion - in cover jacket
Calculation of Premium - in cover jacket
Any others, as indicted on the Declarations and Attached to this Policy.

**MUTUAL COMPANY POLICY CONDITIONS** - in cover jacket

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSE-MENT (Broad Form)

**1.** The insurance does not apply:

- **A.** Under any Liability Coverage, to "bodily injury" or "property damage:"

  - **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

  - **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

- **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

- **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

  - **(1)** The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

  - **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured;" or

  - **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;'

"Nuclear material" means "source material," Special nuclear material" or "by-product material;"

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility,"

"Nuclear facility" means:

- **(a)** Any "nuclear reactor;"

- **(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

- **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

- **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on which site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

## CALCULATION OF PREMIUM ENDORSEMENT—Applicable to all Coverage Parts

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

---

IN WITNESS WHEREOF, we have caused this policy to be signed by our Secretary and President at columbus, Ohio, and countersigned on the Decarations page by an authorized agent of the State Auto Insurance Companies.

Secretary

President

Subject to the laws of your state, some conditions may be changed by the attachment of a state amendatory endorsement.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections,

surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

## G. INSTALLMENT PAYMENTS

If you have elected to pay the premium on this policy in installments and you fail to pay an installment when due, we will assume you no longer want the insurance. In such event we will issue you a notice of cancellation as set forth under Policy Conditions. Such notice will specify the date and time of cancelation. If we receive an installment payment after the date of cancellation, we may, subject to the laws of your state, reinstate your policy, issue you a new policy with a new policy period or return the late payment to you.

---

# CONDITIONS APPLICABLE TO STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

## DIVIDENDS

You are entitled to the proportionate part of any policyholder's dividend if declared by our Board of Directors in accordance with its By-Laws.

## NOTICE OF POLICYHOLDERS MEETINGS

While your policy is in force, you are one of our members and are entitled, in person or by proxy, to one vote at all meetings of the members. The annual meeting of the

members is held at 9 o'clock A.M., Columbus time, on the first Friday of March of each year at our Home Office at 518 East Broad Street, Columbus, Ohio.

## NON-ASSESSABLE

This policy is non-assessable and the insured shall not be liable for the payment of any assessment nor for the payment of any premium other than that stated in this policy.

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES
## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

  **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

  **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

  **(2)** The "bodily injury" or "property damage" occurs during the policy period.

**c.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

  **(1)** That the insured would have in the absence of the contract or agreement; or

  **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

## c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

## d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

## e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

## f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

Copyright, Insurance Services Office, Inc., 1997    **CG 00 01 07 98**    □

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

### h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

### i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

### j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

### k. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

### l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

### m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

### n. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### o. Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

Copyright, Insurance Services Office, Inc., 1997

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

    (1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

    (2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

    (3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

    (4) Arising out of a criminal act committed by or at the direction of any insured;

    (5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

    (6) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

    (7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

    (8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

    (9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section; or

    (10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

    (1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    (2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

    (1) On premises you own or rent;

    (2) On ways next to premises you own or rent; or

    (3) Because of your operations;

    provided that:

    (1) The accident takes place in the "coverage territory" and during the policy period;

    (2) The expenses are incurred and reported to us within one year of the date of the accident; and

    (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

 Copyright, Insurance Services Office, Inc., 1997

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

Copyright, Insurance Services Office, Inc., 1997     □

(2) Provides us with written authorization to:

  (a) Obtain records and other information related to the "suit"; and

  (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

**a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

  (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

  (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

  (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

  (d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

  (a) Owned, occupied or used by,

  (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

  you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

Copyright, Insurance Services Office, Inc., 1997

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an Insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III — LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

 Copyright, Insurance Services Office, Inc., 1997 **CG 00 01 07 98**   □

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

          Copyright, Insurance Services Office, Inc., 1997              □

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

Copyright, Insurance Services Office, Inc., 1997   **CG 00 01 07 98**   □

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in **a.** above; or

(b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    Copyright, Insurance Services Office, Inc., 1997    CG 00 01 07 98    □

b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

21. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# Asbestos Exclusion

The following exclusions are added to all coverage contained within:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM SERIES ONE POLICY, LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" as defined in the policy, arising out of:

1. Inhaling, ingesting or prolonged physical exposure to asbestos or goods or products containing asbestos;

2. The use of asbestos in constructing or manufacturing any goods, product, or structure;

3. The removal of asbestos from any goods, product or structure;

4. The manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos;

5. Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with parts 1 through 4 above; or

6. Any obligation to share damages with or repay someone else who must pay damages in connection with parts 1 through 5 above.

MC-51 (07/98)



COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

  (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

  (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

b. This insurance applies to "bodily injury" and "property damage" only if:

  (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

  (2) The "bodily injury" or "property damage" occurs during the policy period; and

  (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

  (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

  (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

  (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 Copyright, Insurance Services Office, Inc., 1998 ☐

# CONTRACTOR'S SPECIAL COVERAGES

The information required on any Inland Marine Coverage may be shown on a separate schedule, in the company records, or on the Declarations. Any Inland Marine Coverage listed herein applies only if a limit and premium for that Coverage is shown in the Declarations. All Inland Marine Coverages are subject to the Agreement and the Common Contractor's Special Coverage Conditions.

# AGREEMENT

In return for your payment of the premium, we provide coverage(s) described in this policy during the policy period subject to all the applicable terms of this policy. Coverage(s) apply for which a premium is shown in the Declarations.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the Definitions Section pertaining to each applicable coverage part.

# COMMON CONTRACTOR'S SPECIAL COVERAGE CONDITIONS

## A. WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice.** In case of a loss, you must:

    a. give us or our agent prompt notice including a description of the property involved (we may request written notice); and

    b. give notice to the police when the act that causes the loss is a crime.

2. **Protect Property.** You must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. We do pay the reasonable costs incurred by you for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. You must keep an accurate record of such costs. However, we do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase our "limit".

3. **Proof of Loss.** You must send us within 60 days after our request, a signed, sworn proof of loss. This must include the following information:

    a. the time, place and circumstances of the loss;

    b. other policies of insurance that may cover the loss;

    c. Your interest and the interest of all others in the property involved, including all mortgages and liens;

    d. Changes in title of the covered property during the policy period; and

    e. estimates, specifications, inventories, and other reasonable information that we may require to settle the loss.

4. **Examination.** You must submit to examination under oath in matters connected with the loss as often as we reasonably request and give us sworn statements of the answers. If more than one person is examined, we have the right to examine and receive statements separately and not in the presence of others.

5. **Records.** You must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as we reasonably request.

6. **Damaged Property.** You must exhibit the damaged and undamaged property as often as we reasonably request and allow us to inspect or take samples of the property.

**7. Volunteer Payments.** You must not, except

payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects to protecting property from further damage.

**8. Abandonment.** You may not abandon the property to us without our written consent.

**9. Cooperation.** You must cooperate with us in performing all acts required by this policy.

## B. VALUATION

**1. Actual Cash Value.** The value of covered property is based on the actual cash value at the time of loss (with a deduction for depreciation) except as provided in paragraphs 2., 3., and 4. under Valuation.

**2. Replacement Cost.** When replacement cost is indicated on the "Declarations" or on an endorsement pertaining to property described herein, the value of covered property will be based on the replacement cost without any deduction for depreciation.

The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment shall not exceed the amount you spend to repair or replace the damaged or destroyed property.

Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced. You may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if you notify us of your intent within 180 days after the loss.

**3. Pair or Set.** The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or the set.

However, this provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

**4. Loss to Parts.** The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## C. HOW MUCH WE PAY

**1. Insurable Interest.** We do not cover more than your insurable interest in any property.

**2. Deductible.** We pay only that part of your loss over the deductible amount indicated on the "Declarations" in any one occurrence.

**3. Loss Settlement Terms.** Subject to paragraphs 1., 2., 4. and 5. under How Much We Pay, we pay the lesser of:

a. the amount determined under Valuation;

b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

c. the "limit" that applies to the covered property.

**4. Insurance Under more than One Coverage.** If more than one coverage of this policy insures the same loss, we pay no more than the actual claim, loss, or damage sustained.

**5. Insurance Under More Than One Policy.** You may have another policy subject to the same terms as this policy. If you do, we will pay our share of the covered loss. Our share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

If there is another policy covering the same loss, other than that described above, we pay only for the amount of covered loss in excess of the amount due from that other policy, whether you can collect on it or not. But we do not pay more than the applicable "limit".

## D. LOSS PAYMENTS

**1. Our Options.** We have the following options:

a. pay the value of the loss;

b. pay the cost of repairing or replacing the loss;

c. rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

d. take all or any part of the damaged property at the agreed or appraised value.

We must give you notice of our intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

**2. Your Losses.** We adjust all losses with you. Payment will be made to you unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with you or the filing of an appraisal award with us.

3. **Property of Others.** Losses to property of:

   a. you on behalf of the owner; or

   b. the owner,

If we pay the owner, we do not have to pay you. We may also choose to defend any suits arising from the owners at our expense.

## E. OTHER CONDITIONS

1. **Appraisal.** If you and we do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

    If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state where the property is located to select an umpire.

    The appraisers will then determine and state separately the amount of each loss.

    The appraisers will also determine the value of covered property items at the time of the loss, if requested.

    If the appraisers submit a written report of any agreement to us, the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreements so itemized and signed by any two of these three sets the amount of the loss.

    Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by you and us.

2. **Benefit to Others.** Insurance under this coverage section shall not directly or indirectly benefit anyone having custody of your property.

3. **Conformity With Statute.** When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates.** This provision applies only if the insured is an individual.

    On your death, we cover the following as an insured:

   a. the person who has custody of your property until a legal representative is qualified and appointed; or

   b. your legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

This coverage does not extend past the policy period indicated on the "Declarations".

5. **Misrepresentation, Concealment or Fraud.** This coverage is void as to you and any other insured if, before or after a loss:

   a. you or any other insured have willfully concealed or misrepresented:

      (1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      (2) your interest herein.

   b. there has been fraud or false swearing by you or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period.** We pay for a covered loss that occurs during the policy period.

7. **Recoveries.** If we pay you for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. you must notify us promptly if you recover property or receive payment;

   b. we must notify you promptly if we recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. you may keep the recovered property but you must refund to us the amount of the claim paid, or any lesser amount to which we agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting terms of this policy, any recovery will be pro rated between you and us based on our respective interest in the loss.

8. **Restoration of Limits.** A loss we pay under this coverage does not reduce the applicable "limits".

9. **Subrogation.** If we pay for a loss, we may

require you to assign to us your right of recovery against those who are or may be necessary to secure our rights. We do not pay for a loss if you impair this right to recover.

You may waive your right to recover from others in writing before a loss occurs.

10. **Suit Against Us.** No one may bring a legal action against us under this coverage unless:

   a. all of the terms of this coverage have been complied with; and

   · b. the suit has been brought within two years after you first have knowledge of the loss.

   If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits.** We cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

12. **Premium Audit.** Premiums shown for Optional Installation Coverage are deposit premiums only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

   The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

# SPECIAL PERSONAL PROPERTY FLOATER COVERAGE

## A. PROPERTY COVERED

When a "limit" · is indicated on the "Declarations", "we" cover direct physical loss ·· caused by a covered peril to:

1. "your" property or

2. property of others in "your" care, custody, and control

while In or within 500 feet of a premises described on the "declarations".

## B. PROPERTY NOT COVERED

1. **Aircraft or Watercraft**—"We" do not cover aircraft or watercraft.

2. **Automobiles**—"We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

3. **Buildings and Land**—"We" do not cover buildings or land including land on which covered property is located.

4. **Contraband**—"We" do not cover contraband or property in the course of illegal transportation or trade.

5. **Money and Securities**—"We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6. **Waterborne Property**—"We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## C. ADDITIONAL COVERAGES

1. **Debris Removal**—"We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. Extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

   "We" will not pay any more under this coverage than 25% of the amount "we" pay for the direct loss. "We" will not pay more for loss to property and debris removal combined than that "limit" for the damaged property.

   However, "we" pay an additional amount of debris removal expense up to $5,000 when the debris removal expense exceeds 25% of the amount "we" pay for direct loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   "We" do not pay any expenses unless that are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Pollutant Cleanup and Removal**—"We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only If they are reported to

4

"We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing which Is necessary for the extraction of "pollutants" from land or water.

The most "we" pay for each site or location Is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy.

## D. PERILS COVERED

"We" cover external risks of direct physical loss unless the loss Is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

1. "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority**—"We" do not pay for loss caused by order of any civil authority, Including seizure, confiscation, destruction, or quarantine of property.

   "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Earth Movement or Volcanic Eruption**— "We" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

   "We" do pay for direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

   All volcanic eruptions that occur within a 168 hour period shall be considered a single loss.

   c. **Nuclear Hazard**—"We" do not pay for loss caused by re resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke, "We" do pay for direct loss by fire resulting from the nuclear hazard.

d. **Water**—"We" do not pay for loss caused by water. This means:

   a. "flood"; or

   b. "ground water."

   If fire, explosion, or sprinkler leakage results, "we" do pay for the resulting loss.

e. **War**—"We" do not pay for loss caused by war. This means:

   1) declared war, undeclared war, civil war, Insurrection, rebellion, or revolution;

   2) a warlike act by a military force or by military personnel;

   3) the destruction, seizure, or use of the property for a military purpose; or

   4) the discharge of a nuclear weapon even if it is accidental.

f. **Theft**—Unless "Theft Included" is indicated on the "Declarations," we do not pay for loss or damage caused by or resulting from theft.

2. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss.

   a. **Contamination or Deterioration**—"We" do not pay for loss caused by contamination or deterioration including corrosion; decay; fungus; mildew; mold; rot; rust; or any quality, fault or weakness in the covered property that causes it to damage or destroy itself.

   b. **Criminal, Fraudulent, or Dishonest Acts**—"We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or inn collusion with another by:

      1) "you";

      2) others who have an interest inn the property;

      3) others to whom "you" entrust the property;

      4) "your" partners, officers, directors, trustees, or joint adventurers; or

      5) the employees or agents of 1), 2), 3), 4), above, whether or not hey are at work.

   This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

   This exclusion does not apply to covered

c. **Electrical Currents**—"We" do not pay for loss caused by artificially generated electrical currents that damage electrical apparatus or writing within the covered property, if loss by fire or explosion results, "we" do pay for the resulting loss.

This exclusion applies only to the property artificially generating the current or property that the current passes through.

d. **Explosion, Rupture, or Bursting**—"We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam popes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

e. **Loss of Use**—"We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

f. **Mechanical Breakdown**—"We" do not pay for loss caused by any:

   1) structural or mechanical process; or

   2) structural, mechanical, or electrical breakdown or malfunction.

g. **Missing Property**—"We" do not pay for mission property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is not physical evidence to show what happened to the covered property. This exclusion does not apply to covered property in the custody of a carrier for hire.

h. **Pollutants**—"We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused y a "specified peril". "We" do pay for any resulting loss caused by a "specified peril".

i. **Temperature/Humidity**—"We" do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

j. **Theft From An Unattended Vehicle**— "We" do not pay for theft from an unattended vehicle except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced. This exclusion

does not apply to covered property in the custody of a carrier for hire.

k. **Voluntary Parting**—"We" do not pay for loss caused by or resulting from voluntary parting with tittle to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l. **Wear and Tear**—"We" do not pay for loss caused by wear and tear, marring or scratching.

## F. DEFINITIONS

1. The words "you" and "your" means the persons or organizations named as the Insured on the "declarations".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Declarations" means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

4. "Earth movement" means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting, of earth.

5. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water all whether driven by wind or not. This includes spray that results from theses whether drive by wind or not.

6. "Ground water" means:

   a. water that backs up through a sewer or drain; or

   b. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into a building, sidewalk, driveway, foundation, swimming pool, or other structure.

7. "Limit" means the amount of coverage that applies.

8. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste, Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the

6

covered property in/or subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to:

a. personal property in the open; or

b. to the interior of buildings or structures or to personal property inside buildings or

structures unless the roofs or walls are first damaged by a falling object.

Water damages means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11."Terms" means all provisions, limitations, exclusion, conditions, and definitions that apply.

12."Volcanic action" means airborne volcanic blast or or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

# ACCOUNTS RECEIVABLE COVERAGE

## A. PROPERTY COVERED

1. When a "limit" is indicated on the "Declarations", we cover external risks of direct physical loss caused by a covered peril to your accounts receivable while:

   a. on premises described on the "Declarations";

   b. in transit; or

   c. away from premises described on the "Declarations".

2. We cover:

   a. the sums that are due and that you cannot collect from your customers because of the loss;

   b. the interest charge on a loan if that loan is used to offset those sums that cannot be collected pending our payment of those sums;

   c. collection costs that result from the loss which are above your normal collection costs; and

   d. the reasonable cost to reconstruct your accounts receivable records.

## B. PROPERTY NOT COVERED

Contraband. We do not cover contraband or property in the course of illegal transportation or trade.

## C. ADDITIONAL COVERAGE

Emergency Removal. We pay for loss to covered property while it is moved or being moved to prevent a loss caused by a covered peril. We pay for any direct physical loss caused by a peril that is not excluded. This coverage applies for up to 30 days after the property is first moved, but does not extend past the date on which this policy expires.

## D. PERILS COVERED

We cover external risks of direct physical loss to covered property unless the loss is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

1. We do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

   a. Civil Authority. We do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. Nuclear Hazard. We do not pay for loss caused by or resulting from a nuclear

reaction, nuclear radiation, or radioactive
uncontrolled; whether caused by natural,
accidental, or artificial means). Loss
caused by nuclear hazard is not consid-
ered loss caused by fire, explosion, or
smoke. We do pay for direct loss by fire
resulting from the nuclear hazard.

c. **Theft.** Unless "Theft Included" is indicat-
ed on the "Declarations", we do not pay
for loss or damage caused by or resulting
from theft.

d. **War.** We do not pay for loss caused by
war. This means:

(1) declared war, undeclared war, civil
war, insurrection, rebellion, or revolu-
tion;

(2) a warlike act by a military force or by
military personnel;

(3) the destruction, seizure, or use of the
property for a military purpose; or

(4) the discharge of a nuclear weapon
even if it is accidental.

2. We do not pay for loss or damage if one or
more of the following exclusions apply to the
loss:

a. **Concealment.** We do not pay for loss
caused by the destruction, alteration, falsi-
fication, or concealment of your accounts
receivable records that is done to conceal
the criminal, fraudulent, dishonest, or ille-
gal giving, taking, or withholding of
money, securities, or other property.

b. **Criminal, Fraudulent, or Dishonest
Acts.** We do not pay for loss caused by
or resulting from criminal, fraudulent, dis-
honest, or illegal acts alone or in collusion
with another by:

(1) you;

(2) others who have an interest in the
property;

(3) others to whom you entrust the prop-
erty;

(4) your partners, officers, directors,
trustees, or joint adventurers; or

(5) the employees or agents of (1), (2),
(3), or (4) above, whether or not they
are at work.

This exclusion does not apply to acts of
destruction by your employees, but we do
not pay for theft by employees.

This exclusion does not apply to covered
property in the custody of a carrier for
hire.

c. **Damage, Disturbance, or Erasure of
Electronic Data.** We do not pay for loss
that results from electrical or magnetic
damage, disturbance or erasure of elec-
tronic data or records that is caused by:

(1) erroneous programming or faulty
equipment instructions;

(2) faulty or inadequate installation or
maintenance of data processing
equipment; or

(3) electrical power supply disturbances
including surges, blackouts or
brownouts if the cause of the distur-
bance took place more than 100 feet
from the premises described on the
"Declarations".

d. **Discrepancy.** We do not pay for loss that
results from a discrepancy that is discov-
ered in your books or records if this is the
only means to prove that a loss has
occurred. If there is other evidence to
prove that a loss has occurred, you may
use the discrepancy to support your claim.

e. **Errors And Omissions.** We do not pay
for loss caused by bookkeeping, account-
ing, or billing errors or omissions.

f. **Loss of Use.** We do not pay for loss
caused by or resulting from loss of use,
business interruption, delay, or loss of
market.

g. **Voluntary Parting.** We do not pay for
loss caused by or resulting from voluntary
parting with title to or possession of any
property because of any fraudulent
scheme, trick, or false pretense.

**F. HOW MUCH WE PAY**

The following replaces paragraph 3 in section
**C., HOW MUCH WE PAY,** of the Common
Inland Marine Conditions:

3. **Loss Settlement Terms.** Subject to para-
graphs 1., 2., 4., and 5. under How Much We
Pay, we pay the lesser of:

a. the total sum of accounts receivable due.
From this total we will deduct:

(1) all amounts due from the accounts
receivable records that are not lost;

(2) all amounts due that can be estab-
lished by other means;

8

(3) all amounts due that you have collected from the records that are lost;

(4) all unearned interest and service charges; and

(5) an amount to allow for bad debts.

b. the reasonable cost to reconstruct your accounts receivable records; or

c. the applicable "Limit" indicated on the "Declarations".

If a loss occurs and you cannot establish the actual accounts receivable amount due, it will be determined as follows:

monthly accounts receivable amounts for the 12 month period that directly precedes the month in which the loss occurred. We will adjust the total for any verifiable variance in the accounts receivable amount for the month in which the loss occurred.

## G. DEFINITIONS

1. **"Declarations"** means all pages labeled Declarations, Supplemental Declarations or Schedules, which pertain to this coverage.

2. **"Limit"** means the amount of coverage that applies for Accounts Receivable Coverage as described on the "Declarations".

# VALUABLE PAPERS AND RECORDS COVERAGE

## A. PROPERTY COVERED

When a "limit" is indicated on the "Declarations", we cover external risks of direct physical loss caused by a covered peril to your "valuable papers and records" and similar property of others in your care, custody, or control while in a premises described on the "Declarations".

## B. PROPERTY NOT COVERED

1. **Contraband.** We do not cover contraband or property in the course of illegal transportation or trade.

2. **Data Processing Media.** We do not cover data processing media including magnetic tapes, disk packs, diskettes, paper tapes, cards, and other material on which data is stored. However, we do cover data stored on data processing media.

3. **Money and Securities.** We do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets, money, notes or securities.

4. **Property Held For Delivery.** We do not cover property held for delivery after it is sold.

5. **Property that Cannot be Replaced.** We do not cover property that cannot be replaced with materials of like kind and quality unless the property is specifically scheduled on the "Declarations".

6. **Samples For Sale.** We do not cover property held as samples for sale.

## C. ADDITIONAL COVERAGES

1. **Emergency Removal.** We pay for loss to covered property while it is moved or being moved to prevent a loss caused by a covered peril. We pay for any direct physical loss caused by a peril that is not excluded. This coverage applies for up to 30 days after the property is first moved, but does not extend past the date on which this policy expires.

2. **Property Away From Described Premises.** We cover direct physical loss caused by a covered peril to covered property while away from premises described on the "Declarations" at a temporary location. The most we pay for a loss under this coverage is $1,000 unless a higher "limit" is indicated on the "Declarations".

## D. PERILS COVERED

We cover external risks of direct physical loss to covered property unless the loss is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

1. We do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

   a. **Civil Authority.** We do not pay for loss caused by order of any civil authority,

o

Including seizure, confiscation, destruc-
Case 3:06-cv-00443-WKW/WC Property Document 40-4    Filed 08/06/2007  Page 44 of 59 others to whom you entrust the prop-
erty;

We do not pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Nuclear Hazard.** We do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

c. **Theft.** Unless "Theft Included" is indicated on the "Declarations", we do not pay for loss or damage caused by or resulting from theft.

d. **War.** We do not pay for loss caused by war. This means:

(1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

(2) a warlike act by a military force or by military personnel;

(3) the destruction, seizure, or use of property for a military purpose; or

(4) the discharge of a nuclear weapon even if it is accidental.

2. We do not pay for loss or damage if one or more of the following exclusions apply to the loss:

a. **Contamination or Deterioration.** We do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

b. **Criminal, Fraudulent, or Dishonest Acts.** We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

(1) you;

(2) others who have an interest in the property;

(4) your partners, officers, directors, trustees, or joint adventurers; or

(5) the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by your employees, but we do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

c. **Damage, Disturbance, or Erasure of Recordings.** We do not pay for loss caused by electrical or magnetic damage, disturbance, or erasure of electronic recordings. However, we do pay for damage, disturbance, or erasure caused by lightning.

d. **Errors And Omissions.** We do not pay for loss caused by errors or omissions in processing, duplicating, or copying. But if a fire or explosion results we do pay for the resulting loss.

e. **Insects or Vermin.** We do not pay for loss caused by insects or vermin.

f. **Loss of Use.** We do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

g. **Voluntary Parting.** We do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

h. **Wear and Tear, or Obsolescence.** We do not pay for loss caused by wear and tear, depreciation, or obsolescence.

## F. DEFINITIONS

1. **"Declarations"** means all pages labeled Declarations, Supplemental Declarations or Schedules, which pertain to this coverage.

2. **"Limit"** means the amount of coverage that applies for "Valuable Papers and Records" Coverage as described on the "Declarations".

3. **"Valuable papers and records"** means inscribed, printed or written documents; manuscripts; or records. This includes abstracts, books, deeds, drawings, films, maps, or mortgages.

## A. PROPERTY COVERED

When a "limit" is indicated on the "Declarations", we cover external risks of direct physical loss caused by a covered peril to cargo:

1. you own;

2. which you have sold to others; or

3. owned by others for which you are legally liable;

while in due course of transit or in "any one owned vehicle".

## B. PROPERTY NOT COVERED

1. **Art, Antiques and Fur.** We do not cover objects of art, antiques, or fur garments.

2. **Carrier For Hire.** We do not cover property of others that you are responsible for as a:

   a. carrier for hire; or

   b. as an arranger of transportation; this includes carloader, consolidator, broker, freight forwarder, or shipping association.

3. **Contraband.** We do not cover contraband or property in the course of illegal transportation or trade.

4. **Contractors' Machinery, Tools, Equipment.** We do not cover contractors' machinery, tools, equipment or similar property owned by you or others, used in your operations.

5. **Exports and Imports.** We do not cover exported or imported property:

   a. that is covered under any ocean marine cargo policy that anyone has obtained covering exports or imports; or

   b. while on an ocean or air conveyance.

6. **Jewelry, Stones and Metals.** We do not cover jewelry, precious stones, gold, silver, platinum, or other precious metals or alloys.

7. **Live animals.** We do not cover animals including cattle or poultry unless death is caused or made necessary by a "specified peril".

8. **Mail.** We do not cover mail shipments in the custody of the U.S. Postal Service.

9. **Money and Securities.** We do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets, money, notes or securities.

10. **Samples.** We do not cover samples while in the custody of a sales representative.

11. **Storage.** We do not cover property held in storage.

## C. ADDITIONAL COVERAGES

1. **Emergency Removal.** We pay for loss to covered property while it is moved or being moved to prevent a loss caused by a covered peril. We pay for any direct physical loss caused by a peril that is not excluded. This coverage applies for up to 30 days after the property is first moved, but does not extend past the date on which this policy expires.

2. **Rejected Shipments.** We pay for loss caused by a covered peril to outgoing shipments of covered property that have been rejected by the consignee, including shipments that are not deliverable. We cover rejected shipments while:

   a. in due course of transit back to you; or

   b. awaiting return shipment to you.

   This additional coverage will end ten days after delivery has been attempted or made to the consignee unless the covered property is in due course of transit back to you.

## D. PERILS COVERED

We cover external risks of direct physical loss to covered property unless the loss is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

1. We do not pay for a loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

   a. **Civil Authority.** We do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Nuclear Hazard.** We do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled, whether caused by natural,

11

accidental, or artificial means). Loss ered loss caused by fire, explosion, or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

c. **Theft.** Unless "Theft Included" is indicated on the "Declarations", we do not pay for loss or damage caused by or resulting from theft.

d. **War.** We do not pay for loss caused by war. This means:

(1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

(2) a warlike act by a military force or by military personnel;

(3) the destruction, seizure, or use of the property for a military purpose; or

(4) the discharge of a nuclear weapon even if it is accidental.

2. We do not pay for loss or damage if one or more of the following exclusions apply to the loss:

a. **Criminal, Fraudulent, or Dishonest Acts.** We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

(1) you;

(2) others who have an interest in the property;

(3) others to whom you entrust the property;

(4) your partners, officers, directors, trustees, or joint adventurers; or

(5) the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by your employees, but we do not pay for theft by employees.

b. **Loss of Use.** We do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

c. **Missing Property.** We do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

d. **Pollutants.** We do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release discharge seepage, migration, dispersal, or escape is caused by a "specified peril".

e. **Voluntary Parting.** We do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. We do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a "specified peril" results we will pay for the resulting loss:

.a. **Contamination or Deterioration.** We do not pay for loss caused by contamination or deterioration including corrosion; decay; fungus; mildew; mold; rot; rust; or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

b. **Temperature/Humidity.** We do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

c. **Wear and Tear.** We do not pay for loss caused by wear and tear.

## F. DEFINITIONS

1. **"Any one owned vehicle"** means any one vehicle, truck, trailer, semitrailer, or combination of these pulled by one power unit owned by you or leased by you and that is operated by you.

2. **"Declarations"** means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

3. **"Limit"** means the amount of coverage that applies for Motor Truck Cargo as described on the "Declarations".

4. **"Pollutant"** means:

a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

b. electrical or magnetic emissions whether visible or invisible, and sound emissions.

5. **"Specified perils"** means fire; lightning; windstorm; hail; collision, overturn, or derailment of a transporting conveyance; collapse of a bridge or culvert; and theft.

## A. PROPERTY COVERED

When a "limit" is indicated on the "Declarations", we cover external risks of direct physical loss caused by a covered peril to your signs and similar property of others in your care, custody, or control consisting of:

1. signs of any type including automatic, electric, fluorescent, mechanical, or neon;

2. lamps and street clocks;

3. data processing equipment used in connection with the sign.

## B. PROPERTY NOT COVERED

**Contraband.** We do not cover contraband or property in the course of illegal transportation or trade.

## C. PERILS COVERED

We cover external risks of direct physical loss to covered property unless the loss is limited or caused by a peril that is excluded.

## D. PERILS EXCLUDED

1. We do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

   a. **Civil Authority.** We do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Nuclear Hazard.** We do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

   c. **Theft.** Unless "Theft Included" is indicated on the "Declarations", we do not pay for loss or damage caused by or resulting from theft.

   d. **War.** We do not pay for loss caused by war. This means:

      (1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

      (2) a warlike act by a military force or by military personnel;

      (3) the destruction, seizure, or use of the property for a military purpose; or

      (4) the discharge of a nuclear weapon even if it is accidental.

2. We do not pay for loss or damage if one or more of the following exclusions apply to the loss:

   a. **Breakage.** We do not pay for loss caused by breakage while the property is being installed, dismantled, repaired, or in transit.

   We do pay for breakage if it is caused by "specified perils" or by the collision, upset, or overturn of a vehicle carrying the covered property.

   b. **Contamination or Deterioration.** We do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   c. **Criminal, Fraudulent, or Dishonest Acts.** We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

      (1) you;

      (2) others who have an interest in the property;

      (3) others to whom you entrust the property;

      (4) your partners, officers, directors, trustees, or joint adventurers; or

      (5) the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

   This exclusion does not apply to acts of destruction by your employees, but we do not pay for theft by employees.

   This exclusion does not apply to covered property in the custody of a carrier for hire.

**d. Electrical Currents.** We do not pay for loss caused by artificially generated electrical currents that damage electrical apparatus or wiring within the covered property. If loss by fire or explosion results, we do pay for the resulting loss.

This exclusion applies only to the property artificially generating the current or property that the current passes through.

**e. Loss of Use.** We do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

**f. Mechanical Breakdown.** We do not pay for loss caused by mechanical breakdown or failure of covered property. This includes rupture or bursting by centrifugal force.

**g. Temperature/Humidity.** We do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

**h. Voluntary Parting.** We do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

**i. Wear and Tear.** We do not pay for loss caused by wear and tear, marring or scratching.

## E. DEFINITIONS

1. **"Declarations"** means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

2. **"Limit"** means the amount of coverage that applies to Exterior Signs Coverage as described on the "Declarations".

3. **"Sinkhole collapse"** means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

4. **"Specified perils"** means aircraft; civil commotion; explosion; falling objects fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse" smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

5. **"Volcanic action"** means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

# INFORMATION SYSTEMS COVERAGE

## A. PROPERTY COVERED

When a "limit" is indicated on the "Declarations" for Information Systems, we cover external risks of direct physical loss caused by a covered peril to covered property consisting of:

1. your "hardware" and "software"; and

2. similar property of others that is in your care, custody or control.

Coverage applies while the above described is at your risk:

1. on the premises described on the "Declarations"; or

2. in transit; or

3. at a premises that is not described on the "Declarations" for a period not exceeding sixty (60) days.

## B. PROPERTY NOT COVERED

1. **Accounts, Bills or Documents.** We do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents

except those that are in "software" form and

**2. Contraband.** We do not cover contraband or property in the course of illegal transportation or trade.

**3. Loaned, Leased, or Rented To Others.** We do not cover property that you loan, lease, or rent to others.

**4. Money and Securities.** We do not cover currency, food stamps, lottery tickets, money, notes, or securities.

**5. Stock in Trade.** We do not cover your stock in trade.

## C. EXTENSIONS OF COVERAGE

You may extend the coverage "limit" applicable to Information Systems to apply to loss as provided below. These coverage extensions do not increase the coverage "limit" for Information Systems shown on the "Declarations".

**1. Disturbance and Mechanical Breakdown Coverage.** We pay for loss to covered property caused by "mechanical breakdown". We also pay for loss to covered property caused by "electrical disturbance" and "power supply disturbance" if the cause of such disturbance took place within 500 feet of the premises where the loss occurred.

**2. Extra Expense.** We pay the necessary extra expenses that you incur in order to resume or continue your "operations" which are interrupted due to direct physical loss to your "hardware" or "software". We cover only the extra expenses that you incur during the "restoration period" and that are necessary to resume or continue your "operations" as nearly as practicable. The loss to your "hardware" or "software" must occur at a premises described on the "declarations".

**3. Newly Purchased or Leased Hardware.** In the event that you purchase or lease additional "hardware" during the policy period, we extend coverage to the additional "hardware" for up to 60 days.

The most that we pay for any loss under this coverage extension is the least of:

**a.** The actual cash value of the covered property;

**b.** 25% of the coverage "limit" shown on the "Declarations" for Information Systems; or

**c.** $50,000.

This coverage extension will end when any of the following first occur:

**a.** This policy expires;

**b.** 60 days after you obtain the additional "hardware"; or

**c.** you report the additional "hardware" to us.

## D. PERILS COVERED

We cover external risks of direct physical loss to covered property unless the loss is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

**1.** We do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

**a. Civil Authority.** We do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b. Nuclear Hazard.** We do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

**c. Theft.** Unless "Theft Included" is indicated on the "Declarations", we do not pay for loss or damage caused by or resulting from theft.

**d. War.** We do not pay for loss caused by war. This means:

(1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

15

**(3)** the destruction, seizure, or use of the property for a military purpose; or

**(4)** the discharge of a nuclear weapon even if it is accidental.

**2.** We do not pay for loss or damage if one or more of the following exclusions apply to the loss:

**a. Criminal, Fraudulent, or Dishonest Acts.** We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

(1) you;

(2) others who have an interest in the property;

(3) others to whom you entrust the property;

(4) your partners, officers, directors, trustees, or joint adventurers; or

(5) the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by your employees, but we do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**b. Deterioration, Fault or Weakness.** We do not pay for deterioration; decay; or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself. This exclusion does not apply to loss caused by "mechanical breakdown".

**c. Electrical Disturbance.** We do not pay for loss caused by "electrical disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

**d. Lease Terms.** We do not pay for loss caused by a covered peril for which you are not responsible under the terms of any lease or rental agreement.

**e. Loss of Use.** We do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

This exclusion does not apply to Extra Expense coverage as provided under Extensions of Coverage.

**f. Pollutants.** We do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". We do pay for any resulting loss caused by a "specified peril".

**g. Power Supply Disturbance.** We do not pay for loss caused by "power supply disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

**h. Temperature, Humidity, Corrosion, or Rust.** We do not pay for loss caused by corrosion, rust, humidity, dampness, dryness, or changes in or extremes of temperature.

**i. Wear and Tear, or Obsolescence.** We do not pay for loss caused by wear and tear, depreciation, or obsolescence.

**3.** We do not pay for extra expenses that you incur if one or more of the following exclusions apply:

**a. Error or Omission.** We do not pay for extra expense caused by error or omission in programming or incorrect instructions to "hardware".

**b. Leases, Licenses, Contracts, or Orders.** We do not pay for any increase in extra expense due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders. However, we do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of your "operations".

We do not cover any extra expense beyond the "restoration period" caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

**c. Strikes, Protests, or Interference.** We do not pay for any increase in extra

expenses due to interference by strikers or others as described on the "Declarations". This applies to interference with rebuilding, repairing, or replacing covered property or with the resumption of "operations".

## F. DEFINITIONS

1. **"Declarations"** means all pages labeled Declarations, Supplemental Declarations or Schedules, which pertain to this coverage.

2. **"Electrical disturbance"** means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

3. **"Hardware"** means an assemblage of electronic machine components capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

4. **"Limit"** means the amount of coverage that applies for Information Systems as described on the "Declarations".

5. **"Mechanical Breakdown"** means mechanical breakdown or malfunction, component failure, faulty installation, or blowout.

6. **"Operations"** means your normal electronic data processing operations occurring at premises described on the "Declarations".

7. **"Pollutant"** means:

   a. any solid, liquid, gaseous, or thermal irritant or contaminant;

   b. electromagnetic (visible or invisible) or sound emission; or

   c. waste, including materials to be disposed of as well as recycled, reclaimed, or reconditioned.

8. **"Power supply disturbance"** means interruption of power supply, power surge, blackout or brownout.

9. **"Restoration period"** means the time it should take to resume your "operations" starting from the date of loss to covered property caused by a covered peril, and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

This does not include any increase in time due to the enforcement of any ordinance, law, or decree that:

   a. regulates the construction, use, repair, or demolition of any property; or

   b. requires the testing, evaluating, observing, or recording the existence, level, or effects or "pollutants".

10. **"Sinkhole collapse"** means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

11. **"Software"** means:

   a. processing, recording, or storage media used for electronic data processing operations. This includes films, tapes, cards, discs, drums, cartridges, or cells; and

   b. data, information and instructions stored on processing, recording, or storage media used for electronic data processing operations.

12. **"Specified perils"** means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to:

   a. personal property in the open; or

   b. to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

13. **"Volcanic action"** means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## A. PROPERTY COVERED

1. When a "limit" is indicated on the "Declarations" for covered property as listed below, we cover external risks of direct physical loss caused by a covered peril for covered property while:

    a. at any one installation site where work is to be done;

    b. in transit;

    c. at a "temporary storage location".

2. Covered Property consists of:

    a. Your building materials, supplies, machinery, fixtures, and equipment; and

    b. similar property of others that is in your care, custody and control;

    which will become a permanent part of your installation, fabrication, or erection project.

    Coverage for this property begins when the property is at your risk which begins on or after the effective date of this coverage. This coverage will end when one of the following first occurs:

    a. this policy expires or is canceled;

    b. the covered property is accepted by the purchaser;

    c. your insurable interest in the covered property ceases;

    d. you abandon your installation, fabrication, or erection project with no intent to complete it;

    e. the installation, fabrication, or erection project has been completed for more than 30 days; or

    f. the covered property has been put to its intended use. However, this does not apply to roofs or walls.

## B. PROPERTY NOT COVERED

1. **Airborne.** We do not cover property while airborne except while in transit on a regularly scheduled airline flight.

2. **Buildings, Structures, and Land.** We do not cover buildings, structures, or land. However, we do cover property that you install, fabricate, or erect in connection with any building or structure.

3. **Contraband.** We do not cover contraband or property in the course of illegal transportation or trade.

4. **Machinery, Tools, Equipment.** We do not cover machinery, tools, equipment, or similar property which will not become a permanent part of your installation, fabrication, or erection project.

5. **Money and Securities.** We do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets, money, notes, or securities.

6. **Stored Property.** We do not cover property stored at a permanent warehouse or storage yard that you own.

7. **Waterborne Property.** We do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## C. ADDITIONAL COVERAGE

**Emergency Removal.** We pay for loss to covered property while it is moved or being moved to prevent a loss caused by a covered peril. We pay for any direct physical loss caused by a peril that is not excluded. This coverage applies for up to 30 days after the property is first moved, but does not extend past the date on which this policy expires.

## D. PERILS COVERED

We cover external risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

1. We do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

    a. **Civil Authority.** We do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

    We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b. Nuclear Hazard.** We do not pay for a reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

**c. Ordinance or Law.** We do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

**d. Penalties.** We do not pay for loss caused by penalties for noncompletion for noncompliance with any contract terms or conditions.

**e. Theft.** Unless "Theft Included" is indicated on the "Declarations", we do not pay for loss or damage caused by or resulting from theft.

**f. War.** We do not pay for loss caused by war. This means:

(1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

(2) a warlike act by military force or by military personnel;

(3) the destruction, seizure, or use of the property for a military purpose; or

(4) the discharge of a nuclear weapon even if it is accidental.

2. We do not pay for loss or damage if one or more of the following exclusions apply to the loss:

**a. Contamination or Deterioration.** We do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

**b. Criminal, Fraudulent, or Dishonest Acts.** We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

(1) you;

(3) others to whom you entrust the property;

(4) your partners, officers directors, trustees, or joint adventurers; or

(5) the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**c. Faults, Inadequacy, and Defects.** We do not pay for loss by faulty, inadequate, or defective:

(1) planning or development;

(2) survey, siting, or zoning; or

(3) maintenance.

**e. Loss of Use.** We do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

**f. Missing Property.** We do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property. This exclusion does not apply to covered property in the custody of a carrier for hire.

**g. Pollutants.** We do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal,or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal or escape is caused by a "specified peril". We do pay for any resulting loss caused by a "specified peril".

**h. Rain, Snow, Ice, or Sleet.** We do not pay for loss caused by or resulting from rain, snow, ice or sleet to property in the open which is not part of the permanent building or structure.

This exclusion does not apply to property in the custody of carriers for hire.

**i. Temperature/Humidity.** We do not pay for loss caused by humidity, dampness,

j. **Testing.** We do not pay for loss caused by testing including start-up, performance, stress, pressure, or overload testing of the covered property.

k. **Voluntary Parting.** We do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l. **Wear and Tear.** We do not pay for loss caused by wear and tear, marring or scratching.

3. We do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results we will pay for the resulting loss:

a. **Defects, Errors, and Omissions.** We do not pay for loss caused by an act, defect, error, or omission (negligent or not) relating to:

(1) design or specifications;

(2) workmanship or construction;

(3) repair, renovation, or remodeling; or

(4) materials.

b. **Electrical Currents.** We do not pay for loss caused by arcing or by electrical currents other than lightning.

c. **Mechanical Breakdown.** We do not pay for loss caused by mechanical breakdown including centrifugal force.

d. **Settling, Cracking, Shrinking, Bulging, or Expanding.** We do not pay for loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, footings, foundations, walls, ceilings, or roofs.

## F. DEFINITIONS

1. **"Declarations"** means all pages labeled Declarations, Supplemental Declarations or Schedules, which pertain to this coverage.

2. **"Limit"** means the amount of coverage as described on the "Declarations" applicable to each of the installation Coverage sections.

3. **"Pollutant"** means:

a. any solid, liquid, gaseous, or thermal irritant or contaminant;

b. electromagnetic (visible or invisible) or sound emission; or

c. waste, including materials to be disposed of as well as recycled, reclaimed, or reconditioned.

4. **"Sinkhole collapse"** means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

5. **"Specified perils"** means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

6. **"Temporary storage location"** means a location where property that is to be a permanent part of a completed project is stored while waiting to be delivered to the installation site where work is in progress or will begin within 30 days.

7. **"Volcanic action"** means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

If a coverage "limit" and premium is shown on the "Declarations" for Contractors' Equipment Coverage, the following is applicable:

## A. PROPERTY COVERED

1. **Scheduled Equipment.** We cover direct physical loss caused by a covered peril to your scheduled contractors' equipment and scheduled equipment of others in your care, custody or control as described in the "Declarations" for which a coverage "limit" is shown.

2. **Unscheduled Small Tools or Equipment.** When an applicable "limit" is indicated on the "Declarations", we cover direct physical loss caused by a covered peril to your unscheduled small hand tools and equipment with no single item valued over $500.

## B. PROPERTY NOT COVERED

1. **Aircraft or Watercraft.** We do not cover aircraft or watercraft.

2. **Automobiles and Trucks.** We do not cover automobiles, motor trucks, tractors, trailers, and similar conveyances designed for highway use.

3. **Contraband.** We do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented Property.** We do not cover property that you loan, lease or rent to others.

5. **Underground Mining Operations.** We do not cover property while stored or operated underground in connection with any mining operations.

6. **Waterborne Property.** We do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## C. ADDITIONAL COVERAGES

**Newly Purchased Equipment.** In the event that you purchase additional equipment during the policy period, we will extend coverage to the additional purchased equipment for up to 60 days.

The most we will pay for any one loss under this additional coverage is the lesser of:

a. the actual cash value of the covered property;

b. 25% of the total coverage amount for all described contractors' equipment indicated on the "Declarations"; or

c. $50,000.

This additional coverage will end when any of the following first occur:

a. this policy expires;

b. 60 days expire after you purchase the additional equipment; or

c. you report the additional purchased equipment to us.

## D. PERILS COVERED

We cover external risks of direct physical loss to covered property unless the loss is limited or caused by a peril that is excluded.

## E. PERILS EXCLUDED

1. We do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events:

   a. **Civil Authority.** We do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      We do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Nuclear Hazard.** We do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. We do pay for direct loss by fire resulting from the nuclear hazard.

   c. **Theft.** Unless "Theft Included" is indicated on the "Declarations", we do not pay for loss or damage caused by or resulting from theft.

**d. War.** We do not pay for loss caused by

(1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

(2) a warlike act by a military force or by military personnel;

(3) the destruction, seizure, or use of the property for a military purpose; or

(4) the discharge of a nuclear weapon even if it is accidental.

2. We do not pay for loss or damage if one or more of the following exclusions apply to the loss:

**a. Criminal, Fraudulent, or Dishonest Acts.** We do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

(1) you;

(2) others who have an interest in the property;

(3) others to whom you entrust the property;

(4) your partners, officers, directors, trustees, or joint adventurers; or

(5) the employees or agents of (1), (2), (3), or (4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by your employees, but we do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**b. Contamination or Deterioration.** We do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

**c. Loss of Use.** We do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

**d. Missing Property.** We do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property. This exclusion

does not apply to covered property in the custody of a carrier for hire.

**e. Pollutants.** We do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". We do pay for any resulting loss caused by a "specified peril".

**f. Puncture, Blowout, and Road Damage.** We do not pay for loss caused by puncture, blowout, and road damage to tires and tubes mounted on vehicles. However, we do pay for puncture, blowout, or road damage caused by a "specified peril".

**g. Temperature, Humidity, Corrosion, or Rust.** We do not pay for loss caused by corrosion, rust, humidity, dampness, dryness, or changes in or extremes of temperature.

**h. Weight of Load.** We do not pay for loss caused by the weight of a load which, under the operating conditions at the time of a loss, exceeds the registered lifting capacity of any equipment or machine.

**i. Voluntary Parting.** We do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

3. We do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by fire or explosion results we do pay for the resulting loss:

**a. Mechanical Breakdown.** We do not pay for loss caused by any:

(1) structural, mechanical, or remodeling process; or

(2) structural, mechanical, or electrical breakdown or malfunction.

**b. Wear and Tear, or Obsolescence.** We do not pay for loss caused by wear and tear, depreciation, obsolescence, marring, or scratching.

## F. OPTIONAL COVERAGE

**Rental Reimbursement:** If a coverage "limit" and premium is shown on the "Declarations" for Rental Reimbursement, we will reimburse you for your expense in the event of loss by a covered peril to covered contractors' equipment that you own, to rent similar equipment while your equipment is inoperable. The most we reimburse you for is the "limit" indicated on the "Declarations" for Rental Reimbursement Coverage.

We will continue to reimburse you for the rental
of equipment after the expiration date of this

coverage, provided the loss occurred before the
expiration date.

We will not reimburse you:

1. for the rental of equipment until after 72
hours have passed since the covered proper-
ty was rendered inoperable. After 72 hours
have passed, we will only reimburse you for
the rental expense that you actually incur.

2. if you can continue or resume your opera-
tions with similar equipment that is available
to you at no additional expense to you.

3. for the rental expense of any equipment
unless you make every reasonable effort to
repair, replace, or rebuild the inoperable
equipment after the covered loss occurs.

The deductible amount indicated in the
"Declarations" does not apply to rental reim-
bursement expenses.

## G. DEFINITIONS

1. **"Declarations"** means all pages labeled
Declarations, Supplemental Declarations, or
Contractor's Equipment Schedules, which
pertain to this coverage.

2. **"Limit"** means the amount of coverage that
applies for either Contractors' Equipment or
Rental Reimbursement as described on the
"Declarations".

3. **"Pollutant"** means:

a. any solid, liquid, gaseous, or thermal irri-
tant or contaminant;

b. electromagnetic (visible or invisible) or
sound emission; or

c. waste, including materials to be disposed
of as well as recycled, reclaimed, or
reconditioned.

5. **"Sinkhole collapse"** means the sudden settle-
ment or collapse of earth supporting the cov-
ered property into subterranean voids created
by the action of water on a limestone or similar
rock formation. It does not include the value of
the land or the cost of filling sinkholes.

6. **"Specified perils"** means aircraft; civil com-
motion; explosion; falling objects; fire; hail;
leakage from fire extinguishing equipment;
lightning; riot; "sinkhole collapse"; smoke;
sonic boom; vandalism; vehicles; "volcanic
action"; water damage; weight of ice, snow,
or sleet; and windstorm.

Falling objects does not include loss to per-
sonal property in the open or to the interior of
buildings or structures or to personal property
inside buildings or structures unless the exte-
rior of the roof or walls are first damaged by a
falling object.

Water damage means the sudden or acci-
dental discharge or leakage of water or
steam as a direct result of breaking or crack-
ing of a part of the system or appliance con-
taining the water or steam.

# CONDITIONS APPLICABLE TO STATE AUTOMOBILE
# MUTUAL INSURANCE COMPANY

## DIVIDENDS

You are entitled to the proportionate part of any policyholder's dividend if declared by our Board of Directors in accordance with its By-Laws.

## NOTICE OF POLICYHOLDERS MEETINGS

While your policy is in force, you are one of our members and are entitled, in person or by proxy, to one vote at all meetings of the members. The annu-al meeting of the members is held at 9 o'clock A.M., Columbus time, on the first Friday of March of each year at our Home Office, 518 East Broad Street, Columbus, Ohio.

## NON-ASSESSABLE

This policy is non-assessable and the insured shall not be liable for the payment of any assessment nor for the payment of any premium other than that stated in this policy.

---

IN WITNESS WHEREOF, we have caused this policy to be signed by our Secretary and President at Columbus, Ohio, and countersigned on the Declarations page by an authorized agent of the State Auto Insurance Companies.

John R _____
Secretary

Robert _____
President

AAIS
IM-7506  Ed 1.0
Page 1 of 1

# SCHEDULED PROPERTY DECLARATIONS

(The entries required to complete this endorsement
will be shown below, or on the "declarations".)

## COVERED PROPERTY

Described Property

Limit

## DEDUCTIBLE

Deductible Amount          $ _____

## COINSURANCE

Coinsurance Percentage _____ %
[  ] Check if coinsurance provisions are waived

IM-7506  Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services