# EXHIBIT "5"

# Indoor Environmental Quality Survey

*for*

## Total Systems Services Childcare Center
### Columbus Georgia 31901

November 18, 2004

*Prepared for:*

Ms. Debbie Avery
Facilities Manager
Total System Services
1601 First Avenue
Columbus, Georgia 31901

*Prepared by:*

Patrick J. McCabe, CPM, CIAQP
Senior IAQ Consultant
Working Buildings, LLC
Circle 75 Parkway, Suite B2200
Atlanta, Georgia 30389



<u>Table of Contents</u>

## TABLE OF CONTENTS

Executive Summary ...............................................................................................
Introduction ...........................................................................................................
Qualitative Survey ...............................................................................................
TABLE OF CONTENTS .............................................................................................I
EXECUTIVE SUMMARY ..........................................................................................I
    Scope of Survey............................................................................................1
    Results...........................................................................................................1
    Mechanical Systems Evaluation ..................................................................1
    Occupancy Space Evaluation.......................................................................1
    Recommendations.........................................................................................2

INTRODUCTION ....................................................................................................2

QUALITATIVE SURVEY ..........................................................................................1
    Occupant Complaints...................................................................................1
    Occupancy and Space Use ...........................................................................1
    Mechanical Systems Evaluation ..................................................................2
    Occupancy Space Evaluation.......................................................................3
    Ambient Air Pollutants ................................................................................5

QUANTITATIVE SAMPLING......................................................................................1
    Temperature and Relative Humidity ............................................................1
    Airborne Fungi.............................................................................................2

CONCLUSIONS........................................................................................................4

MITIGATION PROTOCOL...........................................................................................1

APPENDIX A ......................................................................................................1
AIRBORNE FUNGI MEASUREMENT RESULTS.............................................................1

APPENDIX B ......................................................................................................1
SWAB FUNGI MEASUREMENT RESULTS....................................................................1

APPENDIX C ......................................................................................................1
PHOTOGRAPHS ......................................................................................................1



**Executive Summary**

## EXECUTIVE SUMMARY

Many of the interior faces of the exterior walls of the Childcare Center Building, located in Columbus Georgia are exhibiting signs of visible microbial growth that are sometimes associated with poor indoor environmental quality (IEQ). In response to these conditions, Total System Services retained WorkingBuildings, LLC (WB) to conduct a Baseline IEQ Survey of the Childcare Center Building.

In addition, a local contractor had indicated that a black looking substance noted on the raised seam metal roof in the vicinity of several roof fans in conjunction with suspected window leaks may be connected to the exterior wall interior face conditions.

### Scope of Survey

This Baseline IEQ Survey reviewed the following:

- The building site and surroundings including the makeup air sources and locations.
- The mechanical systems including outside air/ventilation levels, filtration efficiency, equipment condition and system balance.
- General housekeeping and maintenance practices.
- Occupancy and space usage.

The survey included quantitative sampling for the following:

- Carbon Dioxide
- Temperature and Relative Humidity
- Airborne Fungi
- Swab Fungi

### Results

The survey revealed the following:

### Mechanical Systems Evaluation

- The above ceiling areas serve as a return air plenum.
- The external condition of the RTUs is good.
- The internal components appear to be in generally good condition.
- The RTUs utilize two-inch thick 30% efficient pre-filters and 65% primary box filters as rated by ASHRAE.[1] The filters were clean and appeared to be in good condition.
- The cooling coils are generally clean with minor corrosion observed on the cooling coil lower support frame.

---

[1] American Society of Heating, Refrigeration and Air-conditioning Engineers (ASHRAE) Standard 52.2-1999, "Gravimetric and Dust-spot Procedures for Testing Air-cleaning Devices used in General Ventilation for Removing Particulate Matter."



**Executive Summary**

- The condensate drain pans were generally clean.
- The outdoor air dampers were open and operable.
- The building is under a positive pressure relative to the outdoors.
- A black substance is accumulating on the supply fan wheel and blades. This material appeared to be similar to carbon black, which is frequently noted in elevator machine rooms.
- This material was also noted on the metal standing seam roof in the vicinity of most of the exhaust fans. WB noted two conditions, which may be responsible for these conditions, which have not been noted on other adjacent Total System Services facilities. The Childcare facility is adjacent to frequently used railroad tracks and the facility roofline is below the main highway which is elevated prior to it's crossing the river.

## Occupancy Space Evaluation

- The vinyl wall covering is used as the primary wall surface for all rooms utilized for child care services. Its use is for practical purposes as it is hard to damage and washable. However, its use on walls exposed to exterior ambient conditions has been problematic as it is not permeable (i.e. it does not breathe) and acts as a vapor barrier to moisture passing through the exterior walls. This problem was identified in the hospitality industry close to twenty years ago and is no longer used because of the mold and mildew problems that occurred with its use.

The quantitative sampling revealed the following:

- Carbon Dioxide levels below recommended levels in all indoor locations.
- Temperatures within the recommended comfort range in all indoor locations.
- Relative humidity within the recommended comfort range in all indoor locations.
- Airborne fungi levels requiring demolition and remediation action.
- Swab fungi mold conditions requiring demolition and remediation action

## Recommendations

WB's recommends the following actions:

- Remove all vinyl wall coverings used on walls exposed to exterior ambient conditions and replace with either a permeable wall covering that will allow the walls to be lightly wiped over with a damp clothe or use a washable semi-gloss paint that is permeable.
- Remove all gypsum wallboard that exhibits visible microbial growth and replace with new. This most likely will be all gypsum wallboard on exterior face walls that are covered by vinyl wall covering. These conditions have occurred previously since the facility was originally constructed and the wall coverings have been replaced at least twice due to microbial growth. Therefore, it's probable that the original gypsum



## Executive Summary

wallboard, which was most likely contaminated, has exacerbated the problem after each occurrence.

- Implement a demolition and remediation program as soon as possible to restore the facility to a healthy environment. See the Mitigation, Demolition and Remediation Protocols contained in the Conclusions at the end of the report.
- Conduct periodic IEQ Assessments throughout the facility to help detect and prevent future problems.



# Introduction & Qualitative Survey

## INTRODUCTION

This report presents the results of a Baseline Indoor Environmental Quality (IEQ) survey of the Childcare Center building at 1601 First Avenue in Columbus Georgia.

Many of the interior faces of the exterior walls of the Childcare Center Building, located in Columbus Georgia are exhibiting signs of visible microbial growth that are sometimes associated with poor indoor environmental quality (IEQ). In response to these conditions, Total System Services retained WorkingBuildings, LLC (WB) to conduct a Baseline IEQ Survey of the Childcare Center Building.

In addition, a local contractor had indicated that a black looking substance noted on the raised seam metal roof in the vicinity of several roof fans in conjunction with suspected window leaks may be connected to the exterior wall interior face conditions.

Patrick J. McCabe, CEM, CIAQP of WORKINGBUILDINGS, LLC conducted this survey on October 19.

## QUALITATIVE SURVEY

### Occupant Complaints

WB interviewed Ms. Debbie Avery of Total System Services Facilities Group who reported that the microbial growth noted behind the wall covering on the exterior face walls was a recurring problem and in some instances became evident by a pale pink looking coloration on the wall covering.

The Childcare Center is approximately five-years old and the wall coverings have already been replaced at least twice if not more often. The original building contractor had been consulted and it was reported that in the contractors' opinion, the mold and mildew growth is due to water leakage through the window glazing.

WorkingBuildings LLC (WB) in an initial telephone conversation with Ms. Avery had asked whether the wall coverings were of a vinyl or paper type and was informed that the wall coverings were of the vinyl type, which was confirmed during the site observation visit and survey

Although no IEQ complaints had been received from the building occupants, the client decided to take a proactive approach to ensure that appropriate actions were taken to mitigate the repeated microbial growth

 ## Introduction & Qualitative Survey

*Occupancy and Space Use*

The building occupancy is 414 persons.[2]  Based on 36,000 allowable square feet, this yields an occupant density of 11.5 persons per 1,000 square feet of net occupiable space.[3]  ASHRAE's recommended occupant density for design purposes is 50.0 persons per 1,000 inhabitable square feet.  However, the ratio of childcare room square footage to total square footage was not easily identifiable. Based on the outside air quantities specified on the mechanical design drawings and 15 cubic feet per minute (CFM) per person, the occupant design capacity would appear to allow a capacity of 420 people.

The building's primary usage is as a preschool Childcare facility space with several utility and auxiliary areas.

*Mechanical Systems Evaluation*

WB evaluated the condition of the rooftop unit (RTU) units serving the facility.  The survey revealed the following:

- The above ceiling areas serve as a return air plenum.
- The external condition of the RTUs is good.
- The internal components appear to be in generally good condition.
- The RTUs utilize two-inch thick 30% efficient pre-filters and 65% primary box filters as rated by ASHRAE.[4]  The filters were clean and appeared to be in good condition.
- The cooling coils are generally clean with minor corrosion observed on the cooling coil lower support frame.
- The condensate drain pans were generally clean.
- The outdoor air dampers were open and operable.
- The building is under a positive pressure relative to the outdoors.
- A black substance is accumulating on the supply fan wheel and blades. This material appeared to be similar to carbon black, which is frequently noted in elevator machine rooms. See photo # 14.
- This material was also noted on the metal standing seam roof in the vicinity of most of the exhaust fans. WB noted two conditions, which may be responsible for these conditions, which have not been noted on other adjacent Total System Services facilities. The Childcare facility is adjacent to frequently used railroad tracks and the facility roofline is below the main highway which is elevated prior to it's crossing the river.

---

[2] Occupancy provided from Architectural Design Documents.
[3] Area provided by Architectural Design Documents.
[4] American Society of Heating, Refrigeration and Air-conditioning Engineers (ASHRAE) Standard 52.2-1999, "Gravimetric and Dust-spot Procedures for Testing Air-cleaning Devices used in General Ventilation for Removing Particulate Matter."

 **Introduction & Qualitative Survey**

*Occupancy Space Evaluation*

WB evaluated the conditions in all rooms that had exterior walls that had vinyl wall covering. The survey revealed that all exterior walls with a vinyl wall covering had mold and mildew conditions on the gypsum wallboard and the back face of the vinyl wall covering as follows:

*Preschool Room 2 & 3*

- The moisture level noted at the visible microbial growth below the center of the three diamond shaped windows was 19%. At the upper left and right hand corners of the same window the moisture levels were noted to be 21% and 26% respectively. See photo # 1.
- The moisture levels for the two windows either side of the center window ranged from a low of 6% to 15%. (Note that moisture levels in access of 10% for any length of time usually result in the integrity of the gypsum wallboard being comprised and extremely susceptible to microbial growth).

*Preschool Room 4 & 5*

- The moisture level noted at the visible microbial growth below the center of the right side diamond shaped window was 8%. At the upper left and right hand corners of the same window the moisture levels were noted to be 12% and 15% respectively. See photo # 2.
- The moisture levels in the same locations for the center of the three diamond shaped windows were noted to be 8%, 15% & 14% respectively.
- The moisture level of the wall below the large window to the right of the three diamond shaped windows was noted to be 22%. See photo # 3.

*Preschool Room 6*

- The moisture levels of the wall below the three large windows just above the baseboard were noted to be 20%, 25% & 19% respectively.
- The moisture level at approximately three-feet above the floor between the left and center windows was noted to be 22%.
- The moisture level at approximately three-feet above the floor between the center and right windows was noted to be 15%.

*Transition Room 3 & 4*

- The moisture level at the microbial growth below the right side diamond shaped window was noted to be above 30%. See photo # 4.
- The moisture level at the microbial growth on the ledge of the center diamond shaped window was noted to be above 30%. See photo # 5.

 ## Introduction & Qualitative Survey

*Transition Room 1 & 2*

- The moisture level of the wall below the second and third large windows just above the baseboard was noted to be 15%.
- The moisture level of the window ledges of all three diamond shaped windows was noted to be above 30%.
- Microbial growth below the right side diamond shaped window. See photo # 6.
- Microbial growth below the left side diamond shaped window. See photo # 7.
- Microbial growth on the window ledge of the left side diamond shaped window. See photo # 8.

*School Age Room*

- The presence of microbial growth behind the wall covering is indicated by the pink coloration appearing on the vinyl wall covering. See photo # 9 for an example.
- Moisture levels of this same wall were noted at approximately three-feet, five-feet and seven-feet above the floor level and were at 15%, 16% and 16% respectively.
- Moisture levels were sampled below the three large windows facing the parking lot and were noted to be at 15%.
- Moisture level of the light colored wall immediately to the left of the large blue wall was noted to be 12%.
- Moisture level of the light colored wall immediately to the right of the large blue wall was noted to be 10%.
- Moisture level of the large blue wall itself was noted to be above 30%.

*Preschool Room*

- The moisture levels at five-feet above the floor to left and right of the large window were noted to be at 20% and 22% respectively.
- The moisture levels for the diamond shaped window were noted to be at 20% below the window and at the window ledge and at 15% at five-feet above the floor.

*Toddler Room 4*

- The moisture level below both large windows was noted to be 22%.
- The moisture levels noted at the microbial growth on the window ledges of the diamond shaped windows was noted to be above 30%. See photo # 10.

*Toddler Room 3*

- The moisture level below the large window was noted to be 28%.



# Introduction & Qualitative Survey

- The moisture levels noted at the window ledges of the diamond shaped windows was noted to be above 30% and below the windows the moisture levels were noted to be 22%.

### Toddler Rooms 1 & 2

- The moisture levels at approximately five-feet above the floor between the diamond shaped windows, was noted to be above 30%. See photos # 11, 12 & 13.

### Infant Room 4

- The moisture levels at approximately five-feet above the floor between the diamond shaped windows, was noted to be from 8% to 11%.

### Infant Room 1

- The moisture levels at approximately five-feet above the floor between the diamond shaped windows, was noted to be from 6% to 10%.

See Appendix C for Photographs.

### Ambient Air Pollutants

The building is located near a heavily traveled commercial road. Therefore, one would expect the outdoor air to contain high levels of small respirable particles and products of combustion from automobiles. The potential exists for entrainment of dust and automobile emissions.



**Quantitative Sampling**

## QUANTITATIVE SAMPLING

WB measured the following environmental parameters in the outdoor air source and in several locations within the building:

- Carbon Dioxide (CO₂)
- Temperature
- Relative Humidity
- Airborne Fungi
- Swab Fungi

WB sampled the air at one to two minute intervals for periods ranging between twenty to thirty two minutes at each location.

### Carbon Dioxide

We sampled for carbon dioxide (CO2) to aid in evaluating the HVAC system's ability to control occupant-generated odors and bioeffluents.

The HVAC systems' ability to deliver outdoor air to building occupants and control occupant generated odors and bioeffluents is commonly evaluated by measuring CO2 concentrations in occupied spaces. CO2 is a normal constituent of the atmosphere and a byproduct of human respiration. CO2 can be harmful in concentrations greater than 5,000 parts per million (ppm). CO2 concentrations in an occupied space provide a good indication of the ventilation system performance. A CO2 concentration differential of less than 700 ppm between the indoor and outdoor air suggests that the ventilation system adequately removes routine by-products of human occupancy. Table 1 presents the results of the carbon dioxide measurements.



## Quantitative Sampling

### Table 1
### Carbon Dioxide Concentrations in PPM

| Location | Average | Average Differential from OA | Minimum | Maximum |
|---|---|---|---|---|
| Outdoor Air | 384 | --- | 373 | 395 |
| Preschool Rooms 2 & 3 | 812 | 428 | 776 | 883 |
| Preschool Rooms 4 & 5 | 761 | 377 | 744 | 792 |
| Transition Rooms 3 & 4 | 795 | 411 | 762 | 973 |
| School Age Room | 704 | 320 | 676 | 733 |
| Transition Rooms 1 & 2 | 753 | 369 | 716 | 800 |
| Toddler Rooms 3 & 4 | 730 | 346 | 705 | 753 |
| Infant Room 1 | 698 | 314 | 690 | 722 |

Measured concentrations of carbon dioxide were within the maximum recommended ASHRAE limit. However, in some areas, measured levels approached twice the outdoor concentration suggesting that at reduced levels of outdoor air delivery, adequate ventilation may not occur. This is not an uncommon occurrence with VAV Systems without appropriate outdoor air intake controls.

### Temperature and Relative Humidity

WB measured temperature and relative humidity with a resistance thermocouple temperature sensor and a capacitive type humidity sensor. Table 2 summarizes the average, low and high temperatures measured. Table 3 summarizes the average, low and high relative humidity levels measured.



**Quantitative Sampling**

## Table 2
## Temperatures in °F

| Location | Average | Minimum | Maximum |
|---|---|---|---|
| Outdoor Air | 76.8 | 76.5 | 77.2 |
| Preschool Rooms 2 & 3 | 72.2 | 71.3 | 73.1 |
| Preschool Rooms 4 & 5 | 71.2 | 70.9 | 71.6 |
| Transition Rooms 3 & 4 | 70.4 | 70.4 | 70.7 |
| School Age Room | 71.8 | 71.7 | 72.0 |
| Transition Rooms 1 & 2 | 73.5 | 73.3 | 74.6 |
| Toddler Rooms 3 & 4 | 71.0 | 70.8 | 71.7 |
| Infant Room 1 | 70.2 | 69.8 | 70.4 |
| Indoor Comfort Range | N/A | 68 | 78 |

Indoor temperatures were within the recommended seasonal comfort range[5] of 68 to 78 degrees F (°F) in all indoor locations.

---

[5] ASHRAE Standard 55-1992, "Thermal Environmental Conditions for Human Occupancy." Note: Certain individuals may prefer environmental conditions outside of ASHRAE's recommended ranges.

 **Quantitative Sampling**

## Table 3
### Relative Humidity Levels in %

| Location | Average | Minimum | Maximum |
|---|---|---|---|
| Outdoor Air | 79.1 | 78.3 | 79.8 |
| Preschool Rooms 2 & 3 | 53.7 | 50.9 | 57.6 |
| Preschool Rooms 4 & 5 | 54.2 | 53.7 | 54.7 |
| Transition Rooms 3 & 4 | 55.9 | 55.3 | 56.8 |
| School Age Room | 49.0 | 48.7 | 49.2 |
| Transition Rooms 1 & 2 | 52.0 | 48.9 | 55.3 |
| Toddler Rooms 3 & 4 | 58.0 | 57.1 | 58.7 |
| Infant Room 1 | 52.8 | 52.4 | 53.6 |
| Indoor Comfort Range | N/A | 20 | 60 |

Humidity levels were within the recommended indoor comfort range in all indoor locations.

*Airborne Fungi*

WB sampled for airborne fungi in the following locations:

- Preschool Rooms 2 & 3
- Preschool Rooms 4 & 5
- School Age Room
- Transitions Rooms 3 & 4
- Transition Rooms 1 & 2
- Toddler Room 4
- Toddler Room 1
- Infant Room 4
- Infant Room 1
- In the outside air as a control.

WB collected these samples by pulling air over agar plates with a calibrated, air impingement pump. The agar plates were then incubated in controlled environmental cabinets for a minimum of 14 days. After incubation, the plates were examined under a microscope to determine the species and quantities of individual fungal colonies.



# Quantitative Sampling

Currently, there are no governmental regulations concerning permissible levels of fungi or bacteria. Numerical guidelines are unavailable due to three main reasons:

- The enormous diversity of microbial agents,
- The enormous diversity of human susceptibility to these agents, and
- Lack of standardized sampling procedures to characterize exposure potentials.

Until numerical guidelines are established, investigators must rely on researchers' experience and databases maintained by private laboratories. Some sources suggest an actionable airborne fungi level to be 500 colony forming units per cubic meter of air ($cfu/m^3$). Our 3rd-party microbiology laboratory suggests indoor amplification of airborne fungi is occurring if the counts are above 200 $cfu/m^3$ and are significantly greater than outdoor concentrations.

Table 4 below summarizes the airborne fungi samples

## Table 4
### Airborne Fungi samples in Colony Forming Units per cubic meter of air (CFU/m$^3$)

| Location | Predominant Species | Quantity |
|---|---|---|
| Outdoor Air on Roof | Cladosporium, Geotrichum, Sterile Mycelia, Rhodotorula, Penicillium, Aspergillus ustus group, Aspergillus niger group, Alternaria and Aspergillus versicolor group | 2238 |
| Preschool Rooms 2 & 3 | Chaetomium, Aspergillus versicolor group, Aspergillus sydowii, Tritirachium and Yeast | 106 |
| Preschool Rooms 4 & 5 | Aspergillus sydowii group, Chaetomium, Aspergillus versicolor group, Acremonium, Penicillium 1, Cladosporium, Penicillium 2, Aphanocladium-like, Penicillium 3 and Sterile Mycelia | 1991 |
| School Age Room | Cladosporium, Tritirachium, Unidentified fungus and Sterile Mycelia | 59 |
| Transition Rooms 3 & 4 | Aspergillus versicolor group, Aspergillus sydowii group, Cladosporium, Sterile Mycelia, Penicillium 1, Penicillium 2, Penicillium 3, Penicillium 4, Penicillium 5, Penicillium 6, Yeast, Penicillium 7, Penicillium 8 and Aspergillus niger group | 2002 |
| Transition Rooms 1 & 2 | Sterile Mycelia, Aspergillus versicolor group, Cladosporium, Penicillium 1, Penicillium 2, Aspergillus sydowii, Penicillium 3, Penicillium 4, Penicillium 5, Geotrichum, Tritirachium, Rhinocladiella, Penicillium 6 and Penicillium 7 | 907 |



# Quantitative Sampling

| Toddler Room 4 | Sterile Mycelia, Aspergillus versicolor group, Cladosporium, Penicillium 1, Penicillium 2, Rhinocladiella, Penicillium 3, Penicillium 4, Stachybotrys chartarum, Penicillium 5, Tritirachium-like, Penicillium 6, Penicillium 7, Penicillium 8, Penicillium 9, Aspergillus sydowii and Aspergillus ustus group | 1154 |
|---|---|---|
| Toddler Room 1 | Sterile Mycelia, Aspergillus versicolor group, Cladosporium, Aspergillus sydowii, Penicillium-1, Geotrichum, Penicillium 2, Tritirachium-like, Penicillium 3, Penicillium 4, Stachybotrys chartarum, Tritirachium, Penicillium 5, Penicillium 6, Penicillium 7, Penicillium 8 and Mucor group | 1190 |
| Infant Room 4 | Penicillium 1, Penicillium 2, Penicillium 3, Rhinocladiella, Aspergillus versicolor group, Tritirachium, Tritirachium-like and Sterile Mycelia | 94 |
| Infant Room 1 | Cladosporium, Penicillium, Aspergillus versicolor group and Yeast | 59 |

Several of the species found indoors such as *Chaetomium, Aspergillus sydowii, Tritirachium, Yeast, Acremonium, Aphanocladium-like, Aspergillus versicolor group, Rhinocladiella, Stachybotrys chartarum, Geotrichum, Tritirachium-like and Mucor group* were not found in the outdoor air. In general, most of the species are common environmental fungi, widespread and thrive on organic material. However, one of these species Stachybotrys chartarum it should be noted is an aggressive pathogenic species and can have serious health impairment to individuals with respiratory problems. However, the concentrations of these species in several locations were significantly lower than the outdoor levels. Regardless, mitigation action needs to occur as soon as possible.

The sampling generally revealed low levels of airborne fungi in the facility. This is not consistent with the highly visible mold growth noted on many of the walls. These low airborne samples suggest that the fungal colonies were not sporulating at the time of the sampling and this is typically consistent with the high moisture levels detected in the walls. Due to the highly visible mold growth, WB considers these low airborne fungi levels to be *False Negative* samples. WB must rely on the visible evidence and consider the potential for actionable fungal levels and potential amplification.

Appendix A shows the microbial laboratory reports for airborne fungi.

*Surface Swab Fungi*

WB sampled for swab fungi in the following locations:



**Quantitative Sampling**

- Preschool Rooms 2 & 3 below diamond shaped windows
- Preschool Rooms 4 & 5 below middle diamond shaped window
- Preschool Rooms 4 & 5 below left diamond shaped window
- Transition Rooms 3 & 4 below right diamond shaped window
- Transition Rooms 3 & 4 on ledge of middle diamond shaped window
- Transition Rooms 1 & 2 below right diamond shaped window
- Transition Rooms 1 & 2 below left diamond shaped window
- Preschool Room on ledge of diamond shaped window
- Toddler Room 4 on ledge of diamond shaped window
- Toddler Room 1 between diamond shaped windows

WorkingBuildings collected these samples with sterile cotton swabs. The samples were transferred to agar plates and incubated in controlled environmental cabinets for a minimum of 14 days. After incubation, the plates were examined under a microscope to determine the individual microbial species.

Table 5 below summarizes the surface fungi samples.

### Table 5
### Surface Fungi Samples
### In colony forming units (cfu)

| Location | Species | Concentration |
|---|---|---|
| Preschool Room 2 & 3 | *Chaetomium, Acremonium, Aspergillus sydowii and Aspergillus versicolor group* | 1,900,000 (High) |
| Preschool Room 4 & 5 | *Chaetomium, Acremonium and Aspergillus versicolor group* | 1,900,000 (High) |
| Preschool Room 4 & 5 | *Aspergillus sydowii, Acremonium and Fusarium* | 140,000 (High) |
| Transition Rooms 3 & 4 | *Unidentified fungus, Scopulariopsis, Acremonium, Tritirachium, Aspergillus versicolor group, Aspergillus sydowii, Aspergillus, not fumigatus, Aspergillus terreus group and Verticillium-like* | 4,800,000 (High) |
| Transition Rooms 3 & 4 | *Chaetomium, Acremonium and Gliocladium* | 4,100,000 (High) |
| Transition Rooms 1 & 2 | *Aspergillus sydowii, Aspergillus versicolor group and Acremonium* | 44,000 (Medium) |
| Transition Rooms 1 & 2 | *Stachybotrys chartarum. Acremonium, Aspergillus versicolor group, Penicillium and Aspergillus sydowii* | 700,000 (High) |
| Preschool Room | *Aspergillus versicolor group, Penicillium.* | 2100 (Low) |



# Quantitative Sampling

| | | |
|---|---|---|
| Toddler Room 4 | *Cladosporium. Aspergillus sydowii* and *Unidentified fungus* | |
| | *Gliocladium-like, Penicillium* and **Stachybotrys chartarum** | 74,000 (Medium) |
| Toddler Room 1 | *Chaetomium* and *Aspergillus versicolor group* | 190,000 (High) |

The species and concentrations found indoors *Chaetomium, Acremonium, Aspergillus sydowii, Fusarium. Unidentified fungus, Scopulariopsis, Tritirachium, Aspergillus, not fumigatus, Aspergillus terreus group, Verticillium-like, Gliocladium* and **Stachybotrys chartarum** which were not detected outdoors are at very high levels in most locations. Note that the **Stachybotrys chartarum** species was the predominant species in one location and the least in another. Therefore, WB recommends that remedial mitigation should occur at the earliest opportunity.

The microbial laboratory results for surface fungi are attached to this report in Appendix B



<b>Conclusions</b>

## CONCLUSIONS

Based on the survey and testing, the building does appear to be a source of potential indoor environmental quality complaints. The HVAC System is however, generally operating within acceptable indoor environmental quality guidelines.

The coating of a carbon black type substance noted on the RTU supply air fan casings is due to airborne particulate being drawn through the RTU filters onto fan casings which are in the cold highly saturated airstream from the cooling coils. That on the standing seam metal roof in the vicinity of the exhaust fans is due to the same particulate being drawn or induced into the vertical down flow from the exhaust fans and impinging onto the roof surface. Whenever the roof surface is wet or damp, the particulate will tend to stick and accumulate.

The heavy fungal accumulation behind the vinyl wall covering on the exterior walls presents a serious problem. This microbial growth should be addressed immediately to control amplification and prevent future occupant complaints. The strategy to combat this microbial growth involves elimination of what WB believes is the primary cause, due to the use of vinyl wall covering. The vinyl wall covering material is not permeable (does not breathe) and as heat always goes to cold, the moist air vapor penetrates the permeable wall until it reaches the vinyl wall covering, then condenses and saturates the gypsum wallboard and creates a food source for microbial growth.

WB also believes that there is a probable second cause. WB noted that the diamond shaped windows frames are metallic of either aluminum or steel with a baked enamel finish. WB also noted that the window frames were quite cool to the touch, which frequently indicates the lack of a thermal break in the window frame. Although many architects will specify windows with a thermal break, this thermal break is often value engineered out during the pricing. Unfortunately, in the cooler weather, this lack of a thermal break allows the interior surface of the window frame to get below the dew point of the interior space. This results in moisture or condensation forming, which is absorbed by the surrounding surfaces, especially window ledges and then migrates down the vertical wall in the gypsum wallboard.

Controlling microbial growth sites is difficult in existing buildings. Therefore, WB recommends demolition and remediation of the existing growth sites. In order to prevent future microbial growth, WB recommends that in the cold or cooler weather that the window ledges be monitored for water or moisture accumulation and wiped dry.

With regard to a contractor's reported statement that the windows were leaking, WB was present during a particularly heavy thunderstorm during the IAQ Investigation and saw no evidence anywhere in the facility of water intrusion.

## MITIGATION PROTOCOL

WorkingBuildings recommends the following action be taken:



## Conclusions

- Microbial mitigation techniques sometimes release large quantities of spores, WB would normally recommend that the building be unoccupied during the microbial mitigation. However, alternatively to fully closing the facility to avoid loss of both use of the facility and the considerable inconvenience to Total System Services employees, the affected areas to be remediated, will require full isolation and negative pressure control. This would also include the return air ceiling plenum above isolated areas.

- During any of the mitigation work, all workers shall use HEPA respirators and wear eye protection whenever removing water damaged and contaminated material to minimize the exposure to suspected microbial growth. Coveralls shall be worn to protect skin and hair from contamination.

- Except for personnel performing this work, the isolated areas shall remain unoccupied during the mitigation effort.

- No cleaning shall occur within the isolated areas until all demolition work is completed and debris removed from the facility.

- All water damaged or contaminated materials shall be placed in double bagged plastic containers and sealed before removal from the contaminated areas and placed in a dedicated trash container located adjacent to the facility.

- All work shall be supervised to ensure that the mitigation protocols are properly implemented and accomplished. The supervisor should either be a certified employee of the remediation company or an independent certified authority.

- All demolished materials must be removed from the remediation areas through a door or opening to the exterior from the isolated area.

- During mitigation, exhaust air from the isolated area including their return air plenum shall be directed to the exterior with portable, "negative air" machines containing HEPA filters. Do not operate the air handling unit fans until isolation is complete and clean filters are in place.

### Demolition Phase

WB recommends that each area to be remediated use the following approach:

- Remove all furniture and shelving and other movable fixtures from the isolated area to a conditioned area separate to the facility for cleaning.

- Place all toys, books etc into boxes and remove to the same conditioned area as the furniture for cleaning or disposal.

- Remove the vinyl wall covering from the exterior walls.

- Remove all gypsum wallboard exhibiting any visible signs of suspected microbial growth to a point at least twelve-inches beyond any visible growth.

- Remove any wall-mounted insulation that exhibits any sign of moisture damage or suspected microbial growth.

- If necessary due to the lack of conditioning in the area being remediated, maintain space relative humidity below 60% with the use of dehumidification machines containing HEPA filters with condensation lines piped to the exterior.



## Conclusions

### Cleaning Phase

- HEPA vacuum all surfaces in the work area including walls, floor and ceiling.
- Wipe down all surfaces in the work area with an anti-microbial cleanser such as a 10% bleach solution to remove or kill any remaining fungi. The solution should be applied with a damp cloth so as not to soak the building materials.
- In areas with none removable carpeted floor coverings, steam clean and thoroughly dry.
- After the area is decontaminated, remove the negative air machines from the space, taking care to avoid re-contaminating the area with the dirty filters, but continue to maintain the isolation barrier.
- In addition, do not remove the dehumidifying machines until other means can be introduced to maintain a reasonable temperature and relative humidity in the de-contaminated space.
- With regard to the furniture etc removed to another facility for cleaning. HEPA vacuum all items carefully. All furniture, shelving etc with hard surfaces should be wiped down with an anti-microbial cleanser such as a 10% bleach solution applied with a damp cloth to remove or kill any remaining fungi and then air dried. Keep in conditioned storage until the items can be returned to their restored place of occupancy.

### Clearance Phase

- Normally WB recommends taking additional follow-up airborne fungi counts after the microbial mitigation. These additional samples will determine if the indoor air contains reduced levels of airborne fungi and help verify the effectiveness of the cleanup techniques. However, this process will add substantially to the restoration of the facilities to normal operation. WB recommends that at least for the first area this process occur to verify clearance and there is an alternative air sampling technique available, which although slightly more expensive will provide results in approximately five days
- Establish an ongoing proactive monitoring program to periodically evaluate the building air quality and minimize future indoor environmental quality complaints. This provides your staff with additional information to maintain and operate the building from an improved IEQ perspective.

In summary, the building is generally operating within acceptable indoor environmental quality guidelines. Implementing these recommendations will provide additional control of routine IEQ contaminants. With these adjustments and continued good maintenance and operating practices, the building should provide a healthy and productive indoor environment.

# APPENDIX A

## AIRBORNE FUNGI MEASUREMENT RESULTS



# APPENDIX B

## SWAB FUNGI MEASUREMENT RESULTS



# APPENDIX C

## PHOTOGRAPHS





Photograph 1    Wall below center window in Preschool Room 2 & 3



Photograph 2    Wall below right side window in Preschool Room 4 & 5



**Photograph 3   Wall below large window to right of diamond windows in Preschool 4 & 5**



**Photograph 4   Wall below right side window in Transition Room 3 & 4**



Photograph 5    Window ledge of center window in Transition Room 3 & 4



Photograph 6    Wall below right side diamond window in Transition Room 1 & 2



Photograph 7    Wall below left side diamond window in Transition Room 1 & 2



Photograph 8    Window ledge of the left side diamond window in Transition Room 1 & 2



**Photograph 9   Pink coloration caused by microbial growth in School Age Room**

**Photograph 10  Microbial growth on window ledge in Toddler Room 4**



**Photograph 11  Microbial growth on walls between windows in Toddler Rooms 1 & 2**



Photograph 12  Microbial growth on walls between windows in Toddler Rooms 1 & 2



Photograph 13  Microbial growth on walls between windows in Toddler Rooms 1 & 2



Photograph 14  Black particulate substance noted on RTU-1 supply air fan casing

Charles Graham
3-15-05

08/19/2005    11:28    MULLIN INS AGENCY → ST AUTO CL BHAM                    NO.783    P06

# CHARLES W. GRAHAM, Ph.D., AIA, FRICS

**Forensic Architect & Construction Scientist**
(Licensed to practice architecture and interior design in Texas)




P.O. Box 10294
College Station, TX 77842
(Phone and FAX) 979-764-9781
(E-mail) cwgraham@cox-internet.com

15 March 2005

Ms. Debbie J. Avery
Manager
Campus Development & Services
TSYS Facilities Management
1600 First Avenue
Building A, Ground Floor
Columbus, GA, 31902

Re:    **TSYS Child Development Center – Interim Report No. 2**

Dear Ms. Avery:

As requested, I have inspected the above facility to determine the cause (s) of the mold growth behind the wallpaper on the perimeter walls of the facility. According to information received in our meetings, the wallpaper had been replaced in a number of areas twice before my visits to the facility, and still the mold has continued to grow. Previous reports of inspections by others, including Mr. Patrick McCabe, of Working Buildings, the indoor air quality specialists, and by Mr. Larry Carter, of Homemaster, the remediation contractor, have covered much of the information in this regard that has been accumulated to date. My initial report of 11 February 2005 also contains information about the mold and moisture problems and suspected causes. Mr. Mike Wells, AIA, the architect-of-record for the facility, has issued a report dated January 21, 2005, on the findings and observations during the first inspection.

In this present report I will summarize the information that has been acquired to date. My charge, as I understand it, was to determine the sources of the moisture supporting the mold growth, as mold must have moisture to grow. The primary focus of my investigations, then, was to find the moisture sources and to assist the project team in repairing the facility to minimize the potential for mold to grow in the future.

In the period between my first visit to the site on January 21, 2005, and visits on February 17-18, 2005, additional gypsum drywall, gypsum sheathing and brick veneer has been removed. The areas in which these materials were removed included locations where more limited inspections had been performed on or about January 21, 2005. The exhibit at Tab 2 in the attached notebook contains a map of the areas in which destructive testing was performed on February 17-18, 2005.

Debbie J. Avery
15 March 2005
Page 2

Information received during our inspections and discussions of February 17-18, 2005, was sufficient enough to make decisions for remediation activities to begin as soon as possible. Mr. Mike Wells, AIA, architect-of-record for the facility, will summarize the discussions and decisions made on these dates in a separate report. In this *Interim Report No. 2*, I will address the technical considerations that could affect remediation efforts. Please keep in mind the following points when using this information. First, the design and construction of buildings is not an exact science. I am going to list many construction defects which in and of themselves would generally not cause moisture-related problems for the owner, but in the interest of developing an overall picture of the condition of the facility, I will identify most of the conditions that could contribute to problems.

1.0    Facility Description

The Child Development Center is a one-story facility of approximately 36,000 square feet of area. The plan is a reversed "L" (see Tab 2). The foundation is a concrete slab-on-grade with footings and grade beams at the perimeter. The superstructure is constructed with steel tube columns and beams, with 6" steel studs for infill framing. The walls are constructed with brick veneer on the exterior, a cavity behind the veneer, gypsum sheathing on the exterior of the steel studs, batts insulation between the studs, gypsum wallboard on the interior, and vinyl wallpaper finish on the wallboard. This is fairly standard construction for this type of facility, given certain licensing requirements.

The roof structure is constructed with steel joists supported by steel perimeter beams. On the steel joists is a metal decking, with insulation board and a standing seam metal on the roof. Lay-in acoustical tiles are installed in the ceilings.

The air conditioning system utilizes two heat exchanges on the roof near the apex of the two wings. A 40 ton and a 60 ton unit were installed on the flat roof at the mechanical bay. A variable air volume ducted supply and a ducted return air system distribute air throughout the building. Relative humidity and temperature readings that I took during my two visits to the site found the equipment to be maintaining the temperatures and relative humidity at design comfort levels of 35-60% R.H. and $68^0$-$78^0$ F.

2.0    Background

Architects try to design buildings of high quality, and contractors try to build them of high quality, but on facilities of this size it is virtually impossible to design and construct the facility without some deficiencies. There are too many materials, systems and components to be able to achieve a "perfect" facility. It is for these reasons that we design and construct buildings to include redundancies that serve as secondary lines of defense against potential problems if a primary component or system fails. Nowhere is this more true than at the building envelope, where the exterior climate is moderated to maintain safe and comfortable conditions inside the building.

Debbie J. Avery
15 March 2005
Page 3

Experience has shown, however, that a failure in one system or component on a building's envelope that is not effectively managed at the level of the redundant system, will almost always cause serious problems for the owner. With moisture-related failures in the cladding system, each episode of leakage into places where the moisture is not supposed to reach becomes cumulative, and in time, failures of the building's systems and components occurs. Indoor air quality and other aspects of the interior environment are also affected.

It is also important to note that analysis and reporting of problems with a building and their root causes does not necessarily assign blame to any one individual or firm. Contractual arrangements, change orders, standard practices for a locale, and other forms of assignment of duties and responsibilities may be beyond my knowledge and so I can not always identify the party or organization that might have been responsible for certain actions that ultimately contributed to a problem. I would advise you to seek legal counsel in these matters.

This present report, then, lists the problems that in my professional opinion have brought you to the point today of having mold and moisture problems in this facility. I also need to inform you that I hold no professional licenses in the State of Georgia, so remedial design and construction activities requiring licensed professionals will have to be done under the direction of people so qualified. I have inspected over 8,000 buildings in the United States, Canada, and elsewhere for construction problems, the majority of which have been moisture-related, so I am bringing that experience into my analyses of this facility. I also teach as an architect and construction scientist in the largest College of Architecture and largest Department of Construction Science in the United States, and so I will bring both my professional experience and scientific knowledge to my data collection and analyses of the problems at this facility.

The basic methodology that I have used in this investigation is a case study analysis technique which is used to build a "chain of evidence" that points to the root causes of problems. Whenever possible, I will triangulate the findings with the literature and with good design and construction practices.

Having reviewed all of the information available at this time, my professional opinion is that the primary cause of the mold problems in this facility is unmanaged moisture that is finding its way into the cavities of the exterior walls. The sources of this moisture must be eliminated so the mold cannot grow any longer. Further, I believe the mold problems at this facility are the result of one major deficiency, exacerbated by a number of less significant but contributing factors. The primary problem was failure to install a vapor retarder/air barrier on the gypsum sheathing at the back of the wall cavity. In my professional opinion, this is the fundamental deficiency leading to the mold problems.

Before explaining these and other problems with the facility, I would like to explain how mold grows in nature and in buildings. For mold to grow in any environment, four conditions must be satisfied. If any one of these is not satisfied, then the mold spores, if present, will remain dormant until that condition is met and they can create active colonies. These conditions are:

Debbie J. ─────
15 March 2005
Page 4

1.  Mold spores must be present. Mold spores are ubiquitous and are a part of the
    natural ecosystem. They are always with us. It is impractical to assume one can
    cost effectively remove all mold spores in a building environment except in very
    rare instances (e.g. operating rooms in hospitals, where mold, fungi, and bacteria,
    can not be allowed to be present). The goal for building usage is to keep the
    concentrations to tolerable levels, and to keep the spores that are present in their
    inactive state so they cannot give off allergins or toxic gases.

2.  A food supply must be available for mold to grow. The food sources for mold
    may be any one or more of the following:  building materials such as carpet; the
    paper faces on gypsum wallboard (interior drywall and exterior sheathing); wood;
    carpet; carpet pad; vapor retarders on batts insulation; ceiling tiles; and, other
    similar hygroscopic materials. To grow, the mold spores must consume the paper,
    starches, cellulose and other elements from these materials as food sources. .

3.  The temperature of the host environment must be in a range conducive to support
    mold growth. Most mold species grow at the same temperatures that human
    beings live in, namely $40^{\circ}F$-$110^{\circ}F$. They are especially active at the temperatures
    we like to operate our buildings at: approximately $68^{\circ}F$-$76^{\circ}F$. We can kill the
    mold spores, or make them go dormant, by making the temperature of the
    environment go well below or well above the range in which they are active,
    however, again, these would be extremes that humans do not find comfortable.

4.  Moisture must be present for mold to grow. Mold spores acquire the moisture
    they need to grow from the substrate materials they are residing in or on. As they
    do not have respiratory systems, molds must get their moisture through their
    hyphae (root stems) from condensation, leakage, or absorption into the substrate
    materials upon which they reside. Moisture can be made available in the materials
    by condensation, atmospheric relative humidity, or bulk water leakage. It is at this
    point in their life cycle that we try to intervene in buildings, namely, to keep the
    moisture from coming into contact with the extant mold spores. We must try to
    keep the moisture away from the spores in a variety of ways, most of which have
    been known for decades.

Inspections of this facility in the past couple of months have found that moisture is
getting into the wall cavities and staying there long enough for mold to grow.  In addition to
supporting mold growth, this moisture is also causing the rusting and corrosion of ferrous metals
such as fasteners, steel studs and steel framing in the perimeter wall systems of this facility.

As stated previously, my professional opinion is that the single most import causative
factor for the mold growth in this building's perimeter walls was failure to install an adequate
vapor retarder at the back of the cavity behind the brick veneer. My inspections indicate that a
very leaky brick veneer is letting excessive amounts of liquid water and vapor moisture get past
it into the wall cavity.  The mortar appears to be an air entrained mortar and therefore it is very
porous.  Also, the mortar did not bond well with the bricks, as evidenced from my visual
inspections, and inspections using a masonry microscope.  I could not find signs of a water
repellant applied to the brick, although it was specified. Further information will be needed to
confirm whether or not a water repellant was applied to the brick.

Debbie J. Avery
15 March 2005
Page 5

Based on my experience, mortar-to-brick bonds will occur at about 75% of the interface on the average masonry job. When the bricks are laid too dry and a high initial rate of absorption occurs, when the mortar is too dry, when the mason does not use good buttering techniques for the mortar application, and/or when the placement of the bricks is not done with adequate pressure, the bonds between the mortar and brick will not develop. On this facility, I would estimate that the bonds occurred about 50-60% of the time. The masons also failed to completely fill the head joints with mortar as specified. Altogether, the porous mortar, the poor percentage of mortar-to-brick bonds, and incomplete filling of head joints are allowing the walls on this facility to be leakier than industry standards.

One should note that masonry walls will always leak water, however, and the head joints usually leaking the worst. Visual inspection of the head joints on this project found that the masons did not fill the head joints as specified (see photo 1.11 at Tab 1). Water spray testing with a garden fan sprayer operated at low water pressure found that water leaked into the head joints within 1 minute. The bed joints were leaking too, which is also common, but they too are allowing more leakage than is normal.

Behind the brick veneer, there are extensive accumulations of mortar droppings in the cavity. Mortar has piled up on the wall ties, in random areas around the walls, and at wall bases at the masonry lug. A mortar netting material was used to catch the mortar droppings at the bases of the walls, but even with this material, the quantity of mortar was so great bridges between the brick and gypsum sheathing occurred. These mortar bridges function to transport the water leakage past the brick directly to the gypsum wall sheathing where it is absorbed and finds its way into the inner spaces of the walls.

The gypsum sheathing was installed without any of the joints being sealed, and cuts, penetrations and other breaches in the sheathing were also left unsealed. Gypsum sheathing is rated by most manufacturers for a maximum of 30 days exposure, and, it is not to be exposed directly to water (see Tab 3). Gold Bond ™ brand gypsum sheathing should be covered, for example, with building felt or equivalent within 30 days of installation on the building (page 27).

Once in place, experience has shown that gypsum sheathing can grow mold if it is left in contact with moisture in the wall cavity for too long (see Tab 4). This is why a vapor retarder/air barrier must be installed at the back of the cavity, over the gypsum sheathing, to give the sheathing redundancy (see Tab 7).

The mortar bridges in the wall cavities come into direct contact with the wall sheathing, allowing moisture to travel across the bridge to the sheathing where it is absorbed into the sheathing. Air currents also carry this moisture in the wall cavities from one location to another by air infiltration, exfiltration, and stack effect. These are common phenomena in the wall cavity environment, but they can be exacerbated by the air conditioning system which, in this facility, is putting the building in a vacuum for extended periods of time. A test procedure on January 21, 2005, using a dust puffer, showed how quickly the air moved out of the cavity into the interior spaces. The air quality specialist and the remediation contractor had both observed negative

08/19/2005    11:29    MULLIN INS AGENCY → ST AUTO CL BHAM                     NO.784    P05

Debbie J. Avery
15 March 2005
Page 6

pressures on the building during their prior inspections so their reports can be consulted for further information about this observation.

When liquid water gets past the outer rainscreen, the brick veneer in this case, it must be caught by through-wall flashing as it drains down the wall (see Tab 7). This flashing is normally installed at the heads of all openings such as at doors and windows, and at window sills, to catch the drainage and divert it directly to the exterior of the building through weep holes. Inspection of the flashings on this facility found that they did not extend from the back of the cavity to the outer edge of the brick veneer (see photos 1.6, 1.8, 1.9, 1.55, 1.82), and they do not have end dams formed in them to catch water that would otherwise drain off the ends of the flashing into the cavity. Unfortunately too, weep holes are either missing, or when present, they were often spaced at distances greater than the 32" o.c. specified by the architect. On this facility, then, no effective way is provided to redirect the water leakage to the exterior once it gets past the brick.

The vapor retarder on the batts insulation was installed towards the interior of the building, so it can not assist with inhibiting moisture migration towards the interior of the building either. The 30 year climate normals for the Columbus, Georgia area show that the average annual rainfall is 48.57 inches, the number of heating degree days (HDD) is 2,153, and the number of cooling degree days (CDD) is 2,297 (see Tab 5). The International Energy Conservation Code (IECC) has designated Muscogee and Chattahoochee Counties, where Columbus is located, as "hot-humid" counties. Section 502 of the IECC states that these counties are an exception to the requirement for a vapor retarder with a permeance rating of 1 or less to be installed on the warm-in-winter side of the wall. Paragraph 502.1.1, however, says "The design shall not create conditions of accelerated deterioration from moisture condensation." While the potential for condensation is low, the potential for water leakage into the wall cavities is high because of the high rainfall rates and because of the poor condition of the brick veneer which is acting like a leaky rainscreen, so a drainage plane (i.e. vapor retarder/air barrier) would still be required at the cavity behind the brick veneer. The merits of having the vapor retarder for a proper moisture management system are given in the paper on moisture management at Tab 7. I have attached one of my publications on moisture management at the building envelope, and another on vapor retarders and air barriers at Tab 8 in the notebook.

The water leakage into the walls is absorbed into the materials in the wall cavity. The warmer temperatures on the exterior of the building, especially during the summer months, drive the moisture towards the interior of the building. This is a common phenomenon, often referred to as "vapor drive." The basic principle behind vapor drive is that moisture is pushed away from the environment with the higher temperature because the atmospheric pressure is slightly higher there than in adjoining environments with lower temperatures. Installation of vinyl wallpaper on the gypsum drywall on all the perimeter walls at this facility impeded evaporation of this water to the interior. The result was that moisture, primarily from leakage, was trapped in the walls and extensive mold growth has occurred on every layer of the building's wall materials from the outside to the interior.

After considerable discussion and research by the building team, it is my conclusion that the only way to effectively remediate the mold, which is scattered throughout the perimeter

Debbie J. Avery
15 March 2005
Page 7

walls, is to remove the brick veneer, the gypsum sheathing, the batts insulation and other components down to the basic structure, clean and treat the mold, and then rebuild the exterior walls using proven techniques to manage the liquid water and vapor moisture that the building envelope will be exposed to over its useful life. Patrick McCabe and his team at WorkingBuildings will have to write the detailed protocols for the mold remediation work as I am just laying out the general description of what needs to be done to limit moisture intrusion.

Extensive efforts were made to find a way to do all of the work from inside the building, leaving the brick veneer in place and re-anchoring it to the studwalls, but after removal of the brick, sheathing, insulation and drywall was performed just prior to the inspections on February 17-18, 2005, it became clear that there are areas of the building that cannot be reached to be positively remediated with a high level of certainty. The facility management team has stressed that they want to make sure that the facility has a healthy environment for occupancy once the remediation work is done. Accordingly, it is my recommendation to remove all of the materials down to the basic structure at the perimeter walls. It is unfortunate that there is not another way to address the problems with the walls and the water leakage into them, but my experience has been that this is not possible in cases such as these.

I believe there is general agreement among the members of the remediation team too that the air conditioning systems should be upgraded with some automatic controls on the return air system to keep the system from putting a negative pressure on the building. A request was made of the Trane Company, manufacturers of the air conditioning equipment, to study the ability of the systems to maintain humidity levels in the range of 40-60% for delivered air into the spaces when the variable air volume system modulates the supply of air to the spaces. The analyses (see Tab 6) show that the equipment can do this down to at least a 50% supply volume, a performance level which the team feels the equipment will probably never reach. It is recommended, then, that pressure-controlled damper systems be installed on the return air sides of both air conditioning units. It was also recommended that ultraviolet lights be added to the coils to further reduce the chances for fungal growth on the cooling coils. The mechanical engineer for the facility is looking into these matters and will report to the team in the near future as to what the costs, installation, and maintenance issues will be.

3.0   Review of Water Management Details in the Drawings and Specifications

The following table was prepared to identify the drawings and specifications that relate to moisture management on the building envelope. Remarks about the applicable drawings and specifications are given, including when they are missing or are not clear. No special significance is given to the order of the items listed, as they were made for convenience in preparation of this report.

Debbie J. Avery
15 March 2005
Page 8

| Item No. | Item | Applicable Drawing (s) | Applicable Specification (s) | Level of Potential Impact for Moisture-Related Damage | Remarks |
|---|---|---|---|---|---|
| | **FOUNDATION** | | | | |
| | Moisture Barrier | X | .03310 (2.7) | High | No moist. Barrier shown on structural or architectural drawings; CRSI Manual of Standard Practice and ACI 318 referenced; 6 mil. Polyethylene spec'd |
| | **BRICK VENEER** | | | | |
| | Brick- Materials | N/A | 04210 (2.0) | Low | Moderate weather climate |
| | Brick- Mortar | N/A | 04100 (2.1, 2.2) | Medium | Masonry cement not allowed as per specs. |
| | Brick- Appearance | A4.01; A4.02 | 04210 (3.2) | Very low | |
| | Flashing- Wall Base | 3, 4 A5.02 | 04210 (2.4, 3.7) | High | Flashing required to extend to wall face in all locations |
| | Flashing- Rowlock Sills at Windows | 1 A3.02 | 04210 (3.2) | High | Brick rowlock overhangs are shown on the drawings but they should have been dimensioned; flashing and weep holes should have been noted on details but are spec'd |
| | Flashing- Window/Door Heads | 4 A5.02; 1,2,3 A3.02 | 04210 (3.7) | High | Back and end dams are required in both drawings and specs. |
| | Steel Lintels at Windows | 4 A5.02 | 04210 (3.6) | Low | Should have been drawn on 2 A3.02, but shown on drawings and spec'd elsewhere |
| | Expansion Joints in Brick | A4.01; A4.02 | 04210 (3.5); 07900 | Moderate | |
| | Brick- Water Repellant | N/A | 07190 | Low | As per BIA, not needed if quality masonry provided; was spec'd, however |
| | Brick Screen Walls | 4, 5 A1.02 | 04100, 04210 | Low | Moisture dam missing beneath caps; is an aesthetic problem; in time could lead to deterioration of brick |

08/15/2005    11:29    MULLIN INS AGENCY > ST AUTO LL BHAM    NO.769    D08

Debbie J. Avery
15 March 2005
Page 9

| | | | | from freeze-thaw cycles |
|---|---|---|---|---|
| Brick- Weep Holes | 2 A3.02 | 04210 (3.7) | Moderate | Some weeps missing, some below sidewalks; are essential for moisture management |
| Brick/Mortar Workmanship | N/A | 04210 (3.2) | High | BIA standards/practices referenced for quality control and workmanship |
| **WINDOWS** | | | | |
| Glass Block Windows- Installation | 1 A2.03 | X | Moderate | Need flexible exp. jts. One side and top; no details, other than plan view, sections or elevations provided; no spec. provided |
| Windows- Closure Strips | 1, 2, 3 A3.02 | 08410 (2.3) | High | Closures strips required by spec. and as drawn |
| Windows- Attachment to Steel Studs | X | 08410 (2.2, 3.2) | Moderate | Screws/anchor bolts must be sealed as per specs., window mfr's website |
| Windows- Attachment to Steel Lintels | X | 08410 (2.2, 3.2) | Moderate | Ditto above |
| Windows- Expansion Joints | 1, 2, 3 A3.02 | 08410 (2.6); 07900 | High | Fillet joints not allowed as per drawings and specs. |
| Windows- Glazing/Gaskets | N/A | 08800 (2.3, 2.4, 3.3) | High | Gaskets missing on many windows as installed; specs. Require tight fitting gaskets with no gaps |
| Windows- Sub-sill | 1, 5A3.02 | 08410 (2.3) | Very High | Drawings and specs. Require back and end dams; is primary redundant system for leaks around windows |
| **MOISTURE CONTROL** | | | | |
| Vapor Retarder behind Cavity | 4, 12 A2.03; 1, 2, 3 A3.02 | 04210 (3.7); 07110 (1.1); 07900 | Very High | Required behind veneer finish material in drawings and specs. Also, required at all penetrations such as at brick ties as per manufacturers |
| Gypsum Sheathing- Installation | N/A | 09250 (3.3) | High | Gypsum Association application standards referenced; all edges to be protected where gypsum core is exposed as per specs, mfrs. |

Debbie J. Avery
15 March 2005
Page 10

| | | | | |
|---|---|---|---|---|
| **ROOFING** | | | | |
| Coping Caps- Materials | 1, 2 A5.03 | 07500 (2.09) | High | Concealed clips for sheet metal copings spec'd. felt required under coping cap as per specs.; no note on drawings |
| Coping Caps- Expansion Joints | X | 07600 (3.0) | High | No detail provided; SMACNA standards apply as per spec. |
| Moisture Barrier | X | 07500 (2.08) | High | |
| **GUTTERS/DOWNSPOUTS** | | | | |
| Materials | X | 07600 (3.0) | Low | SMACNA requirements specified |
| Design | 1, 4, 6 A1.06 | 07600 (3.03) | Moderate | Scupper needs flashing/counter-flashing at beads, throat at parapet; shop drawings required as per specs. |
| | | | NOTES: | 1. Precedence: Technical specifications (highest); large scale drawings (middle); small scale drawings (lowest) 2. N/A = not applicable 3. X = Not provided |

4.0    Test Equipment Used

The following test equipment was used in the preparation of this report. Descriptions of the equipment and its use are provided.

4.1    Wagner Moisture Meter, Model L606 (see Tab 12 for description)
4.2    Protimeter Digital Moisture Meter (see Tab 12 for description)
4.3    Fan sprayer (see Tab 12 for description)
4.4    Masonry microscope (see Tab 12 for description)

5.0    Reports Reviewed in Preparation of this Report

The following reports or information items produced by others were reviewed in preparation of this report:

08/15/2005    11:29    MULLIN INS AGENCY → ST AUTU LL BHHM    NU.784    D18

Debbie J. Avery
15 March 2005
Page 11

      5.1 Air Moving Equipment Test Sheets, by NEBB, August 31, 2001 (16 pages total)
      5.2 WorkingBuildings Report of January 26, 2005 (8 pages total)
      5.3 TSYS Thermal Evaluation, Daycare Center, November 19, 2004, by Bowles
          Construction
      5.4 Digital photographs taken by HomeMaster during demolition work for the
          inspections, dated 2/9/05 and 2/15/05

## 6.0   Recommendations and Conclusions

### 6.1   Recommendations

6.1.1   A number of construction defects or maintenance problems that need to be addressed were discovered during our inspection of January 21, 2005. In some cases these would be related to the moisture-related mold problems, in others they might not be, but I wanted to make sure you were aware of them in terms of the overall condition of the building. These are included with a summary of the items mentioned previously. As before, these are not listed in any order of significance.

    6.1.1.1   Window gaskets are missing on a number of windows. This will allow water to leak into the wall framing so they need to be installed. Gaskets with gaps in them should be replaced or sealed according to the architect's original specifications.

    6.1.1.2   A number of recessed light fixtures at entrance vestibules were dislocated from their positions. These could pose a safety hazard and need to be reattached.

    6.1.1.3   Flashings in a number of places that were visible did not go to the ends of windows. In one location at the front of the building, the steel lintels did not continue across an opening and so the brick were not supported by the lintel. These should be repaired during remediation work.

    6.1.1.4   There is no space between the 6" x 6" steel columns and the gypsum sheathing on the exterior side of the wall and the gypsum wallboard on the interior side of the wall. The result has been that the moisture accumulating in the wall cavities has condensed on the steel columns, causing abnormal rates of rusting. Mold concentrations on the inside of the wall were higher in these locations than elsewhere too. These columns need to have a thermal break between them and any wall finishes on both sides of the wall. A furred pilaster formed with light gauge steel framing should be formed around these members, and insulation –board or batts as appropriate - should be installed around the columns within the pilaster.

    6.1.1.5   Rusting of welds and bolts needs to be addressed. While the existing bolts and welds may be capable of carrying their loads, my concern is that their service life could be shortened if they

Debbie J. Avery
15 March 2005
Page 12

are allowed to continue rusting. Paragraph 2.3 (A) in Section
05100, and Paragraph 3.1 (B, E) of Section 05200 in the
specifications require cleaning of welds and touching up of
shop applied paint following erection of structural members.
In at least one location, a field alteration was made to a beam
and the weld holding the beam in place was only at the top of
the beam. Paragraph 3.2 (G) of Section 05100 of the
specifications prohibit the use of gas cutting procedures in the
field for correcting fabrication errors. Close inspection of the
welds overall shows that they were not cleaned of slag when
the welds were performed, and no spot/field priming was done.
It is recommended that all of these welds be cleaned and
primer/paint coatings be provided as originally specified to
minimize the potential for continued rusting. The rusted bolts
should be removed and replaced with high strength bolts as
specified with a rust preventative coating (e.g., cadmium plating
or other as approved by the engineer). In a high rainfall
location such as Columbus, it is good insurance to protect the
structural members from moisture as much as possible.

6.1.1.6    Windows were installed without the required shims as are
standard industry practice, and fasteners were installed
unsealed. Closure panels were also left out of the windows,
even though they were drawn in the architect's drawings, they
were specified, and the shop drawings called for them.
Inspection of the windows during our testing revealed that only
one self-tapping screw fastener per frame side of each window
was typically installed. This fastener has to span across a space
of over 2", forcing the fastener to carry wind loads it is not
designed to handle. My concern is that the windows could be
extracted from their locations during a high wind storm such as
during a hurricane. The closure panels and shims are meant to
give the frames strength and, in the case of moisture
management, to direct water leakage past the gaskets, which
will sometimes occur, down the wall to the sub-sill where it
can be directed to the exterior of the building. It is
recommended that all windows be removed, closure panels be
added to them as per the drawings, specifications and shop
drawings, and approved shims and fasteners be used to
properly affix the windows for wind and water resistance.

6.1.1.7    Sprinkler heads were installed too close to the walls. A good
rule-of-thumb is to locate sprinkler heads of the spray type no
closer to walls than about 5 feet. When the heads are closer
than this, they should be bubbler heads or soaker heads and not
spray heads. Spray heads contribute spray to the air around
them and this spray can be wind swept onto walls. Water can

Debbie J. Avery
15 March 2005
Page 13

then enter any openings or cracks in the walls and potentia....
contribute to future mold problems. This is not a serious
problem, but one that needs to be addressed to remove one
more potential water source inside the facility.

6.1.1.8    All of the brick screen walls and pilasters need to have a
flashing intalled beneath the top course of masonry. Extensive
and unsightly efflourescence is present on the wall surfaces
because the bricks are leaking water at the top of the wall. This
water is draining down the wall until it finds a point of exit,
where it evaporates and leaves behind the salts it carried there
in solution. Other options to address this would be a cement
wash at the top of the wall, or a new coping with a flashing or
membrane beneath it.

6.1.1.9    Cavity widths between the brick veneer and the gypsum
sheathing are inadequate in places. A 2" wide cavity is
recommended by the Brick Industry Association of America
(BIA). When the cavity is smaller than this, it becomes more
difficult to keep the cavities clean of mortar. It is unclear why
the cavities on this project vary from ¾"-1 ½" except perhaps
that is what was required to square up the lines when the
masonry was laid. Under any circumstances, however, the
specifications called for efforts to keep the cavities clean of
mortar and other debris and it would appear very little effort
was made to do this. When the remedial work is undertaken,
this should be a detail that is watched very closely.

6.1.1.10    Weep hole design should be changed from tubes to open head
joints. Research has shown that the open head joint is still the
best type of weep system to use in brick veneers. The BIA
Technical Notes 7 and 21B allow the use of ¼" diameter holes,
or rope wicks, if spaced at 24" or 16" o.c. respectively, but
again, research has shown that weepage works better when the
head joint is left open between the head joints of the masonry
units at the spacings indicated by the architect. Where the first
course of masonry is below an adjacent, exterior porch or
sidewalk, the collar joint should be filled with mortar or grout
and the flashing and weep holes should be located above the
exterior surface for positive drainage of the wall cavity. The
Tech Notes can be accessed at
http://www.bia.org/BIA/technotes/t7.htm for recommendations
as to how to do this.

6.1.1.11    Mortar should be Portland Cement mortar with lime and
aggregates as specified. Masonry cement should not be used.
This was included in the architect's specifications and it is a
recommendation that I would agree with. Research has shown
that Portland Cement/lime mortars are less porous and allow

Debbie J. Avery
15 March 2005
Page 14

less moisture to pass through them. These mortars also bond to brick better. When the remedial work is done, the architect's original specification should be followed.

6.1.1.12    The sub-sills should be installed as detailed by the architect and as indicated on the window fabricator's shop drawings. This includes use of shims, backer rod and caulk sealant beneath the sills to waterproof the assembly. Sitting the sub-sills onto the brick rowlock sills without a sealant or physical barrier allows wind-driven rainfall to enter the wall cavity.

6.1.1.13    All penetrations through the brick, such as by plumbing pipes, electrical wires, or for fixtures, should be sealed to keep water out of the walls. The specifications contain the requirements for all sealant work of this nature.

6.1.1.14    The glass block windows on this project were installed with mortar heads, jambs and sills. The architect's details are incomplete on this matter, as vertical sections through these window types were not provided. Glass block windows have different expansion and contraction coefficients than fired clay brick. Accordingly, they should have an expansion joint on at least one side of the window and at the top of the window. An approved flashing should be installed above these windows. On this project, polyethylene film was used as a flashing above the glass block windows. This is not an approved flashing material. If glass block windows are to be kept in the remedial work, they should be installed according to the manufacturer's requirements, they should be installed to allow for differential movement coefficients, and they should be flashed properly.

6.1.1.15    The batts insulation in the walls was not installed according to the specifications or according to good industry practices. In Section 07210, at 3.2 (c), the paper on the batts was to be installed with ends neatly butted and taped, and side flanges lapped over the faces of the studs. All tears and cuts were to be sealed. The purpose of this is to develop an air barrier in the wall system, which ultimately adds to the performance of the material as insulation. The batts observed during the testing was installed loosely, the flanges were not fitted over the stud faces and penetrations were not taped, so air infiltration and exfiltration within the all cavities were facilitated. The insulation should be installed as per the specifications during remedial work at the perimeter walls.

6.1.1.16    A variety of screw types were used to affix the gutters. In a number of locations, unprotected screws were rusting rather dramatically. All fasteners should be compatible with the gutter material to minimize galvanic action, and, they should have a compatible rust-resistive coating on them.

Debbie J. Avery
15 March 2005
Page 15

6.1.1.17    The metal parapet copings should have standing seam
expansion joints installed in them according to the SMACNA
recommendations as outlined in the specifications. The joints
on the current copings were covered with a plate that has a
caulk bead applied on either side of the joint between the
materials. Experience has shown that this type of joint will
eventually fail and wind-driven rain can get into the wall
cavity. The copings will need to be repaired following the
SMACNA guidelines.

6.1.1.18    The moisture barrier should extend over the top of the parapet
wall, beneath the metal coping, and approved clips and
fasteners should be used to affix the coping to the parapets.
Screws fastened through the side flanges of the copings were
observed in places and these are not as good as clips.
Penetrations through critical elements such as parapet copings
provide another opportunity for a future leak so these should be
minimized as much as possible.

6.1.1.19    Locations were landscaping has developed to elevations too
high to allow for drainage of water away from the building
should be reworked. The civil engineer will need to be
involved in observing this rework to make sure positive
drainage is provided away from the building.

6.1.1.20    The potential for ghosting at the steel studs needs to be
addressed. Gypsum wallboard installed directly to steel studs,
over time, will develop gray lines or shadows on the surface of
the wall. This is because of the difference in moisture content
of the wallboard where it is in contact with the metal studs,
which have a high rate of conductance. A thermal break needs
to be installed between the gypsum wallboard and the steel
studs. Insulating tapes, for example, are available to do this.

6.1.1.21    Finishes on the interior of the building, while durable, must
also allow moisture to evaporate through them. Wallpapers
that allow vapor diffusion through them are available.
Wallpapers that do not have a vapor diffusion potential can still
be used if perforated. Tools for perforating the wallpaper are
available. Paints should also have a high vapor potential. Avoid
the use of elastomeric or polybutylene paints, even though they
are durable. Wallpapers and paints should have a perm rating
of at least 5, with higher numbers being better.

6.1.1.22    The structural engineer's specifications called for fiber
reinforcing for slabs-on-grade in Section 03200, Paragraph 3.3.
An approved fiber supplier is Fibermesh, Inc., of Chattanooga,
Tennessee. The dosage rate of application was to be 1.5 pounds
of fibers per cubic yard of concrete in lieu of conventional
temperature steel. A copy of the Fibermesh 300 Product Data

08/19/2005    11:29    MULLIN INS AGENCY → SI AUTO CL BHHM                    NO.784    P15

Debbie J. Avery
15 March 2005
Page 16

Sheet is provided in the notebook at Tab 11. The structural
drawings, however, still contain symbols and notes for welded
wire fabric in the slab, even with this requirement. The SI
Concrete Systems company that makes Fibermesh notes in
their literature that these fibers are not meant to replace any
moment or structural steel. Further, they should not be used
for crack control from external stresses, though this is not
defined in the literature. Analyses of the structural drawings
would suggest that questions arise as to how reinforcing was
handled at drops in the slab as indicated on the drawings, if the
reinforcing steel in the slab was omitted in lieu of the fibers.
Apparently there are no shop drawings or field notes that
document these issues, although efforts are underway to find
them. In my discussions with engineers over the years, and
having once owned a foundation construction company myself,
I would not recommend this practice as differential movements
in the soils or changes in the way the facility is loaded
structurally could be affected by the absence of moment or
structural steel. It is too late to do anything now, but I would
notify the structural engineer of this matter for future problems
that may arise. At the very least, if the fibers were to replace
the temperature steel in the deck of the slab, then the welded
wire fabric should not have been drawn on the structural
drawings. The welded wire fabric was left out of the slab by
the contractor, however, and so it appears it was meant to be a
substitute for it, which I believe is a mistake that will cause
problems later on in a variety of ways.

6.2    Conclusions

Graham's Rule of Moisture in Building Design and Construction states that "it is
a statistical probability that water will leak past the outer rainscreen on all buildings at
some time in their life." The key to managing that water so it cannot cause damage to
building components is to have a redundant system that can collect the water as directly
and quickly as possible and redirect it back to the exterior. Even though the brick veneer
wall system on this building is "leaky," it would not necessarily be a problem if the vapor
retarder/air barrier had been in place at the back of the cavity, if flashings and window
units with closure panels and sub-sills had been installed, and if the weep system had
been installed properly (correct spacing and clean of debris).

Excessive mortar droppings in the wall cavity, while not good workmanship,
would not have been as big a problem as it is if the vapor retarder/air barrier had been in
place, and if the penetrations through the gypsum sheathing had been sealed. It is also a
required practice to seal the penetrations caused by the fasteners at the wall ties. Grace
Construction Products has a good technical bulletin in this regard as it explains how to

Debbie J. Avery
15 March 2005
Page 17

properly install a moisture membrane on a wall, including over the wall ties. This
document has been provided at Tab 9 in the notebook. I have also enclosed a copy of two
photographs taken recently at a building within one mile of my home in College Station,
Texas at Tab 10. One photograph shows the gypsum sheathing without the moisture
membrane on it, and the other shows the membrane installed on it. College Station, Texas
gets about 36 inches of rainfall per year, and it is in a hot-humid climate zone like
Columbus, Georgia. All architects in the area, to my knowledge, specify use of and
contractors install a moisture membrane on the sheathing and over wall tie penetrations.
As has been stated previously, failure to install the moisture membrane specified by the
architect on the Child Development Center was the single, most significant cause of the
problems. Failure to provide other components in the water management system added to
the problems. The only way I know to address this problem now is to remove the brick
veneer, gypsum sheathing, batts insulation, gypsum wallboard, and vinyl wall paper,
then, rebuild the exterior cladding system as drawn and specified by the architect. Based
on my experience, the wall cavities are presently contaminated with mold spores which
have probably drifted far from the most visible and easiest-to-access locations, and so the
exterior walls must be opened up for remediation to occur with any degree of certainty to
satisfy air quality goals. Replacement work must be done according to a closely detailed
and coordinated plan for quality control of materials, equipment and workmanship.
Finally, all work must be done to satisfy the building codes, which are minimum
requirements. In some cases, the minimums should be exceeded (e.g. where the vapor
barrier is required) because of site conditions. All work must be done by experience
people with the coordination of properly licensed and certified professionals.

7.0    Report Limitations

7.1 Hazardous Materials: No attempt was made during my investigations to identify
carcinogens, toxins or other hazardous substances or materials that may be present on
the property. My training, education and experience do not include a background in
these areas. Other professionals will have to be consulted for these services. Experts
with the appropriate credentials should be consulted for the potential impact of mold,
should it be present, on the health of humans and animals, and for its remediation.

7.2 Changing Site Conditions: Changing weather, changing uses of facilities, changing
physical conditions of buildings and surroundings, and other similar factors can
change the condition of properties. My report is of the conditions observed at the
dates and times indicated. Physical conditions of the site, building systems, or
equipment may be different at other times.

7.3 Photographs: All photographs are true and correct as they were taken. Changes
made to the digital photographs were made on the computer to improve color,
contrast and brightness to enhance legibility or clarity. Substantive content of the
photographs was not altered.

7.4 Professional Opinions: The review of building conditions and the definition of
potential causes of problems often requires much subjective and professional
judgment. Therefore, opinions may vary even among professionals. I have provided
my judgments based on my professional knowledge, information, and belief, and I

'08/19/2005    11:29    MULLIN INS AGENCY → ST AUTO CL BHAM                    NO.784    P17

Debbie J. Avery
15 March 2005
Page 18

have employed a reasonable standard of care typical for professionals providing similar services. I would reserve the right to change this report if new information becomes available.

Sincerely,

*Charles W. Graham*

Charles W. Graham, Ph.D., A.I.A., F.R.I.C.S.

Attachment:  Notebook with 12 tabs dated 15 March 2005.

**1** PHOTOGRAPHS TAKEN 17 FEBRUARY 2005

PLAN OF INSPECTION LOCATIONS ON 21 JANUARY 2005

**3** PRODUCT DATA SHEET FOR GOLD BOND BRAND GYPSUM SHEATHING

**4** AVOIDING THE PERILS OF PAPER-FACED EXTERIOR GYPSUM SHEAHTING; GUIDELINES FOR PREVENTION OF MOLD GROWTH ON GYPSUM BOARD

**5** CLIMATE NORMALS FOR COLUMBUS, GEORGIA

**6** TRANE PERFORMANCE DATA ANALYSES FOR ROOFTOP AIR CONDITIONING UNITS

**7** MASONRY CANADA – ARTICLE ON MOISTURE MANAGEMENT OF SUMMER, 2003

**8** ARTICLES IN TEXAS ARCHITECT ON MOISTURE MANAGEMENT AND USE OF AIR BARRIERS AND VAPOR RETARDERS IN BUILDINGS

**9** GRACE CONSTRUCTION PRODUCTS PRODUCT DATA SHEET ON PERM-A-BARRIER LIQUID MOISTURE MEMBRANE

**10** COMPARISON OF GYPSUM SHEATHING AND SHEATHING WITH MOISTURE MEMBRANE APPLIED

**11** FIBERMESH 300 PRODUCT DATA SHEETS

**12** DESCRIPTIONS OF TESTING EQUIPMENT USED IN PREPARATION OF REPORT

Project: TSYS Child Development Center          Date of Photographs: 17 February 2005



1.1 Inspection Area

1.2 Inspection Area

1.3 Inspection Area

1.4 Inspection Area

Note first course below sidewalk

1.5 Base of Wall

First course below sidewalk; base flashing not turned out

1.6 Base of Wall

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center                Date of Photographs: 17 February 2005



Window Lintel without Horizontal
Flashing Leg

1.7  Steel Window Lintel

Close-up of 1.7 - Flashing does not turn to
outside surface of wall

1.8  Steel Window Lintel

Horizontal leg of flashing not provided at
window lintel; screw penetration not sealed

1.9  Steel Window Lintel Condition

Efflourescence at brick screen wall

1.10  Screen Wall at Front of Facility

Mortar sloughing, absence of mortar in
head joints

1.11  Typical Brick Veneer

1.12  Mortar Net from Wall Base

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center

Date of Photographs: 17 February 2005



1.13 Typical Brick/Mortar

Mortar is porous visually
1.14 Mortar and Exp. Jt. Condition

Mortar appears porous

1.15 Mortar Sample

Mold growth on sheathing
1.16 Typical Condition of Gypsum Sheathing

Charles W. Graham, Ph.D., A.I.A.

Project:  TSYS Child Development Center          Date of Photographs: 17 February 2005



Beam from inside space; incomplete gypsum sheathing at end of window head lintel

**1.17 View from Inside Space**

Typical mortar condition in cavity

**1.18  Typical Cavity behind Brick Veneer**

Mortar in cavity

**1.19 Typical Cavity behind Brick Veneer**

Mold on backside of gypsum sheathing in wall cavity; rusting of steel columns

**1.20 View of Wall Cavity from Inside**

Charles W. Graham, Ph.D., A.I.A.

Project:  TSYS Child Devε.    ..ent Center                    Date of Photographs: 17 February 2005



| | |
|---|---|
| 1.21  Diamond Windows from Inside | Rusting at beam-to-column connections<br>1.22 Steel Structure |
| Flexible membrane flashing condition at end of steel window lintel – no end dam, signs of water leakage along bottom of lintel (rusting/staining)<br>1.23 Steel Lintel at Window | Signs of water leakage causing rusting at bottom of diamond window<br>1.24 Diamond Window |

Charles W. Graham, Ph.D., A.I.A.

Project:  TSYS Child Development Center                    Date of Photographs: 17 February 2005



Water damage to steel framing
1.25 Close-up of Diamond Window Sill

Rusting at untreated weld in steel framing
1.26 Steel Framing

Mold growth on back of gyp. sheathing
1.27 Framing From Interior

Water runs/stains at back of gyp. sheathing
1.28 Mold/Water Stains on Gyp. Sheathing

Lack of end dam at flashing at end of lintel
1.29 Typical Window Lintel Condition

Mold beneath windows
1.30 Typical Mold Signs

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center                    Date of Photographs: 17 February 2005



1.31 Mold Stains at Gyp. Sheating



1.32 Rusted Bolts



Typical flashing condition at steel lintel
end without end dam

1.33 Window Head Lintel



Mold stains at gypsum sheathing

1.34 Mold Stains

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center          Date of Photographs: 17 February 2005



Water stains at backside of gyp. Sheathing

**1.35 Water Stains at Gypsum Sheathing**

View of window subsill from inside-should have end dam

**1.36 Window Subsill from Inside**

Mold stains beneath windows; rust at steel track for studs

**1.37 Typical Mold Condition**

Screw fastener for window frames; shims missing

**1.38 Window Frame Fastener**

**1.39 Sewer Drain Line Repair Location**

**1.40 Replacement Pipe at 1.39**

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center                Date of Photographs: 17 February 2005



Cross section of slab at sewer line repair location in kitchen showing fiber reinforced concrete

| 1.41 Slab at Kitchen | 1.42 Inspection Location from Outside |

Inspection location showing gypsum sheathing without moisture barrier; barrier not applied to masonry ties; end of steel lintel above window without end dams; flexible flashing tucked behind gypsum sheathing

| 1.43  Framing at window jamb | 1.44  Exterior View of Inspection Location |

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center    Date of Photographs: 17 February 2005



Detail of flexible flashing at steel lintel

| 1.45 Close-up of 1.44 | 1.46 Close-up of Lintel at Window Head |

Rusting of steel studs, sill flashing

Sub-sill at window without end dam; no closure strip at window frame as specified

| 1.47 Cripple Studs Below Window | 1.48 Close-up of Window Jamb/Sill |

Charles W. Graham, Ph.D., A.I.A.

Project: TSYS Child Development Center                    Date of Photographs: 17 February 2005



Mortar in cavity

1.49

Mortar in cavity

1.50

Wall flashing at base of wall without bottom flange to surface of brick; also, brick below sidewalk

1.51 Wall Base at Sidewalk

Flashing at end of steel lintel without end dam

1.52 Diamond Window

Discontinuous insulation

1.53 Gable End

Rusted bolts

1.54 Close-up of 1.53

Charles W. Graham, Ph.D., A.I.A.