IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY,  )  )  ) | |
| Plaintiff,  )  ) | |
| v.  )  ) | Case No.: 3:06-cv-00435-DRB |
| STILLWELL MASONRY COMPANY, INC.,  )  )  )  ) | |
| Defendant.  ) | |

### DEFENDANT STILLWELL MASONRY COMPANY, INC.'S RESPONSE TO PLAINTIFF, STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY'S MOTION TO COMPEL AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Comes Now the Defendant, Stillwell Masonry Company, Inc. ("Stillwell Masonry"), by and through its undersigned counsel, and files this response to the Plaintiff, State Auto Property & Casualty Insurance Company's ("State Auto"), Motion to Compel and this Court's Order to Show Cause. In response the Defendant states that as of this filing it has responded to the Plaintiff's outstanding discovery requests. Accordingly, the Defendant asserts that this Court's Order for the Defendat to Show Cause is now therefore moot.

ORE, PREMISES CONSIDERED, the Defendant, Stillwell Masonry, respectfully requests this Court to deny the Plaintiff's Motion to Compel as moot.

Respectfully Submitted,

/s/ Kevin T. Shires
Robert H. Sprain, Jr. (ASB-4177-A38R)
Kevin T. Shires (ASB-4382-e64k)
Attorney for the Defendant,
Stillwell Masonry Company, Inc.

OF COUNSEL:
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama   35209
(205) 802-7037
Email: kts@sprainlaw.com
       rhs@sprainlaw.com

## CERTIFICATE OF SERVICE

Please take notice that the foregoing pleading has been served on the following counsel of record in this cause of action by e-filing the same with the United States District Court for the Middle District of Alabama, and by emailing a copy of the same to the following individuals on this the 6th day of August, 2007.

Christopher Zulanas, Esq.
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, Alabama   35243

/s/ Kevin T. Shires
OF COUNSEL