IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & ) | |
| CASUALTY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-435-MEF |
| ) | |
| STILLWELL MASONRY COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon of review of the *Motion to Compel Defendant to Answer Plaintiff's Request for Production* (Doc. 34, filed July 27, 2007) and the notification by counsel that the discovery has been received (Doc. 41, filed August 6, 2007), it is

**ORDERED** that the *Motion to Compel Defendant to Answer Plaintiff's Request for Production* (Doc. 34) is **DENIED as moot**.

DONE this 7th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE