IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION CASE NUMBER: ) |
| STILLWELL MASONRY COMPANY, INC., | ) **3:06-cv-435-DRB** ) |
| Defendant | ) |

## REPLY TO DEFENDANT STILLWELL MASONRY'S RESPONSE TO SHOW CAUSE ORDER

COMES NOW the Plaintiff, State Auto Property & Casualty Insurance Company ("State Auto") and replies to Defendant Stillwell Masonry's response to this Honorable Court's Show Cause Order as follows:

1. Defendant has made some documents responsive to plaintiff's request for production available for review of the undersigned counsel.

2. Plaintiff's counsel is working with counsel for Stillwell Masonry, Kevin Shires, to schedule review of additional responsive documents which plaintiff's counsel has been informed are in the possession of an attorney in Columbus, Georgia.

Respectfully Submitted,

_____
Christopher J. Zulanas
James W. Moss
Attorneys for State Auto Property &
Casualty Insurance Company

**Of Counsel:**
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing pleading to be filed and served on all counsel of record listed below via the United States Mail, postage prepaid on this the 7th day of August, 2007.

_____
Of Counsel

cc:
Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
**Sprain & Shires, P.C.**
1707 - 29th Court South
Homewood, AL 35209