IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION CASE NUMBER: |
| STILLWELL MASONRY COMPANY, INC., | ) | **3:06-CV-435-DRB** |
| Defendant | ) | |

**SUPPLEMENTAL EVIDENTIARY EXHIBIT**

COMES NOW the Plaintiff, **State Auto Property & Casualty Insurance Company ("State Auto")**, and supplements its evidentiary exhibit in support of its Motion for Summary Judgment in the above matter as follows:

7. The deposition testimony of Alton Stillwell, President of Stillwell Masonry, a true and correct copy of which is attached hereto as Exhibit "7".

Respectfully submitted,

Christopher J. Zulanas
James W. Moss
Attorneys for State Auto Property & Casualty Insurance Company

**OF COUNSEL:**
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, Alabama 35243
(205) 278-7000
(205) 278-7001 Fax
www.friedmanleak.com

**CERTIFICATE OF SERVICE**

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed via CM/ECF and served on counsel listed below this date: **August 29, 2007.**

Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
SPRAIN & SHIRES, P.C.
1707 - 29th Court South
Homewood, AL 35209

OF COUNSEL