IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION CASE NUMBER: |
| STILLWELL MASONRY COMPANY, INC., | ) ) | **3:06-CV-435-DRB** |
| Defendant | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE**
**AND MEDIATION**

COMES NOW the Plaintiff, **State Auto Property & Casualty Insurance Company ("State Auto")**, and notifies the Court counsel for the parties held a settlement conference on August 27, 2007.

Settlement was not reached and the parties do not believe mediation will assist them in resolving this case.

Respectfully submitted,

*s/ Chris Zulanas*

Christopher J. Zulanas
Attorney for Plaintiff State Auto Property
& Casualty Insurance Company

**OF COUNSEL:**
**FRIEDMAN LEAK**
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax
czulanas@friedmanleak.com

**CERTIFICATE OF SERVICE**

      I hereby certify I have caused a copy of the foregoing pleading to be electronically filed via CM/ECF Alafile system, for service on counsel listed below this _4th_ day of _September_, 2007.

                                                       _s/ Chris Zulanas_
                                                     OF COUNSEL

cc:
Mr. Robert H. Sprain, Jr.
Mr. Kevin T. Shires
**Sprain & Shires, P.C.**
1707 - 29th Court South
Homewood, AL 35209