IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INS. CO., )<br><br>Plaintiff, )<br><br>vs. )<br><br>STILLWELL MASONRY CO., INC., )<br><br>Defendant. ) | CIVIL ACTION NO.<br>3:06-CV-0435-DRB |

### NOTICE OF APPEARANCE

Marc C. Dawsey, Esquire, hereby files his Notice of Appearance as co-counsel for Defendant, Stillwell Masonry Co., Inc. .

/s/ *Marc C. Dawsey*

MARC C. DAWSEY, ESQUIRE
(ASB-1355-e54m)
Vernis & Bowling of Birmingham LLC
2100 SouthBridge Parkway, Suite 650
Birmingham, AL 35209
Telephone No. (205) 445-1026
Facsimile No. (205) 445-1036

### CERTIFICATE OF SERVICE

Please take notice that the foregoing has been served on the following counsel of record in this cause of action by e-filing the same with the United States District court for the Middle District of Alabama and by emailing it this 31st day of October, 2007.

Christopher J. Zulanas, Esq.
James W. Moss, Esq.
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243

/s/ *Marc C. Dawsey*

OF COUNSEL