IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**EASTERN DIVISION**

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | CIVIL ACTION CASE NUMBER: |
| STILLWELL MASONRY COMPANY, INC., ) ) | **3:06-CV-435-DRB** |
| Defendant ) | |

PLAINTIFF'S PRE-TRIAL DISCLOSURES

COMES NOW the Plaintiff in the above-styled action, State Auto Property & Casualty Insurance Company ("State Auto"), and in accordance with Federal Rule of Civil Procedure 26(a)(3) and the Court's Uniform Scheduling Order, submits these pre-trial disclosures:

1. As trial witnesses State Auto expects to call Alton Stillwell of Stillwell Masonry Company, Inc. and may call Greg Miller and/or Bob Benson of State Auto as trial witnesses if the need arises.

2. State Auto expects to use at trial the transcript of the deposition of Alton Stillwell taken as part of discovery in this matter on August 17, 2007. State Auto expects to submit the entire transcript at trial.

3. State Auto expects to use the following exhibits or evidence at trial which are available for inspection and copying:

(a) Complaint in the lawsuit styled *Total System Services, Inc. v. Alton Stillwell d/b/a Stillwell Masonry Co., Inc.*, bearing Civil Action No. SU05-CV-2610-7 filed in the Superior Court of Muscogee County, Georgia and made State Auto's Evidentiary Submission No. 2.

(b) State Auto policy number SOC0015601 issued to Stillwell Masonry Company, Inc. and having effective dates of February 22, 2001 through February 22, 2005 made State Auto's Evidentiary Submission No. 3.

(c) State Auto's Fungi or Bacteria Exclusion made State Auto's Evidentiary Submission No. 4.

(d) Stillwell Masonry Company, Inc.'s responses to State Auto's Request for Production of Documents.

(e) The transcript of the deposition of Alton Stillwell of Stillwell Masonry Company, Inc. made State Auto's Evidentiary Submission No. 7.

(f) Any and all pleadings filed by the parties in this matter.

(g) Any and all documents and/or other exhibits which may become necessary for rebuttal and/or impeachment purposes during the trial of this matter.

    Respectfully submitted,

    *s/ Chris Zulanas*
    Christopher J. Zulanas
    Attorney for Plaintiff

OF COUNSEL:

FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

CERTIFICATE OF SERVICE

    I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and for service on counsel listed below this 31st day of October, 2007.

Mr. Kevin T. Shires – KShires@GeorgiaLaw.com
Mr. Marc Dawsey –
VERNIS & BOWLING OF ATLANTA, PA
1200 Abernathy Road, Suite 1700
Atlanta, GA 30328

                                                      _s/ Chris Zulanas_
                                                      OF COUNSEL