IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY | ) ) ) |
| PLAINTIFF, | ) ) |
| v. | ) CASE NO.: 3:06-cv-435-MEF ) |
| STILLWELL MASONRY COMPANY, INC., | ) ) ) |
| DEFENDANT. | ) |

### **ORDER**

The Clerk of the Court is DIRECTED to strike any indication on the docket sheet that there is a jury demand. The Complaint did not contain a jury demand. When Defendant filed a Counterclaim as part of its Answer, it included a jury demand only as to the claims contained in the Counterclaim. By subsequent Order, the Court dismissed the claims set forth in the Counterclaim. Thus, the only claims for which there was a jury demand are no longer before the Court. At the November 2, 2007, the Court confirmed that neither Plaintiff nor Defendant considers there to be any jury demand as to any of the remaining claims in this action. If and when this case is tried, it will be tried without a jury.

DONE this the 5th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE