IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>STILLWELL MASONRY COMPANY, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-0435-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon re-assignment of this case to the undersigned, it is ORDERED that the Uniform Scheduling Order (Doc. # 18) is VACATED, and the trial date is continued generally. Furthermore, it is ORDERED that a status and scheduling conference, to be arranged by the plaintiff, shall be held via telephone on **November 27, 2007, at 11:30 a.m.**

DONE this 16th day of November, 2007.

                                                  /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE