IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) ) | Case No.: 3:06-cv-00435-WKW |
| STILLWELL MASONRY COMPANY, INC., ) ) ) ) | |
| Defendant. ) | |

### DEFENDANT STILLWELL MASONRY COMPANY, INC.'S CONFLICT DISCLOSURE STATEMENT

Comes Now the Defendant, Stillwell Masonry Company, Inc. ("Stillwell"), by and through its undersigned counsel, and in accordance with the Order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- The Defendant is a corporation organized under the laws of the State of Alabama. The incorporators are Paul A. Stillwell and Barbara Stillwell. There are no parent companies, subsidiaries or other related entities.

Respectfully Submitted,

/s/ Kevin T. Shires
Kevin T. Shires (ASB-4382-e64k)
Attorney for the Defendant,
Stillwell Masonry Company, Inc.

OF COUNSEL:
Vernis & Bowling of Atlanta, LLC
1200 Abernathy Road, Suite 1700
Atlanta, Georgia 30328
Email: kshires@georgia-law.com

## CERTIFICATE OF SERVICE

      Please take notice that the foregoing pleading has been served on the following counsel of record in this cause of action by e-filing the same with the United States District Court for the Middle District of Alabama, and by emailing it this the 4th day of December, 2007.

Christopher Zulanas, Esq.
Jim Moss, Esq.
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, Alabama 35243

                                                /s/ Kevin T. Shires
                                                OF COUNSEL