IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:06-cv-0435-WKW ) |
| STILLWELL MASONRY COMPANY, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Based on the agreement of the parties made during the status conference held November 27, 2007, it is ORDERED that the lawsuit is submitted to the court for final judgment on the pleadings, the summary judgment briefs of both parties, and the exhibits attached thereto.

DONE this 15th day of January, 2008.

                                           /s/  W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE