IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 3:06-cv-0435-WKW |
| STILLWELL MASONRY COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon oral representation that some, if not all, issues in this case have settled, it is ORDERED that the plaintiff shall file a status report **on or before March 7, 2008**, informing the court as to the status of this case.

DONE this 5th day of March, 2008.

                                         /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE