IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION CASE NUMBER: ) 3:06-CV-435-WKW |
| STILLWELL MASONRY COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S STATUS REPORT

COMES NOW the Plaintiff in the above-styled action, State Auto Property & Casualty Insurance Company ("State Auto"), and pursuant to the Court's Order of March 5, 2008, submits this status report.

1.  The underlying lawsuit upon which this declaratory judgment action is based has been settled. The underlying lawsuit remains pending while releases are being drafted and settlement funds exchanged. State Auto's counsel is monitoring the underlying lawsuit and will inform this Court when the underlying lawsuit is dismissed.

2.  Upon the dismissal of the underlying lawsuit, State Auto requests that the present declaratory judgment action be dismissed with prejudice.

Respectfully submitted,

*s/ Christopher J. Zulanas*
Christopher J. Zulanas
Attorney for Plaintiff

OF COUNSEL:
FRIEDMAN LEAK
3800 Colonnade Parkway, Suite 650
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax
Email:  czulanas@friedmanleak.com

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed via CM/ECF and for service on counsel listed below this the 7th day of March 2008.

| | |
|---|---|
| Robert Henry Sprain, Jr | rhs@sprainlaw.com |
| Marc C. Dawsey | mdawsey@law-alabama.com |
| Kevin Tannehill Shires | kshires@georgia-law.com |
| | ktshires@hotmail.com |

*s/ Christopher J. Zulanas*
OF COUNSEL