IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:06-cv-0435-WKW ) |
| STILLWELL MASONRY COMPANY, INC., | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Upon notice from the parties (Doc. # 61) that the underlying state lawsuit has settled and that this case will be dismissed, it is ORDERED that the plaintiff's summary judgment motion (Doc. # 38) is DENIED without prejudice.

DONE this 10th day of March, 2008.

                                                   /s/  W. Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE