IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| vs. | } CIVIL ACTION CASE NUMBER:<br>} 3:06-CV-435-WKW |
| STILLWELL MASONRY COMPANY, INC., | }<br>}<br>} |
| Defendant | } |

### PLAINTIFF'S MOTION TO DISMISS

COMES NOW the Plaintiff in the above-styled action, **State Auto Property & Casualty Insurance Company**, and moves this Honorable Court to dismiss this lawsuit with prejudice. As grounds therefore, Plaintiff sets forth and says as follows:

1. The underlying state court lawsuit upon which this declaratory judgment action is based was settled and dismissed with prejudice. Consequently, the issues in the present action are moot and the present action is due to be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff State Auto Property & Casualty Insurance Company respectfully requests that this Honorable Court enter an Order dismissing this matter with prejudice and on a full and final basis.

Respectfully submitted,

_____
Christopher J. Zulanas - ASB1572u82c
Attorney for Plaintiff

OF COUNSEL:

FRIEDMAN LEAK DAZZIO
ZULANAS & BOWLING, PC
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
205.278.7000
205.278.7001 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing to be electronically filed and served on counsel listed below this the 2d day of July, 2008.

Kshires@georgialaw.com
Mr. Kevin T. Shires
VERNIS & BOWLING OF ATLANTA, PA
Suite 1700 Northpark Center
1200 Abernathy Road
Atlanta, GA 30328

_____
Of Counsel