IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:06-cv-0435-WKW ) |
| STILLWELL MASONRY COMPANY, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Dismiss (Doc. # 63), it is ORDERED that the motion is GRANTED and that each and every claim brought by the plaintiff is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 8th day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE